IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| NYEISHA S. GHEE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25CV17 (RCY) |
| | ) | |
| PINETREE APARTMENTS, LLC, | ) | |
|     Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Amend the Complaint (ECF No. 21).  Plaintiff requests leave to file an amended complaint, to which Defendant consents.  Pursuant to Federal Rule of Civil Procedure 15(a)(2), opposing party's consent is sufficient for Plaintiff to file such an amendment even without leave of Court.  As such, the Motion (ECF No. 21) is GRANTED.  Plaintiff is DIRECTED to file her Amended Complaint on or before March 7, 2025, and Defendant shall file its responsive pleading on or before March 28, 2025.  In anticipation of the filing of the forthcoming Amended Complaint, Plaintiff is hereby RELIEVED of her obligation to file a response to the pending Partial Motion to Dismiss (ECF No. 5).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                /s/ RCY
                                                          Roderick C. Young
                                                          United States District Judge

Date: February 25, 2025
Richmond, Virginia