

PLAINTIFF'S EXHIBIT 3

61