PLAINTIFF'S
EXHIBIT
4
Ghee, Nyeisha
Prefers: Nyeisha
11/5/1994
MRN: 6533621

