**PLAINTIFF'S EXHIBIT 9**

|  |  |
|---|---|
| **Work Order No.** | 693151 |
| **Date Call:** | 05/24/2022 02:36 PM |
| **Date Scheduled:** | 05/24/2022 02:36 PM |

| **Status** | Work Completed |
|---|---|

|  |  |
|---|---|
| **Date Completed:** | 05/31/2022 02:48 PM |
| **Brief Desc:** | Chipping Paint |
| **Job Site:** | piap/G8<br>3100 Pinetree Drive<br>Apt G8<br>Petersburg,VA 23803 |

| **Caller Name:** |  | **Caller Phone:** |  |
|---|---|---|---|

| **Priority:** | High |
|---|---|
| **Ok to enter?** | YES |
| **Category:** | Windows |

**Problem Description:**   MLUCAS - Chipping paint around window sills and sliding doors

**Parts & Labor**

| Quantity/<br>Hours | Item Type/<br>Employee Name | Description | Unit Price | Total |
|---:|---|---|---:|---:|
| .00 | peebles |  | .00 | .00 |
|  |  |  | **Total** | .00 |

Authorized by:   _____
Signed by        _____
Dated            _____
Invoice No.      _____

05/07/2024 01:47 PM

PT00003