PLAINTIFF'S EXHIBIT 10

|  |  |
|---|---|
| **Work Order No.** | 693154 |
| **Date Call:** | 05/24/2022 02:38 PM |
| **Date Scheduled:** | 05/24/2022 02:38 PM |

**Status**    Work Completed

|  |  |
|---|---|
| **Date Completed:** | 05/31/2022 02:50 PM |
| **Brief Desc:** | sliding door locks |
| **Job Site:** | piap/G8<br>3100 Pinetree Drive<br>Apt G8<br>Petersburg, VA 23803 |

**Caller Name:**                                    **Caller Phone:**

| | |
|---|---|
| **Priority:** | High |
| **Ok to enter?** | YES |
| **Category:** | Patio/Balcony |

**Problem Description:**    Fix both sliding doors. We need to ensure the locking mechanism works (MANDATORY)

**Parts & Labor**

| Quantity/<br>Hours | Item Type/<br>Employee Name | Description | Unit Price | Total |
|---:|---|---|---:|---:|
| .00 | peebles | | .00 | .00 |
| | | | **Total** | .00 |

Authorized by:    _____
Signed by          _____
Dated               _____
Invoice No.       _____

05/07/2024 01:48 PM

PT00004