PLAINTIFF'S
EXHIBIT

12

1993 VUSBC / 1993 IBR / 1993 VADR

DIVISION I

1993 EDITION
VIRGINIA UNIFORM STATEWIDE BUILDING CODE,
VOLUME I - NEW CONSTRUCTION CODE

13 VAC 5-60-10 et seq.
  ( Formerly VR 394-01-21)

EFFECTIVE APRIL 1, 1994
AMENDMENTS EFFECTIVE MAY 15, 1996

DIVISION II

1993 EDITION
VIRGINIA INDUSTRIALIZED BUILDING AND MANUFACTURED
HOME SAFETY REGULATIONS

13 VAC 5-90-10 et seq.
( Formerly VR 394-01-31)

EFFECTIVE APRIL 1, 1994

DIVISION III

1993 EDITION
VIRGINIA AMUSEMENT DEVICE REGULATIONS

13 VAC 5-30-10 et seq.
( Formerly     VR 394-01-4)

EFFECTIVE APRIL 1, 1994

Copyright 1994

Department of Housing and Community Development

USBC - VOL. I/1993
USBC - VOL. I/1993
1.    Farm buildings and structures not used for residential purposes; however, such buildings and structures lying within a flood plain or in a mudslide-prone area shall be subject to the applicable flood proofing or mudslide regulations.

2.    Equipment installed by a provider of publicly regulated utility service and electrical equipment used for radio and television transmission.  The exempt equipment shall be under the exclusive control of the public service agency and located on property by established rights; however, the buildings, including their service equipment, housing such public service agencies shall be subject to the USBC.

3.    Manufacturing and processing machines and the following service equipment:

a.    All electrical equipment connected after the last disconnecting means.

b.    All plumbing appurtenance connected after the last shutoff valve or backflow protection device.

c.    All plumbing appurtenance connected before the equipment drain trap.

d.    All gas piping and equipment connected after the outlet shutoff valve.

4.    Parking lots and sidewalks; however, parking lots and sidewalks which form part of an accessible route, as defined by the Americans With Disabilities Act Accessibility Guidelines shall comply with the requirements of Chapter 11.

5.    Recreational equipment such as swing sets, sliding boards, climbing bars, jungle gyms, skateboard ramps, and similar equipment when such equipment is a residential accessory use not regulated by the Virginia Amusement Device Regulations.

SECTION 101.0. REFERENCE STANDARDS AND AMENDMENTS.

101.1. Adoption of model codes and standards. The following model building codes and all portions of other model codes and standards that are referenced in this Code are hereby adopted and incorporated in the USBC.  Where differences occur between provisions of the USBC and the referenced model codes or standards, the provisions of the USBC shall apply.  Where differences occur between the technical provisions of the model codes and their referenced standards, the provisions of the model code shall apply. The referenced model codes are:

THE BOCA NATIONAL BUILDING CODE/1993 EDITION (also referred
to herein   as BOCA Code)   Published by:
        Building Officials and Code Administrators
        International, Inc.
        4051 West Flossmoor Road
        Country Club Hills, Illinois 60478-5795
        Telephone No. (708) 799-2300
Note: The following major subsidiary model codes are among
those included by reference as part of the BOCA National
Building Code/1993 Edition:
BOCA National Plumbing Code/1993 Edition
BOCA National Mechanical Code/1993 Edition
NFiPA National Electrical Code/1993 Edition
The permit applicant shall have the option to select as an
acceptable alternative for detached one and two family
dwellings and one family townhouses not more than three
stories in height and their accessory structures the
following standard:
CABO ONE AND TWO FAMILY DWELLING CODE/1992 EDITION and 1993
Amendments (also referred to herein as One and Two Family
Dwelling Code) Jointly published by:
Building Officials and Code Administrators International,
Inc.,  Southern Building Code Congress International, Inc.
and International Conference of Building Officials.

101.2. General administrative and enforcement amendments to
referenced codes.  All requirements of the referenced model
codes that relate to fees, permits, certification of
fitness, unsafe notices, unsafe conditions, maintenance,
disputes, condemnation, inspections, existing buildings,
existing structures, certification of compliance, approval
of plans and specifications and other procedural,
administrative and enforcement matters are deleted and
replaced by the provisions of Chapter 1 of the USBC.
        Note: The purpose of this provision is to eliminate
overlap, conflict and duplication by providing a single
standard for administration and enforcement of the USBC.