**TWELFTH EDITION**

**ISSUED EVERY THREE YEARS**

# The BOCA® *National Building Code* / 1993



**BUILDING OFFICIALS & CODE ADMINISTRATORS INTERNATIONAL, INC.**

**THE BOCA NATIONAL BUILDING CODE/1993**

**1009.2 Minimum width:** The width of each *means of egress* component shall not be less than the width computed in accordance with Table 1009.2 for the required capacity of the component, but not less than the minimum width as prescribed by this code for each such component.

**Table 1009.2**
**EGRESS WIDTH PER OCCUPANT**

| Use Group | Without sprinkler system (inches per person)[b] | | With sprinkler system[a] (inches per person)[b] | |
|---|---|---|---|---|
| | Stairways | Doors ramps and corridors | Stairways | Doors ramps and corridors |
| A, B, E, F, M, R, S | 0.3 | 0.2 | 0.2 | 0.15 |
| H | 0.7 | 0.4 | 0.3 | 0.2 |
| I-1 | 0.4 | 0.2 | 0.2 | 0.2 |
| I-2 | 1.0 | 0.7 | 0.3 | 0.2 |
| I-3 | 0.3 | 0.2 | 0.3 | 0.2 |

Note a. Buildings equipped throughout with an automatic sprinkler system in accordance with Section 906.2.1 or 906.2.2.
Note b. 1 inch = 25.4 mm.

**1009.3 Exit design per floor:** Where *exits* serve more than one floor, only the occupant load of each floor considered individually shall be used in computing the required capacity of the *exits* at that floor, provided that the *exit* capacity shall not decrease in the direction of *means of egress* travel.

**1009.4 Egress convergence:** Where *means of egress* from floors above and below converge at an intermediate floor, the capacity of the *means of egress* from the point of convergence shall not be less than the sum of the two.

### SECTION 1010.0 NUMBER OF EXITS

**1010.1 General:** The general requirements of this section apply to buildings of all use groups. Where more restrictive requirements are provided in this code, such requirements shall take precedence over the general provisions of this section.

**1010.2 Minimum number:** Every floor area shall be provided with the minimum number of approved independent *exits* as required by Table 1010.2 based on the occupant load, except as modified in Section 1010.3.

**Exception:** In buildings with occupancies in Use Group R having multistory *dwelling units*, the *means of egress* from a *dwelling unit* to the required *exits* is permitted to be provided from one level only. Within the *dwelling unit*, access to the *means of egress* from the unit shall conform to the applicable provisions of this chapter.

**Table 1010.2**
**MINIMUM NUMBER OF EXITS FOR OCCUPANT LOAD**

| Occupant load | Minimum number of exits |
|---|---|
| 500 or less | 2 |
| 501 - 1,000 | 3 |
| over 1,000 | 4 |

**1010.3 Buildings with one exit:** Only one *exit* shall be required in:

1. Occupancies in the use groups shown in Table 1010.3, provided that the building has not more than one level below the *level of exit discharge*.
2. Occupancies in Use Group R-3.

**Table 1010.3**
**BUILDINGS WITH ONE EXIT**

| Use Group | Maximum number of stories above grade | Maximum per floor occupants, travel distance[d] dwelling units |
|---|---|---|
| A, B, E, F, M | 1 Story | 50 occupants and 75 feet travel |
| H-2, H-3 | 1 Story | 3 occupants and 25 feet travel |
| H-4, I, R | 1 Story | 10 occupants and 75 feet travel |
| S[a] | 1 Story | 30 occupants and 100 feet travel |
| B[c], F, M, S[a] | 2 Stories | 30 occupants and 75 feet travel |
| R-2 | 2 Stories[c] | 4 dwelling units |

Note a. For the required number of exits for open parking structures, see Section 1010.5.
Note b. For the required number of exits for air traffic control towers, see Section 414.0.
Note c. Buildings equipped throughout with an automatic sprinkler system in accordance with Section 906.2.1 or 906.2.2 with an occupancy in Use Group R-2 shall have a maximum height of three stories above grade.
Note d. 1 foot = 304.8 mm.

**1010.4 Emergency escape:** Every sleeping room below the fourth story in occupancies in Use Groups R and I-1 shall have at least one operable window or exterior door approved for emergency egress or rescue. The units shall be operable from the inside without the use of special knowledge, separate tools or force greater than that which is required for normal operation of the window. Where windows are provided as a *means of egress* or rescue, the windows shall have the bottom of the clear opening not more than 44 inches (1118 mm) above the floor. All egress or rescue windows from sleeping rooms shall have a minimum net clear opening of 5.7 square feet (0.53 m²). The minimum net clear opening height dimension shall be 24 inches (610 mm). The minimum net clear opening width dimension shall be 20 inches (508 mm).

Bars, grilles or screens placed over emergency escape windows shall be releasable or removable from the inside without the use of a key, tool or force greater than that which is required for normal operation of the window.

**Exceptions**

1. The minimum net clear opening for grade floor windows shall be 5 square feet (0.47 m²).
2. An outside window or an exterior door for emergency escape is not required in buildings where the sleeping room is provided with a door to a *corridor* having access to two remote *exits* in opposite directions.
3. An outside window or an exterior door for emergency escape is not required in buildings equipped throughout with an *automatic sprinkler system* in accordance with Section 906.2.1 or 906.2.2.

**1010.5 Open parking structures:** Parking structures shall not have less than two *exits* from each parking tier, except that only one *exit* is required where vehicles are mechanically parked. Unenclosed vehicle ramps shall not be considered as required *exits* unless pedestrian facilities are provided. Interior *exit stairways* are not required to be enclosed.