

PLAINTIFF'S EXHIBIT 14