PLAINTIFF'S EXHIBIT 15



5