IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,                          )
        Plaintiff,                        )
                                          )
        v.                                )          Civil Action No. 3:25CV17 (RCY)
                                          )
PINETREE APARTMENTS, LLC,                  )
        Defendant.                        )
_____)

**ORDER**

This matter is before the Court on its own initiative. In light of Plaintiff's Amended Complaint (ECF No. 24), Defendant's Motion to Dismiss (ECF No. 5) is DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                          _____/s/_____
                          Roderick C. Young
                          United States District Judge

Date:  March 11, 2025
Richmond, Virginia