IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NYEISHA S. GHEE,

    Plaintiff,

v.                                                                    Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

    Defendant.

## PINETREE APARTMENTS, LLC'S
## PARTIAL 12(b)(6) MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

    Pursuant to Local Rule 7 and Rule 12(b)(6) of the Federal Rules for Civil Procedure, the defendant, Pinetree Apartments, LLC ("Pinetree"), by counsel, hereby submits this Partial 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint related to any claim for concealment, negligent repair, willful and wanton negligence, and punitive damages for failure to state a claim upon which relief can be granted. This Motion is based on this notice, the accompanying Memorandum in Support, and any other evidence and argument this Court may entertain.

                                                    Respectfully submitted,

                                                    **PINETREE APARTMENTS, LLC**

                                        By:    */s/ Joseph P. Moriarty*
                                                Joseph P. Moriarty (VSB No. 68465)
                                                Kevin M. Kennedy (VSB No. 75071)
                                                Bryn L. Clegg (VSB No. 96923)
                                                WILLCOX & SAVAGE, P.C.
                                                440 Monticello Avenue, Suite 2200
                                                Norfolk, Virginia 23510-2243
                                                Telephone: (757) 628-5500
                                                Facsimile: (757) 628-5566
                                                jmoriarty@wilsav.com
                                                kkennedy@wilsav.com
                                                bclegg@wilsav.com

I-2879279.1

*Counsel for Defendant*
*Pinetree Apartments, LLC*

## CERTIFICATION

I hereby certify that on this 28th day of March, 2025, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Charles H Cuthbert, Jr. (VSB No. 14519)
Richard M. Cuthbert (VSB No. 82025)
Cuthbert Law Offices, P.C.
220 North Sycamore Street
Petersburg, VA 23803-3228
Telephone:  804-733-3100
Facsimile:  804-732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB No. 30718)
Daniel Guinnane Zemel (VSB No. 95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Telephone:  804-774-7950
Facsimile:  804-381-4458
mkrudys@krudys.com
dzemel@krudys.com

*Counsel for Plaintiff*

/s/ Joseph P. Moriarty
Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75701)
Bryn L. Clegg (VSB No. 96923)
WILLCOX SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
jmoriarty@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com
*Counsel for Defendant*
*Pinetree Apartments, LLC*