**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

NYEISHA S. GHEE,

    Plaintiff,

v.                                                                                                  Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

    Defendant.

## **[PROPOSED] ORDER**

Upon motion by Plaintiff, through counsel, with the consent of the Defendant, and for good cause shown, it is hereby ORDERED that Plaintiff shall file her memorandum in opposition to Defendant's partial motion to dismiss, ECF 26, by and including April 16, 2025 and that Defendant's reply shall be filed by and including April 25, 2025.

It is so ORDERED.

Entered this _____ day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE