IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NYEISHA S. GHEE,                )<br>          Plaintiff,            )<br>                                 )<br>     v.                         )<br>                                 )<br>PINETREE APARTMENTS, LLC,        )<br>          Defendant.            )<br>_____) | Civil Action No. 3:25CV17 (RCY) |

**ORDER**

    This matter is before the Court on Plaintiff's Unopposed Motion to Extend Her Time to Respond to Defendant's Partial Motion to Dismiss and to Extend the Defendant's Time to File Any Reply as Well (ECF No. 29).  Defendant filed a Motion to Dismiss on March 28, 2025.  Plaintiff's response deadline is currently April 11, 2025, with Defendant's corresponding reply deadline being April 14, 2025.  In the instant Motion, Plaintiff represents that counsel for Plaintiff is currently involved in a two-week federal trial and that counsel for Defendant will be on a long-planned family vacation on Defendant's reply deadline.  Therefore, Plaintiff, with Defendant's consent, asks the Court to extend Plaintiff's response deadline to April 16, 2025, and to commensurately extend Defendant's reply deadline to April 25, 2025.

    For good cause shown, the Motion (ECF No. 29) is GRANTED.  Plaintiff's and Defendant's filing deadlines are hereby EXTENDED until April 16, 2025, and April 25, 2025, respectively.

    The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

    It is so ORDERED.

                                                                                          /s/ RCY<br>
                                                                   Roderick C. Young<br>
Date: April 8, 2025                                       United States District Judge<br>
Richmond, Virginia