UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

        Plaintiff,

                                          Civil Action No.: 3:25-cv-17-RCY

v.

PINETREE APARTMENTS, LLC,

        Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE AMENDED COMPLAINT**

Plaintiff Nyeisha S. Ghee, by counsel, and, for the reasons detailed in her Memorandum in Support filed herewith, respectfully moves the Court for leave to file her Second Amended Complaint by and including October 7, 2025, with the Defendant's responsive pleading due by and including November 7, 2025, and to grant such other and further relief that the Court may deem just and proper.

Respectfully submitted,

NYEISHA S. GHEE

By: _____ */s/ Mark Krudys*
Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100
Fax #: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 6th day of October 2025, I have electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to all parties of record.

            */s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
*Counsel for Plaintiff*

2