**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

NYEISHA S. GHEE,

      Plaintiff,

v.                                                                            Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

      Defendant.

## **ORDER**

Upon motion by Plaintiff, through counsel, [with the consent of the Defendant], and for good cause shown, it is hereby ORDERED that Plaintiff shall file her Second Amended Complaint by and including October 7, 2025, and that Defendant's responsive pleading shall be filed by and including November 7, 2025.

By this Order, Defendant's Partial 12(b)(6) Motion to Dismiss Plaintiff's Claim is rendered moot.

It is so ORDERED.

Entered this _____ day of October, 2025.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE