UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

      Plaintiff,

v.                                              Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

      Defendant.

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR LEAVE TO AMEND THE AMENDED COMPLAINT**

COMES NOW Plaintiff Nyeisha S. Ghee, by counsel, and for her Memorandum in Support of her Motion for Leave to Amend the Amended Complaint, states as follows:

On or about December 19, 2024, Plaintiff Ms. Ghee filed her Complaint in Petersburg Circuit Court.

On January 13, 2025, Defendant Pinetree Apartments, LLC ("Pinetree") filed a Notice of Removal. ECF No. 1.

On February 25, 2025, the Court granted Plaintiff leave to amend the Complaint. ECF No. 23.

On March 7, 2025, Plaintiff filed her Amended Complaint. ECF No. 24.

On March 28, 2025, Defendant Pinetree filed a partial Motion to Dismiss, which Plaintiff opposed. ECF Nos. 26 and 31.

After having received written, audio, and video discovery in this manner, but before depositions have commenced, Plaintiff has asked Defendant Pinetree for an opportunity to amend. The Second Amended Complaint adds numerous facts and a count (Count IV, a claim under the Virginia Consumer Protection Act), and increases the ad damnum.

Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Here, Plaintiff has sought the consent of the opposing party (on the late afternoon of the filing of Plaintiff's Motion) and moved for the Court's leave.

The Second Amended Complaint ("SAC") is attached as exhibit to this Memorandum. There are 33 exhibits appended to the SAC, which will be separately filed.

Therefore, Plaintiff respectfully requests that the Court grant her Motion for Leave to Amend the Amended Complaint filed herewith, permit her to file her Second Amended Complaint by and including October 7, 2025, permit Defendant Pinetree to file its responsive pleading(s) by and including November 7, 2025, and grant such other and further relief that the Court may deem just and proper.

                Respectfully submitted,

                NYEISHA S. GHEE

                By:     */s/ Mark Krudys*
                            Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100
Fax #: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place

2

919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 6th day of October 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

    */s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
*Counsel for Plaintiff*