UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

      Plaintiff,

v.

      Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

      Defendant.

## NOTICE OF FILING EXHIBITS TO THE SECOND AMENDED COMPLAINT

Today, Plaintiff Nyeisha S. Ghee moved for leave to amend the Amended Complaint and appended the Second Amended Complaint ("SAC") to her Memorandum in support of her Motion. Herewith, Plaintiff files the Exhibits appended to the SAC. A list of those exhibits follows. A flash drive of audio and videotapes will be delivered to the Clerk's Office.

| **Exhibit No.** | **Description** |
| --- | --- |
| 1 | Photo of damaged wood in the wall at the back of the Primary Bedroom |
| 2 | Photo of Ms. Ghee and her son Mark from 2021 |
| 3 | Photo of Ms. Ghee's face following the fire |
| 4 | Photo of Ms. Ghee's arm and hand following the fire |
| 5 | Donisha Bugg's Affidavit |
| 6 | Addendum to Ms. Bugg's Affidavit |
| 7 | Eric Hansen's Affidavit |
| 8 | Work Order 693150, PT00002 |
| 9 | Work Order 693151, PT00003 |

| | |
|---|---|
| 10 | Video of an irate tenant scolding an apparent Pinetree employee for painting over mold on her window seal, PINETREE002756-57 |
| 11 | Work Order 693154, PT00004 |
| 12 | Initial lease by which Pinetree Apartments leased Apartment G8 to Ms. Ghee |
| 13 | Second lease |
| 14 | Floor plan of Apt. G8 |
| 15 | Aerial images of the Pinetree Apartment complex, obtained from the Official Website of the City of Petersburg |
| 16 | Voicemail message from Diane Taylor, PINETREE002634 |
| 17 | Pictures from Holly Johnson of water pouring into her apartment, PINETREE003055-58 |
| 18 | Video of water rapidly dripping through the top of a patio sliding glass door, PINETREE003091 |
| 19 | Video of water rapidly dripping through the top of a patio sliding glass door, PINETREE003093 |
| 20 | Video showing water accumulating on the carpet near the corner of a sliding glass door, PINETREE003099 |
| 21 | Photos of extensive paint chipping around a sliding glass door, PINETREE002922, -24 |
| 22 | Photos of water damage and chipping paint, PINETREE003753-59 |
| 23 | Affidavit of Robert Kunst |
| 24 | Voice-mail message from Kim Saunders, PINETREE002636 |
| 25 | A photo of the swarming termites, PINETREE002960 |
| 26 | Undated recording of the tenant in Unit K1 reporting a leak in her Master bedroom, PINETREE002608 |
| 27 | 2021 Virginia Property Maintenance Code Section 702.3 |
| 28 | Section 101.1 of the 1993 Virginia Uniform Statewide Building Code |

| | |
|---|---|
| 29 | Section 1010.4 of the 1993 BOCA National Building Code |
| 30 | Photograph depicting the exterior of Apartment G8 (the floor-level apartment), which reveals the destruction caused by the fire |
| 31 | Short video capturing the intensity of the fire, PINETREE002456 |
| 32 | Diagram depicting the water and termite damage to the jack stud and the wooden framing above the Sliding Glass Door in the Primary Bedroom |
| 33 | Affidavit of Dano Holland |

                                      Respectfully submitted,

                                      NYEISHA S. GHEE


                                By:     /s/ Mark Krudys
                                        Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100
Fax #: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 6th day of October 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

    */s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
*Counsel for Plaintiff*