UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

       Plaintiff,

v.                                                                                               Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

       Defendant.

## NOTICE OF FILING EXHIBITS TO THE SECOND AMENDED COMPLAINT

Herewith are Plaintiff Nyeisha S. Ghee's Exhibits to the Second Amended Complaint ("SAC") sent in multiple transmissions due to the size of the files.

       Respectfully submitted,

       NYEISHA S. GHEE


       By:   */s/ Mark Krudys*
                    Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100
Fax #: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219

Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

### Certificate of Service

I hereby certify that on this 6th day of October 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

         */s/ Mark J. Krudys*
        Mark J. Krudys (VSB# 30718)
        The Krudys Law Firm, PLC
        Truist Place
        919 East Main Street, Suite 2020
        Richmond, Virginia 23219
        804.774.7950 Phone
        804.381.4458 Fax
        mkrudys@krudys.com
        *Counsel for Plaintiff*