

PLAINTIFF'S EXHIBIT 1

712