PLAINTIFF'S EXHIBIT

2

37