

52