PLAINTIFF'S EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

    Plaintiff,

v.

    Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

    Defendant.

## AFFIDAVIT OF DONISHA L. BUGG

1. My name is Donisha L. Bugg. I am a resident of the Commonwealth of Virginia. I currently live at 325 Branders Bridge Road, Colonial Heights, Virginia.

2. I am 37 years old and competent to make this affidavit. I have personal knowledge of the statements made in this affidavit.

3. I am currently employed as a housekeeper at InTown Suites.

4. I am originally from South Hill, Virginia. When I was 14, my family moved to Hopewell. I graduated from Hopewell High School.

5. During the period from approximately 2017 through the middle of 2019, my son, A'Kari Russell Parham and I, along with my mother, Diane R. Taylor, lived at Pinetree Apartments, located in Petersburg, Virginia. In this affidavit I refer to this apartment complex as "Pinetree." My mother and I rented Apartment G8. My mother and I were both on the lease

6. Apartment G8 was a single-level apartment with two bedrooms, two baths, a living room, and a kitchen. My mother lived in the larger bedroom with the bathroom accessible from the room. My son and I lived in the other bedroom.

7. Each bedroom had a sliding glass door that led to a single patio outside the two bedrooms. The door in the bedroom where my son and I lived would not open. To go onto the patio, I would have to go through the sliding glass door in my mother's bedroom. Using the sliding glass door in my mother's bedroom, while I lived in Apartment G8 I went onto the patio approximately <ins>numerous</ins> times because I smoked.

8. Each sliding glass doors consisted of two glass panels. One panel was fixed in place and the other panel moved.

9. There was a handle on the glass panels that moved. When seen from inside the apartment, the handle was near the right hand edge of the glass panel that moved.

10. While I lived at Apartment G8, I saw that termites had eaten away at the wooden area above the two sliding glass doors. The damaged area was above the outside of each sliding glass door.

11. As to the damaged area above the sliding glass door leading to the patio from the bedroom where my son and I slept, I would describe it as mild/moderate/extensive/other <ins>mild</ins> It:

a. Was approximately <ins>12</ins> inches above the top of the door.

b. Was located above the glass panel that moved/above the glass panel that did not move/kind of in the middle of the area between the two glass panels, above the two glass panels/other.

c. Consisted of many small holes/a few small holes/other.

12. As to the damaged area above the sliding glass door leading to the patio from the bedroom where my mother slept, I would describe it as mild/moderate/extensive/other moderate. It:

a. Was approximately 12 inches above the top of the door.

b. Was located above the glass panel that moved/above the glass panel that did not move/kind of in the middle of the area between the two glass panels, above the two glass panels/other.

c. Consisted of many small holes/a few small holes/other.

13. I never saw termites or termite damage inside Apartment G8.

14. While I was living in Apartment G8, on 3-4 or so occasions I saw insects that I thought were termites. They looked like ants. Some of them had wings but not all of them did. Sometimes I saw them exiting or entering holes in the wood.

15. I complained to Pinetree about the termites and termite damage. I did so by sending a message to Pinetree's website, using the "Contact" button/orally to front office at the rental office. I estimate that I did this 4 or so times.

16. In response to my complaints about termites, Pinetree put a tarp over the hole and did not cover the damaged wood. After roughly 4 months, I noticed that the tarp was gone and the damaged wood was repaired. I never saw anyone inspect for or treat for termites in Apartment G8 or repair the termite damage I observed and reported.

17. At some point while I was living in Apartment G8, someone in the apartment above Apartment G8 shot a hole through their floor and into the ceiling of my mother's bathroom. The hole resulted in a water bubble in the ceiling. Eventually, the hole burst, causing water to pour into my mother's bathroom. There was water damage throughout the ceiling and the bathroom. The hole remained for approximately four months before Pinetree had it repaired.

GHEE000486

18. Eventually, my son and I moved out of Apartment G8 to our own apartment in Colonial Heights, Virginia. My mother remained for a period of time in Apartment G8 before she also relocated to Colonial Heights.

19. I helped my mother move out of Apartment G8. When I helped my mother move out of Apartment G8, I could still see termite damage when I went onto the patio.

I, Donisha L. Bugg, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

July 22, 2025
Date

_Donisha L. Bugg_
Donisha L. Bugg

COMMONWEALTH OF VIRGINIA      )
                              ) to wit
CITY/COUNTY OF Petersburg     )

I Wayne L. Morgan, a Notary Public in and for the State and County or City aforesaid, do hereby certify that on 7/22/2025, Donisha L. Bugg personally appeared before me in my jurisdiction aforesaid, and, having proved to me through documentary evidence of her identity, and after being duly sworn, acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of her knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

_____
(notary signature)

My Commission Expires: 9-30-2026
My Notary Registration No.: 7581847

[Notary Seal: WAYNE LEO MORGAN, COMMONWEALTH OF VIRGINIA, REGISTRATION NO. 7581847, MY COMM. EXPIRES 9-30-2026, NOTARY PUBLIC]