PLAINTIFF'S EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

    Plaintiff,

v.                                          Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

    Defendant.

### ADDENDUM TO AFFIDAVIT OF DONISHA L. BUGG

This will clarify and supplement my previous Affidavit (of July 22, 2025).

1.     No changes.

2.     No changes.

3.     I work at the InTown Suites' Chesterfield location.

4.     No changes.

5.     No changes.

6.     No changes.

7.     Each bedroom had a sliding glass door that led to the same patio outside the two bedrooms. The door in the bedroom where my son and I lived would not open. To go onto the patio, I would have to go through the sliding glass door in my mother's bedroom. Using the sliding glass door in my mother's bedroom, while I lived in apartment G8, I went onto the patio numerous times because I smoked.

8.     No changes.

9. There were bars that could be lowered to lock both of the sliding glass doors. There was also a handle for each of the sliding glass doors, however the lock on the handle in my mother's bedroom did not work.

10. There was termite damage above the sliding glass door to my bedroom, as well as above the sliding glass door to my mother's bedroom. The termite damage above the sliding glass door in my mother's bedroom was more noticeable. Also, I saw termite damage to the beams supporting G7's wooden patio deck.

11. As to the damaged area above the sliding glass door leading to the patio from the bedroom where my son and I slept, I would describe it as mild. I saw many small holes in the wood above the sliding glass door.

12. As to the damaged area above the sliding glass door leading to the patio from my mother's bedroom, I would describe it as moderate. In two areas, I saw many small holes in the wood above the sliding glass door.

13. No changes.

14. While still living in Apartment G8, on three or four occasions while I was on the patio, I saw insects that I thought were termites. They looked like ants. Some of them had wings but not all of them did. Sometimes I saw them exiting or entering holes in the wood.

15. I complained to Pinetree about the termites and termite damage. I did so by telling the woman who worked at the rental office. I estimate that I did this four or so times.

16. I did not see Pinetree Apartments ever repair the termite damage. The tarp that I referred to in my July 22, 2025 Affidavit was to the hole in my mother's bathroom ceiling caused by a gunshot fired from the apartment above. After roughly four months, I noticed that the tarp

was gone and the damaged wood was repaired. I never saw anyone inspect for or treat for termites in Apartment G8 or repair the termite damage I observed and reported.

17. No changes.

18. No changes.

19. No changes.

20. Due to the swampy area behind the apartment complex, I saw snakes outside the apartment. We placed mothballs outside of the apartment to keep the snakes away.

I, Donisha L. Bugg, swear under penalty of perjury that the statements in this Addendum Affidavit are true and correct to the best of my knowledge and belief.

__July 25, 2025__  
Date

__Donisha L. Bugg__ (signature)  
Donisha L. Bugg

COMMONWEALTH OF VIRGINIA   )  
                                                       ) to wit  
CITY OF PETERSBURG              )

I __Wayne L. Morgan__, a Notary Public in and for the State and County or City aforesaid, do hereby certify that on July 25, 2025, Donisha L. Bugg personally appeared before me in my jurisdiction aforesaid, and, having proved to me through documentary evidence of her identity, and after being duly sworn, acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of her knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

_____  
(notary signature)

My Commission Expires: __9-30-2026__



3

My Notary Registration No.: __7581847__

