PLAINTIFF'S
EXHIBIT
7

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

    Plaintiff,

v.                                                                 Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

    Defendant.

### AFFIDAVIT OF ERIC HANSEN

1. My name is Eric Hansen. I currently reside at Crystal Lake Apartments, 3451 Meadowdale Boulevard, Richmond, Virginia.

2. I am over eighteen years old and competent to make this affidavit. I have personal knowledge of the statements made in this affidavit.

3. I am currently working as a maintenance man at Crystal Lake Apartments.

4. I lived at Pinetree Apartments in Petersburg, Virginia for about 13 years.

5. I believe that I moved into Pinetree Apartments around 2008. I moved out in the summer of 2024.

6. I initially lived in Apt. G3, a downstairs unit. When it became available, I then moved to G4, an upstairs unit. I lived in G4 for approximately 10 years. I was never a resident of Unit G5.

7. I worked the night shift at the Food Lion Distribution Center, except for the three days a week that I had off.

8. During the approximately 13 years that I lived at Pinetree Apartments, there were two owners. The original owner and management were great. When new owners and management took over the property, things went downhill.

9. Pinetree management was able to access my apartment.

10. I never saw the managers/persons who worked in the rental office leave the rental office.

11. I recall reporting to the rental office that a door had come off in my apartment. I said this needs to be taken care of.

12. I complained numerous times about a water leak in my bathroom.

13. When I reported a maintenance issue to the rental office, the Pinetree employee would type it up in her computer. I was never asked to complete a repair slip or any other piece of paper.

14. I would smoke on my deck. On at least two occasions, while I was on my deck smoking, I saw a whole bunch of termites swarming. At first there were a few trickling out of a vent, but it grew to a whole bunch. This was in the springtime, in the morning.

15. I saw the termites land on the balcony floor and pop their wings out.

16. I watch nature programs on television all the time, including shows on insects and termites.

17. I am certain that I saw termites. I am able to tell the difference between termites and flying ants.

18. I never saw any pest control people come by to check for termites, but I did see their van parked near the rental office.

GHEE000493

19. I did not complain about the termites that I saw swarming because they were not in my apartment.

20. The wood on my deck was deteriorating. It was falling apart. All of the decks at Pinetree were deteriorating.

21. Instead of repairing all of the decks at one time, Pinetree repaired them very gradually.

22. Building G and other Pinetree buildings were near a swamp. I saw a large snapping turtle in the parking lot. Residents told me they saw snakes at their doorways. The area was covered in mosquitoes.

23. I recall that some people had trouble opening the doors of their apartments.

24. Near the times that I saw termites swarming, approximately two years before the fire, Apt. G3 had to have its sliding glass doors replaced. I assumed that the wood around the doors had been eaten away by termites. The sliding glass doors were within 8 feet or so of where I saw termites swarming. I believe that a Hispanic man lived in G3 at the time.

25. The gutter around my apartment would overflow like a waterfall. I complained about it to the rental office.

26. Pinetree Apartments had a pool, but it was a mess. I would clean out the pool myself.

27. At times, notices were left on my door telling me that ~~management~~ Maintenance & Pest Control [EH] would be coming into my apartment.

28. Although I never had a long conversation with Ms. Ghee, she and I said hello on a number of occasions. I saw her during one of my days off. I saw her bringing in groceries and carrying her child into her apartment.

3

29. In February 2024, during the early morning hours, I received a call from a neighbor about telling me that the building was on fire.

30. When I came down the stairs, flames were coming out of the downstairs apartment window of Ms. Ghee's apartment.

31. After seeing the fire, I started banging on neighbors' doors to warn them.

32. I understood that Ms. Ghee ran into her unit to save her baby.

33. I heard her yelling, "My baby's in there! My baby's in there!"

34. I saw one police officer arrive before the fire department. I believe that he tried to enter the burning apartments, but the flames were too intense to do so.

35. I recall seeing Ms. Ghee being taken to the curb to sit down. Smoke or steam was coming off her body.

36. The heat from the fire was very intense.

37. When I was near the fire, I did not hear any smoke alarms going off.

38. I understand that the fire started around 2:00 -2:30 a.m. It was not put out until around dawn.

39. On the night of the fire, it was cold but not windy.

40. I was very surprised that none of the apartments had fire extinguishers. My current apartment complex has an extinguisher in every unit.

I, Eric Hansen, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

8-21-25

Date

Eric V. Hansen

Eric Hansen

4

COMMONWEALTH OF VIRGINIA

I Charles H. Cuthbert, Jr., a Notary Public at large for the Commonwealth of Virginia, do hereby certify that on August 21, 2025, Eric Hansen personally appeared before me in my jurisdiction aforesaid and, after being duly sworn, acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of his knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

_____
(notary signature)

Charles H. Cuthbert, Jr.
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 215642
My Commission Expires November 30, 2027

5

GHEE000496