**PLAINTIFF'S EXHIBIT 8**

|  |  |
|---|---|
| **Work Order No.** | 693150 |
| **Date Call:** | 05/24/2022 02:34 PM |
| **Date Scheduled:** | 05/24/2022 02:34 PM |

| **Status** | Work Completed |
|---|---|

| **Date Completed:** | 05/31/2022 02:47 PM |
|---|---|
| **Brief Desc:** | Inspection Repairs |
| **Job Site:** | piap/G8<br>3100 Pinetree Drive<br>Apt G8<br>Petersburg, VA 23803 |

| **Caller Name:** | N/A | **Caller Phone:** | |
|---|---|---|---|

| **Priority:** | High |
|---|---|
| **Ok to enter?** | YES |
| **Category:** | Windows |

| **Problem Description:** | - The windows need to be fixed. They are difficult to open/close.  MLUCAS |
|---|---|

**Parts & Labor**

| Quantity/Hours | Item Type/Employee Name | Description | Unit Price | Total |
|---|---|---|---|---|
| .00 | peebles |  | .00 | .00 |
|  |  |  | Total | .00 |

Authorized by:   _____
Signed by        _____
Dated            _____
Invoice No.      _____

05/07/2024 01:46 PM

PT00002