**PLAINTIFF'S EXHIBIT 9**

Page : 1

| | |
|---|---|
| **Work Order No.** | 693151 |
| **Date Call:** | 05/24/2022 02:36 PM |
| **Date Scheduled:** | 05/24/2022 02:36 PM |

**Status**      Work Completed

| | |
|---|---|
| **Date Completed:** | 05/31/2022 02:48 PM |
| **Brief Desc:** | Chipping Paint |
| **Job Site:** | piap/G8 |
| | 3100 Pinetree Drive |
| | Apt G8 |
| | Petersburg,VA 23803 |

**Caller Name:**            **Caller Phone:**

| | |
|---|---|
| **Priority:** | High |
| **Ok to enter?** | YES |
| **Category:** | Windows |

**Problem Description:**     MLUCAS - Chipping paint around window sills and sliding doors

**Parts & Labor**

| Quantity/ Hours | Item Type/ Employee Name | Description | Unit Price | Total |
|---|---|---|---|---|
| .00 | peebles | | .00 | .00 |
| | | | Total | .00 |

Authorized by:    _____
Signed by         _____
Dated             _____
Invoice No.       _____

05/07/2024 01:47 PM

PT00003