PLAINTIFF'S EXHIBIT 10

# DOCUMENT PLACEHOLDER

## (Produced in Native Format)

PINETREE002756

**DOCUMENT PLACEHOLDER**

**(Produced in Native Format)**

PINETREE002757