**PLAINTIFF'S EXHIBIT 11**

Page : 1

| | |
|---|---|
| Work Order No. | 693154 |
| Date Call: | 05/24/2022 02:38 PM |
| Date Scheduled: | 05/24/2022 02:38 PM |

**Status**  Work Completed

| | |
|---|---|
| Date Completed: | 05/31/2022 02:50 PM |
| Brief Desc: | sliding door locks |
| Job Site: | piap/G8 |
| | 3100 Pinetree Drive |
| | Apt G8 |
| | Petersburg, VA 23803 |

**Caller Name:**   **Caller Phone:**

**Priority:** High
**Ok to enter?** YES
**Category:** Patio/Balcony

**Problem Description:**   Fix both sliding doors. We need to ensure the locking mechanism works (MANDATORY)

**Parts & Labor**

| Quantity/ Hours | Item Type/ Employee Name | Description | Unit Price | Total |
|---|---|---|---|---|
| .00 | peebles | | .00 | .00 |
| | | | Total | .00 |

Authorized by:    _____
Signed by         _____
Dated             _____
Invoice No.       _____

05/07/2024 01:48 PM

PT00004