**PLAINTIFF'S EXHIBIT 14**

**3100 Pinetree Drive - Building G – Apartment 8**



Riffe Fire Investigations case #2402131
Measurements by Brian Riffe
Not to scale
6-3-24