DOCUMENT PLACEHOLDER

(Produced in Native Format)

PINETREE002634