**PLAINTIFF'S EXHIBIT 17**

**To:** Nadra Yohannes[nyohannes@somliving.com]
**Cc:** Pinetree Manager[PinetreeMgr@somliving.com]
**From:** Holly Johnson
**Sent:** Tue 7/21/2020 4:23:08 PM
**Subject:** Message of SOM Facebook page

Hi Nadra,

See below – I am tyring to get best contact but ight be best ot try to reachout via yardi contact info.

Thanks,



> This is my patio door in my master bedroom at one of your properties pinetree in Petersburg va. I have contacted management on serval different occasions, maintenance came by and stated a contractor would have to fix the issue. My request to get this fixed continues to get ignored yet I am always reminded to pay my $1000 in rent. This is unexpected mold and mildew, water pouring in from the outside when it rains. This has to be fixed immediately.

> I was forced to stuff plastic in the whole and cover it with tape to try to keep the water out.



PINETREE003056



PINETREE003057



PINETREE003058