PLAINTIFF'S
EXHIBIT

**18**

**DOCUMENT PLACEHOLDER**

**(Produced in Native Format)**