**PLAINTIFF'S EXHIBIT 19**

# DOCUMENT PLACEHOLDER

## (Produced in Native Format)

PINETREE003093