PLAINTIFF'S EXHIBIT
20

DOCUMENT PLACEHOLDER

(Produced in Native Format)

PINETREE003099