## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NYEISHA S. GHEE,

       Plaintiff,

                                     Civil Action No.: 3:25-cv-17-RCY

v.

PINETREE APARTMENTS, LLC,

       Defendant.

### NOTICE OF FILING EXHIBITS TO THE SECOND AMENDED COMPLAINT

       Herewith are Plaintiff Nyeisha S. Ghee's Exhibits to the Second Amended Complaint

("SAC") sent in multiple transmissions due to the size of the files.

                         Respectfully submitted,

                         NYEISHA S. GHEE


                         By*:*      */s/ Mark Krudys*
                                        Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100
Fax #: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219

Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

<u>**Certificate of Service**</u>

I hereby certify that on this 6th day of October 2025, I have electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to all parties of record.

                     */s/ Mark J. Krudys*
                     Mark J. Krudys (VSB# 30718)
                     The Krudys Law Firm, PLC
                     Truist Place
                     919 East Main Street, Suite 2020
                     Richmond, Virginia 23219
                     804.774.7950 Phone
                     804.381.4458 Fax
                     mkrudys@krudys.com
                     *Counsel for Plaintiff*