PLAINTIFF'S EXHIBIT 21



PINETREE002922

PINETREE002924