







PINETREE003756





PINETREE003758




PINETREE003759

PINETREE003759