PLAINTIFF'S
EXHIBIT

**23**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NYEISHA S. GHEE,

        Plaintiff,

v.                                    Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

        Defendant.

### AFFIDAVIT OF ROBERT L. KUNST

1.      My name is Robert L. Kunst. My office address is 4565 LaSalle Street, Mandeville, Louisiana 70471.

2.      I am over eighteen years old and competent to make this Affidavit.

3.      I am in the business of termite and pest control, lawn care, and horticulture. I have served as an expert witness in over 400 cases, typically addressing termite and moisture issues. I am licensed in Alabama, Louisiana, Mississippi, South Carolina, Tennessee, and Virginia as a certified pesticide applicator and in related areas of pest control. Attached as **Kunst Exhibit 1** is a copy of my curriculum vitae.

4.      I have reviewed the following:

        a.      The Amended Complaint and its exhibits in this matter.

        b.      The Affidavit and Addendum thereto of Donisha L. Bugg and the Affidavit of Eric Hansen.[1] Copies of these documents are attached as **Kunst Exhibits 2, 3,** and **4,** respectively.

---

[1] During the period from approximately 2017 through the middle of 2019, Ms. Bugg lived in Pinetree Apartments, Apt. G8 (the same apartment where the Plaintiff lived when the fire took place). In her Addendum Ms. Bugg observed that "[t]here was termite damage above the sliding

c.        Aerial images of Pinetree Apartments, 3100 Pinetree Drive, Petersburg, Virginia, from the Petersburg, Virginia Geographic Information System, included in the official website of the City of Petersburg, copies attached as **Kunst Exhibit 5.**

d.        Diagram showing all Pinetree Apartment buildings, PINETREE00666, copy attached as **Kunst Exhibit 6.**

e.        Documents obtained by subpoena from PestNow, the pest control company retained by Defendant and/or its management company to inspect and treat Pinetree Apartments for termites. These documents contain many references to termite activity.[2] Copies of these documents are attached as **Kunst Exhibit 7.**

---

glass door to my bedroom, as well as above the sliding glass door to my mother's bedroom." **Kunst Exhibit 3**, at GHEE000489. On 3-4 occasions, she saw insects that she thought were termites. *Id*. Ms. Bugg never saw that the termite damage had been repaired. *Id*.

From approximately 2014 to the summer of 2024, Eric Hansen lived in Pinetree Apartments, Apt. G4. On at least two occasions while on his deck smoking, Hansen saw a "whole bunch of termites swarming." **Kunst Exhibit 4**, at GHEE000493. This was in the springtime, in the morning. *Id*. He also saw the wood on his deck deteriorating. "It was falling apart. All of the decks at Pinetree were deteriorating." *Id.,* at GHEE000494.

[2] These PestNow records reveal the following:

| Date | Bates # | Building(s)/ Unit(s) involved | Excerpt |
|------|---------|------------------------------|---------|
| 02/25/2019 | 1135 | E3 | "TERMITES FOUND IN 3 E… I FOUND LIVE WOOD DESTROYING INSECTS" |
| 03/05/2019 | 1136 | E | "TREATED THE EXTERIOR OF BUILDING E FOR TERMITES." |
| 03/13/2019 | 1112 | N | "I FOUND EVIDENCE OF WOOD DESTROYING INSECTS I FOUND TERMITE DAMAGE" |
| 03/18/2019 | 1113 | N | "PERFORMED TERMITE TREATMENT ON UNIT N…" |
| 03/18/2019 | 507-509 | B, C, G, K, O, P, J | "Visible live insects: LIVE TERMITES ON EXTERIOR FOUNDATION OF BLDGS. B, C, G, K, O, AND P AND BLDG. J HAD ACTIVE TERMITES UNDER THE SPLASH GUARD ON THE EXTERIOR FOUNDATION" |

| 04/04/2019 | 505 | B, C, G, J, K | "PERFORMED A TERMITE TREATMENT AROUND THE FULL EXTERIOR PERIMETER… TREATMENT WAS DONE ON B, C, G, J & K" |
| 04/05/2019 | 506 | O, P | "I TRENCHED AND GROUND RODDED THE EXTERIOR PERIMETER OF BUILDINGS O & P FOR TERMITES." |
| 04/26/2019 | 1086-1088 | Pool house | "I TRENCHED AND RODDED AROUND THE PERIMETER OF THE POOL HOUSE FOR TERMITES." |
| 05/06/2020 | 510-512 | G | "I DID A THOROUGH EXTERIOR INSPECTION OF BUILDING G FOR TERMITES. PINETREE STAFF IS AWARE THAT IF AN INTERIOR INSPECTION IS NEEDED THAT THEY ARE TO CONTACT US. THE ANNUAL INSPECTION FOR TERMITES IS ONLY AN EXTERIOR INSPECTION." |
| 02/17/2021 | 891, 893-895 | F6 | I FOUND SWARMER TERMITES IN BATHROOM TUB IN UNIT F6. I RECOMMEND A FULL PERIMETER SOIL TREATMENT TRENCH…" |
| 02/23/2021 | 892 | F | "TREATED EXTERIOR OF BUILDING F FOR TERMITES…" |
| 03/07/2023 | 647-650 | C8 | "… FOUND EVIDENCE OF TERMITE ACTICITY INSIDE UNIT C8…" |
| 03/13/2023 | 651-653 | C8 | "BLDG C UNIT C-8 WARRANTY TREATMENT FOR TERMITES" |
| 09/25/2023 | 567-572 | Pool pump house | "… FOUND EVIDENCE OF TERMITES, TERMITE SHELTER TUBES AND GALLERIES ON WALL STUDS IN DETACHED POOL PUMP HOUSE…" |
| 09/27/2023 | 564-566 | Pool house | "TREATED INTERIOR POOL HOUSE EXPOSED WOOD FOR TERMITES" |
| 02/13/2024 | 263 | F6 | "F6 is complaining about Termites." |
| 02/13/2024 | 264 | E8 | "Please add E8 to the list [of units for termite inspection]" |
| 02/13/2025 | 521-523 | F6, E3 | "… I FOUND NO TERMITE ACTIVITY DURING MY INSPECTION EXCEPT FOR UNIT F6 IN BUILDING F and UNIT E3 IN BUILDING E. PROPERTY MANAGEMENT IS AWARE THAT THIS INSPECTION IS ONLY AN EXTERIOR INSPECTION. INSPECTIONS FOR THE INTERIOR MUST BE REQUESTED BY MANAGEMENT." |

5.    Further, through my work, I am aware of instances where termite damage has interfered with the operation of sliding glass doors.

6.    The most prevalent type of Subterranean termites found in the area of Petersburg, Virginia are the (*reticulitermes virginicus, reticulitermes flavipes, reticulitermes hageni*). These termites are frequently found in damp environments. Due to the proximity of Pinetree Apartments to the swamp, depicted in the aerial images referred to above as **Kunst Exhibit 5**, it is not surprising that termites infested various Pinetree Apartment buildings.

7.    Subterranean Termites readily travel from one building to another building nearby and in doing so have a average radius of approximately a half a mile from their nest. A Google Earth image approximately showing a half-mile radius from Apartment G8 is shown in the attached as **Kunst Exhibit 8**.

8.    The PestNow records show termite infestation at the following Pinetree Apartment buildings: B, C, E, F, G, J, K, N, O, P, and the Pool Pump House. *See* footnote 2. Because of the proximity of these buildings to the swamp shown in **Kunst Exhibit 5**, as well as the proximity of the Pinetree Apartment buildings to each other, this is not surprising.

9.    Periodically, Subterranean Termites swarm, normally in the springtime.

10.    Subterranean Termites typically swarm in the morning, although in my experience and observation Subterranean Termites sometimes swarm at other times of day as well.

11.    Of great relevance to the issues in this matter and this Affidavit, on September 12, 2025, Defendant Pinetree Apartments, LLC ("Pinetree") produced to Plaintiff documents that showed that MBS Construction ("MBS"), a local contractor hired by Pinetree, performed a similar repair numerous times on Pinetree Apartment sliding glass doors and the wood surrounding the doors, including the area above the doors. These repairs preceded Ms. Ghee's original occupancy

4

(June 2022) and continued through, and after, the date of the fire (Feb. 20, 2024). According to MBS, the wood above the doors was oftentimes "rotten" –the same as Ms. Ghee's allegations in the current case. *See* the chart below (emphasis added).

| Bates | Date | Unit | Scope of work | Total amount invoiced |
|-------|------|------|---------------|-----------------------|
| 2035 | 4.20.22 | O10 | "Removed sheet rock from ceiling of bedroom and around patio door in bedroom, […] repaired sheet rock around second bedroom sliding patio door. Mudded and taped one coat. sheet rock areas from repair. Repaired flashing on patio above doors to resolve leak issue. That will included (sic) removing vinyl siding and reinstalling. Replaced studs in the wall and header across patio door in first bedroom." | $6,000 |
| 2037 | 5.23.22 | P1 | "Removed sliding glass patio door cut out sheet rock, removed **rotten** header above door, removed insulation from exterior wall removed **rotten** door jack removed backside of vinyl siding from the exterior. Replaced **rotten** two by fours in the wall, Reinstalled new insulation. Reinstalled vinyl siding and J channel, reinstall patio door, **replaced sheet rock** around patio door and mud and tape one coat. Repaired flashing on patio above door." | $4,000 |
| 2039 | 6.21.22 | F8 | "Cut sheet rock above patio sliding door, cut out **rotten header** above patio door, **replaced header** above patio door. Installed new sheet rock above patio door. Mud and taped first coat on sheet rock. Remove vinyl siding from outside of apartment above patio door and installed new Tyvek. and flashed above patio door. Reinstalled J-channel and siding." | $3,400 |
| 2041 | 8.2.22 | C12 | "Cut out **wet, damaged sheet rock** from ceiling of bedroom and above patio door. Found that the dryer vent had water in it from water getting in from exterior. […] Removed exterior siding above patio siding door. […] | $3,200 |

| | | | Installed installed new Tyvek and flashing above patio door." | |
|---|---|---|---|---|
| 2043 | 8.2.22 | D3 | "Cut out and removed wet damaged sheet rock from around both bedroom patio doors. Placed header above one patio door. Installed new sheet rock in mud and tape first coat sheet rock. Also kilzed and bleached around bedroom number one patio door. Removed vinyl siding above patio doors and repaired flashing and added Tyvek around wall above patio doors. Reinstalled vinyl siding." | $4,375 |
| 2045 | 8.17.22 | O10 | "Removed vinyl siding from above sliding glass door, removed flashing from underneath patio band board, reflash above door and added new Tyvek to wall. Reinstalled vinyl siding." | $1,500 |
| 2049 | 2.6.23 | K1 | "Removed master bedroom, sliding patio door. Repaired jamb leg. Reinstall door and repaired patio door roller. Secured door, sealed door, repaired sheet rock around interior of patio room. Repaired sheet rock around patio door and other bedroom." | $650 |
| 2051 | 2.6.23 | M3 | "Removed vinyl siding from exterior building on corner and above patio door. Sealed, flashing and patio and vinyl corner coming down side of upper balcony. Repaired flashing reinstalled siding above patio door cut out and repaired wall around patio door installed new sheet rock and taped and mudded first coat on wall." | $3,200 |
| 2053 | 3.10.23 | E8 | "Clean moldy areas from patio, sliding glass doors in both rooms, repaired minor sheet rock repair,Sealed and painted areas." | $375 |
| 2055 | 5.11.23 | O10 | "Removed vinyl siding from exterior, repaired flashing and installed Tyvek, reinstalled vinyl siding, [...] Repaired hanging siding coming down gable end. [...] Repaired vinyl corner, going up side of balcony, repaired flashing under sliding glass door and sealed. [...]" | $950 |
| 2057 | 6.26.23 | K8 | "Removed vinyl siding from two sliding door patio areas. Repaired flashing across both patios above sliding glass doors. Replaced **Rottenwood** (sic) above master bedroom, patio door and replaced Celtics on area. | $3,200 |

6

| | | | Installed Tyvek on walls of both patio door areas. Sealed both doors, reinstalled vinyl siding." | |
|---|---|---|---|---|
| 2069 | 10.31.23 | D5 | "repaired sheet rock above patio door. Repaired siding and flashing, above patio also had to repair gutter. […]" | $1,675 |
| 2071-72 | 10.31.23 | H1 | **"cut out and Removed damaged sheet rock** from bedroom wall above patio door. removed 4 x 4 post under exterior deck that was not installed properly. Vinyl siding was cut away from building to install 4 x 4 post. Removed all of vinyl siding from exterior wall under patio repaired for damage studs and wall. **Replaced all rotted Celtics** with half-inch OSB Tyveked exterior wall. Reinstalled 4 x 4, post with metal flashing behind 4 x 4, attached to building reinstall all vinyl siding repaired flashing across topped balcony. Reinstalled sheet rock mud and taped […]" | $4,200 |
| 2074 | 12.4.23 | J6 | "Removed vinyl siding from exterior patio. Repaired patio door header. Replaced flashing and installed tyvex on exterior wall. Reinstalled siding. Repaired Sheetrock on wall around patio door. Patio door is sealed." | $2,825 |
| 2022 | 2.23.24 | J3 | "Removed two sections of glass panel from patio sliding door repaired roller guides on patio door and repaired roller wheels on patio door. Reinstall patio doors into the frame adjusted lock on the patio door. […]" | $600 |
| 2031 | 4.5.24 | N2 | "Removed glass patio door. Removed door rollers from patio door leveled patio door threshold door was not level purchased and installed two new rollers onto patio door, reinstalled patio door." | $425 |
| 2024-25 | 5.30.24 | H3 | "Cut out and removed interior sheet rock above patio door and section on ceiling. Removed exterior vinyl siding wall of patio door. **Cut out and removed all rotten wall sheeting.** removed double 2 x 10 rotten header removed section of **rotten wall plate** on top replaced two studs in the wall also replaced jackstand for header rebuilt 2 x 10 header. Resecured patio sliding glass door. Removed upper patio band board and replaced flashing behind it and installed a drip edge on top Under The patio decking boards. reinstalled patio | $5,275 |

| | | | | |
|---|---|---|---|---|
| | | | board and bolted to building. resecure decking boards from up top installed half-inch OSB on wall. Install building wrap. Reinstalled vinyl siding. Installed new sheet rock that had to be removed." | |
| 2029 | 5.31.24 | E1 | "Removed vinyl siding around patio door area. Repaired wall and installed wall wrap also replaced flashing and drip edge. replace one piece of vinyl siding that was nailed through the face. cleaned out gutters on top above upper patio. sealed base of siding on top of upper patio under sliding glass door area." | $2,275 |
| 2027 | 8.2.24 | O6 | "Removed upper vinyl siding from above patio sliding doors. Removed flashing drip edge that was installed upside down underneath the band board of patio. Reinstalled flashing correctly. Sealed corners. Repaired sheet rock in both bedrooms around patio doors. Cleaned and painted one coat over discoloration on sheet rock. Reinstalled Jay channel and vinyl siding." | $2,775 |

12.    The foregoing documents indicate that the areas above many of Pinetree Apartments' sliding glass doors regularly collected water, creating the conditions favored by termites.  According to the documents, including the MBS invoices, rotten wood was regularly found in the area around and above the sliding glass doors. Thus, the conditions found in the wooden support above the sliding glass door in Ms. Ghee's primary bedroom were not a one-time event, but instead typical for the units. Indeed, the breadth of the problem and MBS's criticism of the original carpentry work indicate that the foregoing problems were widespread.  *See*, for example, the notes accompanying the August 2, 2024 repairs to unit O6 (Bates 2027, the last entry in the table immediately above).

I, Robert L. Kunst, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

Date                                                Robert L. Kunst

STATE OF LOUISIANA

CITY/PARISH St. Tammany

I Emily Hartzog , a Notary Public for the State of Louisiana, do hereby certify that on 10/6/2025 , Robert L. Kunst personally appeared before me in my jurisdiction aforesaid and, after being duly sworn, acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of his knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

(notary signature)



My commission expires: commissioned for life

9

Kunst
Exhibit
1

# FISCHER



## ENVIRONMENTAL CONSULTING

Termite & Pest Control                               Lawn Care & Horticulture

## CURRICULUM VITAE

## ROBERT L. KUNST



1.     President of RLK Consulting Services
       Former President of Fischer Environmental Services
       Former District Manager for Orkin,
       Former General Operations Manager for the Terminix franchise in
       New Orleans,
       Former partner and General Manager of Couhig Southern
       Environmental Services.

2.     Member PI CHI OMEGA-Entomological Society
       Member of PHI ROE PI-Debate Society
       Member of PHI ALPHA THETA-History Honor Society

3.     Louisiana Pest Control Association Involvement

       a.  3 times President of the Greater New Orleans Pest Control
           Association





P.O. Box 8942 • Mandeville, LA 70470
Alabama, Georgia, Louisiana, Mississippi, North or South Carolina, Tennessee, Texas
Office: 985-951-3500 • Email: rlk@rlkconsultant.com • Cell: 985-807-4831
*Past President - Louisiana Pest Control Assoc.* • *Past President - National Pest Control Assoc.*
• *Past President - Greater New Orleans Pest Control Association*
www.rlkconsultant.com



1

    b. 10 times member of the Board of Directors GNOPCA
    c. Past President of the Louisiana Pest Control Association
    d. 7 times member of the Board of Directors of LPCA
    e. Current or past Chairman of the following committees

       1. Legislative Committee 5 times
       2. Education Committee 4 times
       3. By-Laws Committee
       4. Minimum Standards Termite Treatment Committee
       5. Rules & Regulations for State Law Committee
       6. State Wood Destroying Contract Committee
       7. State Wood Infestation Report Committee
       8. State Fee Revision Committee
       9. Education Resource Committee
       10. Soil Testing Committee
       11. Toxicology Committee
       12. Transition Committee
       13. Technician Training & Recertification Committee
       14. Radon Gas Committee
       15. Personnel Committee
       16. Environmental Quality Committee
       17. Public Relations Committee 3 times
       18. Wood Destroying Insects
       19. Strategic Planning Committee

    f. Current or past committee member of well over 60 committees.

4.  National Pest Management Association Involvement
       a. Past President National Pest Management Association
       b. Past Vice President of Communications Committee-
        National Pest Management Association
       c. Past Vice President-Project Development Council
       d. Past Member Executive Board
       e. Member Board of Directors
       f. Past President- National Pest Management
        Association
       g. Current or past Chairman of the following committees
        1) Insect Control, two times. This committee sets
         the standards for control and treatment of

2

insect pests. Awarded Committee Chairman of the year1989-1990.
2) Chemical & Chemical Safety Committee. This committee was involved in setting standards for Chemical Safety Usage. Awarded Committee Chairman of the year 1991-1992.
3) Operations committee. This committee was involved in any projects assigned to it by the Project Development Council.
4) Wood Destroying Insect Committee. This committee oversees the development of any treatments, controls, or information dispersal of any of the wood destroying insects found in North America. I have served on this committee continuously from 1986 to 2022 and served as chairman for a total of 18 years as well as receiving "chairman of the year" award twice, and committee of the year four times.
5) By-Laws Committee. This committee oversees the  governing rules for the Association

g. Current or past Member of the following committees:
1) Government Affairs committee, 19 times Awarded Committee of the Year 2002
2) Strategic Planning Committee
3) Communications Committee
4) Nominating Committee
5) Wood Destroying Insect Committee

5.    Member of the Entomological Society of America and former member of the Certification Board as the ACE representative
6.       Community Involvement:

A.    Member of Entomological Society of America
B.    Past Member of the Homebuilders Association
C.    Past Member of the Rural development committee
D.    Past Member of the Louisiana Realtor Association

3

    E.    Past Board of Director-St. Tammany West Chamber of Commerce. Awarded Committee Chair of the Year for Government Affairs
    F.    Past Board of Director –Y.M.C.A.
    G.    Past Director-S.E.C.U.R.E. Risk Retention Group
    H.    Past Secretary-S.E.C.U.R.E. LTD.  (Offshore All Lines Insurance Company)
    I.    Past Member of Advisory Council V.O.A. (Volunteers of America)
    J.    Graduate of Leadership St. Tammany
    K.    Past Member of P.L.C.A.A. - Professional Lawn Care Association Of America

7.    Licensing:
Currently licensed in Louisiana, Mississippi, Tennessee, Alabama, South Carolina, and Virginia in Structural Pest Control including:
A. Termite Control
B. Structural Fumigation
C. Ship Fumigation
D. Commodity Fumigation
E. Commercial Vertebrate Control
F. General Household Pests
G. Lawn & Ornamental

8.    Speaking area and Engagements:
A. Public Relations
B. Business Valuation
C. Marketing Your Business
D. Customer Relations
E. Administrative Procedures, Programs & Policies
F. Wood Destroying Insect Activity, Control and Damage
G. Rodent and Vertebrate Control
H. Integrated Pest Management I.P.M.
I. Mosquito borne diseases

9.    Expert Witness in over 400 cases, specializing in Termite and Moisture issues.
    Alabama

4

Arkansas
Florida
Georgia
Louisiana
Mississippi
Texas

10.   Seated senior member of the Structural Pest Control Commission of
      Louisiana appointed for 4 year term starting 2004 and reappointed by
      Governor Jindal in 2008 and 2012 and by Governor Edwards in 2016.
      The Commission regulates the pest control industry in Louisiana,
      writes all the rules, approves all chemical labels used, and sits as
      Judge on all offensives and violations. Bob was its' longest serving
      member. Mr. Kunst retired from the Commission on 12/31/2019

      He has been requested as a speaker on Pest Control Subjects in 29 States
      in the United States, England, Israel, Hong Kong, Beijing China, Canada,
      Brazil, Mexico, Bermuda, Costa Rica, Goa India, Singapore, Yokahama
      Japan, Taiwan, Manila, Budapest, Tokyo, Korea, Germany and Bombay.

- The first person to receive the **Paul K. Adams Award of Excellence**,
  which was presented for outstanding career efforts for the betterment
  of the pest control industry.

- The honored recipient of the **PCT Leadership Awards in 1995**.

- The only person to receive **Chairman of the Year** Award three times
  from NPMA.

- The honored recipient of the **FMC Lifetime Achievement Award** in
  2002 for Legislative Achievement in the Pest Control Industry.

- Received the **Pinnacle Award** from the National Pest Management
  Association in 2008. This is the highest award given by this
  association for a life time of achievement

5

- Inducted into the **Pest Control Hall of Fame in 2010.** This is the industry's highest honor. There are less than 35 living recipients in the world

- Fischer Environmental Services awarded **"Champion of the" Environment"** by the United States Environmental Protection Agency in 2004. One of only 5 Pest Management Company in the history of the E.P.A. to receive this prestigious honor out of 18,000 Pest Management Firms in the United States.

- Fischer Environmental Services was the **first Pest Management Company in the nation** (March 31, 2010) to be awarded the Gold Standard Level by the EPA. in their Pesticide Environmental Stewardship Program (PESP).

- Mr. Kunst was an editorial consultant for Pest Control Technologies Magazine

  Bob was appointed by Louisiana Governor Blanco to a 4 year term on the Louisiana Structural Pest Control Commission in 2004 and was reappointed by Governor Jindal in 2008 and 2012 and by Governor Edwards in 2016. This Commission regulates the Structural Pest Control Industry of Louisiana. Mr. Kunst retired from the Commission on 12/31/19

- Achieved Associate Certified Entomologist (A.C.E.) Status in 2012.



Kunst
Exhibit
**2**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NYEISHA S. GHEE,

        Plaintiff,

                                   Civil Action No.: 3:25-cv-17-RCY

v.

PINETREE APARTMENTS, LLC,

        Defendant.

## AFFIDAVIT OF DONISHA L. BUGG

1.      My name is Donisha L. Bugg. I am a resident of the Commonwealth of Virginia.
I currently live at 325 Branders Bridge Road, Colonial Heights, Virginia.

2.      I am 37 years old and competent to make this affidavit. I have personal
knowledge of the statements made in this affidavit.

3.      I am currently employed as a housekeeper at InTown Suites.

4.      I am originally from South Hill, Virginia.  When I was 14, my family moved to
Hopewell. I graduated from Hopewell High School.

5.      During the period from approximately 2017 through the middle of 2019, my son,
A'Kari Russell Parham and I, along with my mother, Diane R. Taylor, lived at Pinetree
Apartments, located in Petersburg, Virginia.  In this affidavit I refer to this apartment complex as
"Pinetree." My mother and I rented Apartment G8. My mother and I were both on the lease

6.      Apartment G8 was a single-level apartment with two bedrooms, two baths, a
living room, and a kitchen.  My mother lived in the larger bedroom with the bathroom accessible
from the room.  My son and I lived in the other bedroom.

7.    Each bedroom had a sliding glass door that led to a single patio outside the two bedrooms. The door in the bedroom where my son and I lived would not open. To go onto the patio, I would have to go through the sliding glass door in my mother's bedroom. Using the sliding glass door in my mother's bedroom, while I lived in Apartment G8 I went onto the patio approximately numerous times because I smoked.

8.    Each sliding glass doors consisted of two glass panels. One panel was fixed in place and the other panel moved.

9.    There was a handle on the glass panels that moved. When seen from inside the apartment, the handle was near the right hand edge of the glass panel that moved.

10.    While I lived at Apartment G8, I saw that termites had eaten away at the wooden area above the two sliding glass doors. The damaged area was above the outside of each sliding glass door.

11.    As to the damaged area above the sliding glass door leading to the patio from the bedroom where my son and I slept, I would describe it as mild/moderate/extensive/other mild It:

a. Was approximately 12 inches above the top of the door.

b. Was located above the glass panel that moved/above the glass panel that did not move/kind of in the middle of the area between the two glass panels, above the two glass panels/other.

c. Consisted of many small holes/a few small holes/other.

2

12.    As to the damaged area above the sliding glass door leading to the patio from the bedroom where my mother slept, I would describe it as mild/moderate/extensive/other _moderate_. It:

a. Was approximately _12_ inches above the top of the door.

b. Was located above the glass panel that moved/above the glass panel that did not move/kind of in the middle of the area between the two glass panels, above the two glass panels/other.

c. Consisted of many small holes/a few small holes/other.

13. I never saw termites or termite damage inside Apartment G8.

14. While I was living in Apartment G8, on _3-4_ or so occasions I saw insects that I thought were termites.  They looked like ants.  Some of them had wings but not all of them did. Sometimes I saw them exiting or entering holes in the wood.

15. I complained to Pinetree about the termites and termite damage.  I did so by sending a message to Pinetree's website, using the "Contact" button/orally to _front office_ at the rental office. I estimate that I did this _4_ or so times.

16. In response to my complaints about termites, Pinetree put a tarp over the hole and did not cover the damaged wood.  After roughly _4_ months, I noticed that the tarp was gone and the damaged wood was repaired.  I never saw anyone inspect for or treat for termites in Apartment G8 or repair the termite damage I observed and reported.

17. At some point while I was living in Apartment G8, someone in the apartment above Apartment G8 shot a hole through their floor and into the ceiling of my mother's bathroom. The hole resulted in a water bubble in the ceiling.  Eventually, the hole burst, causing water to pour into my mother's bathroom.  There was water damage throughout the ceiling and the bathroom. The hole remained for approximately four months before Pinetree had it repaired.

3

18.    Eventually, my son and I moved out of Apartment G8 to our own apartment in Colonial Heights, Virginia. My mother remained for a period of time in Apartment G8 before she also relocated to Colonial Heights.

19.    I helped my mother move out of Apartment G8. When I helped my mother move out of Apartment G8, I could still see termite damage when I went onto the patio.

I, Donisha L. Bugg, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

_July 22, 2025_
Date

_Donisha L Bugg_
Donisha L. Bugg

COMMONWEALTH OF VIRGINIA          )
                                   )    to wit
CITY/COUNTY OF _Petersburg_        )

I _Wayne L. Morgan_ , a Notary Public in and for the State and County or City aforesaid, do hereby certify that on _7|22|2025_ , Donisha L. Bugg personally appeared before me in my jurisdiction aforesaid, and, having proved to me through documentary evidence of her identity, and after being duly sworn, acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of her knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

_____
(notary signature)

My Commission Expires: _9-30-2026_
My Notary Registration No.: _7581847_

Exhibit

3

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

NYEISHA S. GHEE,

        Plaintiff,

                                     Civil Action No.: 3:25-cv-17-RCY

v.

PINETREE APARTMENTS, LLC,

        Defendant.

### ADDENDUM TO AFFIDAVIT OF DONISHA L. BUGG

This will clarify and supplement my previous Affidavit (of July 22, 2025).

1.      No changes.

2.      No changes.

3.      I work at the InTown Suites' Chesterfield location.

4.      No changes.

5.      No changes.

6.      No changes.

7.      Each bedroom had a sliding glass door that led to the same patio outside the two bedrooms. The door in the bedroom where my son and I lived would not open. To go onto the patio, I would have to go through the sliding glass door in my mother's bedroom. Using the sliding glass door in my mother's bedroom, while I lived in apartment G8, I went onto the patio numerous times because I smoked.

8.      No changes.

GHEE000488

9.    There were bars that could be lowered to lock both of the sliding glass doors. There was also a handle for each of the sliding glass doors, however the lock on the handle in my mother's bedroom did not work.

10.    There was termite damage above the sliding glass door to my bedroom, as well as above the sliding glass door to my mother's bedroom. The termite damage above the sliding glass door in my mother's bedroom was more noticeable. Also, I saw termite damage to the beams supporting G7's wooden patio deck.

11.    As to the damaged area above the sliding glass door leading to the patio from the bedroom where my son and I slept, I would describe it as mild. I saw many small holes in the wood above the sliding glass door.

12.    As to the damaged area above the sliding glass door leading to the patio from my mother's bedroom, I would describe it as moderate. In two areas, I saw many small holes in the wood above the sliding glass door.

13.    No changes.

14.    While still living in Apartment G8, on three or four occasions while I was on the patio, I saw insects that I thought were termites. They looked like ants. Some of them had wings but not all of them did. Sometimes I saw them exiting or entering holes in the wood.

15.    I complained to Pinetree about the termites and termite damage. I did so by telling the woman who worked at the rental office. I estimate that I did this four or so times.

16.    I did not see Pinetree Apartments ever repair the termite damage. The tarp that I referred to in my July 22, 2025 Affidavit was to the hole in my mother's bathroom ceiling caused by a gunshot fired from the apartment above. After roughly four months, I noticed that the tarp

2

GHEE000489

was gone and the damaged wood was repaired. I never saw anyone inspect for or treat for termites in Apartment G8 or repair the termite damage I observed and reported.

17.  No changes.

18.  No changes.

19.  No changes.

20.  Due to the swampy area behind the apartment complex, I saw snakes outside the apartment. We placed mothballs outside of the apartment to keep the snakes away.

I, Donisha L. Bugg, swear under penalty of perjury that the statements in this Addendum Affidavit are true and correct to the best of my knowledge and belief.

July 25, 2025
Date

Donisha L. Bugg

COMMONWEALTH OF VIRGINIA    )
                                                            )   to wit
CITY OF PETERSBURG             )

I  Wayne L. Morgan , a Notary Public in and for the State and County or City aforesaid, do hereby certify that on July 25, 2025, Donisha L. Bugg personally appeared before me in my jurisdiction aforesaid, and, having proved to me through documentary evidence of her identity, and after being duly sworn, acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of her knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

(notary signature)

My Commission Expires: 9-30-2026



3

GHEE000490

My Notary Registration No.: _____7581847_____



GHEE000491

Kunst
Exhibit
**4**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NYEISHA S. GHEE,

      Plaintiff,

v.                                     Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

      Defendant.


## AFFIDAVIT OF ERIC HANSEN

1.      My name is Eric Hansen. I currently reside at Crystal Lake Apartments, 3451 Meadowdale Boulevard, Richmond, Virginia.

2.      I am over eighteen years old and competent to make this affidavit. I have personal knowledge of the statements made in this affidavit.

3.      I am currently working as a maintenance man at Crystal Lake Apartments.

4.      I lived at Pinetree Apartments in Petersburg, Virginia for about 13 years.

5.      I believe that I moved into Pinetree Apartments around 2008. I moved out in the summer of 2024.

6.      I initially lived in Apt. G3, a downstairs unit. When it became available, I then moved to G4, an upstairs unit. I lived in G4 for approximately 10 years. I was never a resident of Unit G5.

7.      I worked the night shift at the Food Lion Distribution Center, except for the three days a week that I had off.

8.      During the approximately 13 years that I lived at Pinetree Apartments, there were two owners.  The original owner and management were great.  When new owners and management took over the property, things went downhill.

9.      Pinetree management was able to access my apartment.

10.     I never saw the managers/persons who worked in the rental office leave the rental office.

11.     I recall reporting to the rental office that a door had come off in my apartment.  I said this needs to be taken care of.

12.     I complained numerous times about a water leak in my bathroom.

13.     When I reported a maintenance issue to the rental office, the Pinetree employee would type it up in her computer.  I was never asked to complete a repair slip or any other piece of paper.

14.     I would smoke on my deck.  On at least two occasions, while I was on my deck smoking, I saw a whole bunch of termites swarming.  At first there were a few trickling out of a vent, but it grew to a whole bunch. This was in the springtime, in the morning.

15.     I saw the termites land on the balcony floor and pop their wings out.

16.     I watch nature programs on television all the time, including shows on insects and termites.

17.     I am certain that I saw termites.  I am able to tell the difference between termites and flying ants.

18.     I never saw any pest control people come by to check for termites, but I did see their van parked near the rental office.

2

GHEE000493

19.     I did not complain about the termites that I saw swarming because they were not in my apartment.

20.     The wood on my deck was deteriorating.  It was falling apart. All of the decks at Pinetree were deteriorating.

21.     Instead of repairing all of the decks at one time, Pinetree repaired them very gradually.

22.     Building G and other Pinetree buildings were near a swamp.  I saw a large snapping turtle in the parking lot.  Residents told me they saw snakes at their doorways.  The area was covered in mosquitoes.

23.     I recall that some people had trouble opening the doors of their apartments.

24.     Near the times that I saw termites swarming, approximately two years before the fire, Apt. G3 had to have its sliding glass doors replaced.  I assumed that the wood around the doors had been eaten away by termites.  The sliding glass doors were within 8 feet or so of where I saw termites swarming.  I believe that a Hispanic man lived in G3 at the time.

25.     The gutter around my apartment would overflow like a waterfall.  I complained about it to the rental office.

26.     Pinetree Apartments had a pool, but it was a mess.  I would clean out the pool myself.     *EH*

*Maintenance & Pest Control*

27.     At times, notices were left on my door telling me that ~~management~~ would be coming into my apartment.

28.     Although I never had a long conversation with Ms. Ghee, she and I said hello on a number of occasions.  I saw her during one of my days off.  I saw her bringing in groceries and carrying her child into her apartment.

3

GHEE000494

29.    In February 2024, during the early morning hours, I received a call from a neighbor about telling me that the building was on fire.

30.    When I came down the stairs, flames were coming out of the downstairs apartment window of Ms. Ghee's apartment.

31.    After seeing the fire, I started banging on neighbors' doors to warn them.

32.    I understood that Ms. Ghee ran into her unit to save her baby.

33.    I heard her yelling, "My baby's in there!  My baby's in there!"

34.    I saw one police officer arrive before the fire department.  I believe that he tried to enter the burning apartments, but the flames were too intense to do so.

35.    I recall seeing Ms. Ghee being taken to the curb to sit down.  Smoke or steam was coming off her body.

36.    The heat from the fire was very intense.

37.    When I was near the fire, I did not hear any smoke alarms going off.

38.    I understand that the fire started around 2:00 -2:30 a.m.  It was not put out until around dawn.

39.    On the night of the fire, it was cold but not windy.

40.    I was very surprised that none of the apartments had fire extinguishers.   My current apartment complex has an extinguisher in every unit.

I, Eric Hansen, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

8-21-25
_____
Date

*Eric V. Hansen*
_____
Eric Hansen

4

**GHEE000495**

COMMONWEALTH OF VIRGINIA

I Charles H. Cuthbert, Jr. , a Notary Public at large for the

Commonwealth of Virginia, do hereby certify that on August 21, 2025, Eric Hansen

personally appeared before me in my jurisdiction aforesaid and, after being duly sworn,

acknowledged that the information contained in the foregoing Affidavit is true and correct to the

best of his knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

C H Cuthbert Jr.

_____

(notary signature)

Charles H. Cuthbert, Jr.
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 215642
My Commission Expires November 30, 2027

5

Kunst Exhibit 5

01/22/2018    66 of 80    Select Date

© 2018 Eagleview

Case 3:25-cv-00017-RCY    Document 44-3    Filed 10/06/25    Page 30 of 73 PageID# 767



02/08/2020  51 of 80  Select Date

© 2020 Eagleview



Kunst
Exhibit
6

LEASING OFFICE
SWIMMING POOL
PLAYGROUND
MAIL
BUS STOP
REFUSE

PINETREE DRIVE

PINETREE00666

# Pest

**Exhibit 7**

# INVOICE

**PestNow 22395 Powers Ct Sterling, VA 20166**

| INVOICE DATE: | PROPERTY #: |
|---|---|
| 2019-02-25 | 512355 |

### Please update your information

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

### Credit Card Information

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

---

**PLEASE DETACH HERE**

# Pest

**PestNow 22395 Powers Ct, Sterling, VA 20166**

**Customer Service**    877.284.2466

**Hours of Operation**    M-F: 7:30AM-6:00PM
                          SAT: 8:00AM-12:00PM

**pestnow.com**

**info@pestnow.com**

**Serviced Property Address**
3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS
PETERSBURG VA, 23803

# Save Time

Go to **www.mypestnow.com**
Enter the following information:

Your Invoice # is:

Your Property ID is:

| Date | Description | Amount |
|---|---|---|
| 04/17/2019 | Credit Card: ROSS MANAGEMENT SERVICES (7952) Exp: 05/2019 | $2,040.00 |
| 03/05/2019 | Order 3333797: Commercial Termite Treatment | $2,040.00 |
| 02/26/2019 | Order 3332369: Home Inspection | $0.00 |

Amount Due: $0.00

FULL EXTERIOR TRENCH AND RODDING OF BUILDING E FOR
TERMITES
DRILLING THE INTERIOR OF UNIT #3 FOR TERMITES.
TERMITES FOUND IN 3 E. RECCOMENDS TREATING BUILDING E.
$2,040 TO TREAT PROPERTY.
I FOUND LIVE WOOD DESTROYING INSECTS

**G-PESTNOW 001135**

# Pest

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

| | |
|---|---|
| Date of Service: | 03/05/2019 |
| Service: | Commercial Termite Treatment |
| License Number: | 13140 |
| Invoice Number: | 3333797 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

## Work Order Details

| | | | |
|---|---|---|---|
| Time In: | 12:15p | Equipment: | Rodding/Injecting Equipment |
| Area Treated: | Exterior, Interior | Target Pests: | Termites |
| Treated Footage: | 1800 lf | Chemicals Used: | Centerfire 75 WSP .05% 4 packs/100 gal (220.0 Gal) 432-1332 |
| Weather: | 50°, SUN, 0-5mph S | (Name %, Qty, EPA #) | |

## Notes

TREATED THE EXTERIOR OF BUILDING E FOR TERMITES.

## Technician(s)

JEFF ZALINSKI - 111308-T
JOHN CONNER - 28215, 148795-C

## Customer Signature

STAFF

### Statement of Practical Treatment.

If in eyes, hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. If swallowed, call a physician or Poison Control Center at once. If on skin or clothing, take off contaminated clothing and rinse skin with plenty of water for 15-20 minutes. Call a poison control center or physician for further treatment advice. If inhaled, move person to fresh air. Contact a poison control center or physician for further treatment advice.

**Thank you for your business!**



**INVOICE**

PestNow 22395 Powers Ct Sterling, VA 20166

| INVOICE DATE: | PROPERTY #: |
|---|---|
| 2019-03-13 | 512355 |

**Please update your information**

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

**Credit Card Information**

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - PLEASE DETACH HERE - - - - - - - - - - - - - - - - - - - - - - - - - -

# Pest

## Save Time

PestNow 22395 Powers Ct, Sterling, VA 20166
**Customer Service**  877.284.2466
**Hours of Operation**  M-F: 7:30AM-6:00PM
SAT: 8:00AM-12:00PM

pestnow.com
info@pestnow.com

**Serviced Property Address**
3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS
PETERSBURG VA, 23803

Go to **www.mypestnow.com**
Enter the following information:

Your Invoice # is:

Your Property ID is:

| Date | Description | Amount |
|---|---|---|
| 04/17/2019 | Credit Card: ROSS MANAGEMENT SERVICES | |
| | (7952) Exp: 05/2019 | $3,000.00 |
| 03/18/2019 | Order 3342819: Commercial Termite Treatment | $3,000.00 |
| 03/13/2019 | Order 3340875: Home Inspection | $0.00 |

Amount Due: $0.00

COST TO TREAT BUILDING N. $3000.00
I FOUND EVIDENCE OF WOOD DESTROYING INSECTS
I FOUND TERMITE DAMAGE

G-PESTNOW 001112

 **Pest**

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

| | |
|---|---|
| Date of Service: | 03/18/2019 |
| Service: | Commercial Termite Treatment |
| License Number: | 13140 |
| Invoice Number: | 3342819 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - |
| | 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS |
| | PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

## Work Order Details

| | | | | |
|---|---|---|---|---|
| Time In: | 10:07a | Equipment: | Rodding/Injecting Equipment |
| Area Treated: | Exterior | Target Pests: | Termites |
| Treated Footage: | 160 lf | Chemicals Used: | Centerfire 75 WSP .05% 4 packs/100 gal (64.0 Gal) 432-1332 |
| Weather: | 51°, SUN, 0-5mph N | *(Name %, Qty, EPA #)* | |

## Notes

PERFORMED TERMITE TREATMENT ON UNIT N. TRENCH AND INJECTED SOIL ON EXTERIOR FOUNDATION AND DRILL AND TREATED CONCRETE SLAB ON APPARENT NUMBER 1. PLUGGED AND PATCHED HOLES

## Technician(s)

JEFF ZALINSKI - 111308-T
JOHN CONNER - 28215, 148795-C

## Customer Signature

PINETREE

*Statement of Practical Treatment.*

*If in eyes, hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. If swallowed, call a physician or Poison Control Center at once. If on skin or clothing, take off contaminated clothing and rinse skin with plenty of water for 15-20 minutes. Call a poison control center or physician for further treatment advice. If inhaled, move person to fresh air. Contact a poison control center or physician for further treatment advice.*

**Thank you for your business!**

# Pest

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

| | |
|---|---|
| Date of Service: | 03/18/2019 |
| Service: | WDI Inspection |
| License Number: | 13140 |
| Invoice Number: | 3342821 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |
| Agent: | SHERRY DRZEWIECKI |

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

## Inspection Details

**Structure:** TOWNHOUSES SECTIONS A-P AND CLUBHOUSE
**Price:** $900.00
**Visibility:** Visible live insects: LIVE TERMITES ON EXTERIOR FOUNDATION OF BLDGS. B, C, G, K, O, AND P AND BLDG. J HAD ACTIVE TERMITES UNDER THE SPLASH GUARD ON THE EXTERIOR FOUNDATION
**Recommendations:** Recommend treatment: TREATMENT FOR TERMITES AT BLDGS. B, C, G, J, K O, P
**Obstructions:** Main level: 1,3,4,6,7,8,9,11,13,24; Exterior: 11,13,16,17;

## Notes

No Notes

## Technician(s)

JEFF ZALINSKI - 111308-T

## Customer Signature

No Signature

**Thank you for your business!**

G-PESTNOW 000507

**Wood Destroying Insect Inspection Report**    Notice: Please read important consumer information at bottom of page

| Section I. General Information Inspection Company, Address & Phone | Company's Business Lic. No | Date of Inspection |
|---|---|---|
| PestNow LLC<br>PO BOX 66<br>LADYSMITH, VA 22501-0066    (877) 284-2466 | 13140 | 03/18/2019 |

Address of Property Inspected

3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS - PETERSBURG , VA 23803

| Inspector or Authorized Signature - Print Inspector's Name - Certification/Credentialing # if applicable | Structure(s) Inspected |
|---|---|
| JEFF ZALINSKI 111308-T | TOWNHOUSES SECTIONS A-P AND CLUBHOUSE |

**Section II. Inspection Findings**    This report is indicative of the condition of the above inspected structure(s) on the date of the inspection is not to be construed as a guarantee or warranty against latent, concealed, or future infestation or defects.  **Based on a careful visual inspection of the readily accessible areas of the structure(s) inspected:**

☐  A. **No Visible** evidence of wood destroying insects was observed.

☑  B. **Visible** evidence of wood destroying insects was observed as follows: **(See attached diagram)**

☑    Live insects (description and location):  LIVE TERMITES ON EXTERIOR FOUNDATION OF BLDGS. B, C, G, K, O. AND P AND BLDG. J HAD ACTIVE TERMITES UNDER THE SPLASH GUARD ON THE EXTERIOR FOUNDATION

☐    Dead insects, parts, frass, shelter tubes, exit holes, or staining (description and location):

☐    Visible damage from wood destroying insects was noted as follows (description and location):

_NOTE: This is not a structural damage report._ **If box B above is checked, it should be understood that some degree of damage, including hidden damage, may be present.** If any questions arise regarding damage indicated by this report, it is recommended that the buyer or any interested parties contact a qualified structural professional to determine the extent of damage and the need for repairs. State regulations require the inspector indicate, **if known**, whether the damage indicated by this report has, or will be, corrected or further evaluated. Unless disclosed in Section V. below. The inspector does not know the disposition of the listed damage.

Yes ☑  No ☐    It appears that the structure(s) or a portion may have been previously treated. Evidence of possible treatment: DRILL MARKS AND OLD TERMITE BAIT STATIONS
The inspecting company can give no assurances with regard to work done by other companies. The company that performed the treatment should be contacted for information on treatment and any warranty or service agreement which may be in place.

**Section III. Recommendations/Treatment**

☐  No treatment recommended: (Explain if Box B in Section II is checked)

☑  Recommend treatment for the control of: TREATMENT FOR TERMITES AT BLDGS, B, C, G, J, K O, P

☑  Proper control measures were performed by this inspection company for insect evidence listed in II. B., above.

**Section IV. Obstructions and Inaccessible Areas**

The following areas of the structure(s) inspected were obstructed or inaccessible:

The inspector may write out obstructions or use the following key:

☐  Basement
☐  Crawlspace
☑  Main Level    1,3,4,6,7,8,9,11,13,24
☐  Attic
☐  Garage
☑  Exterior    11,13,16,17
☐  Porch
☐  Addition
☐  Other

| | |
|---|---|
| 1. Fixed ceiling | 13. Only visual access |
| 2. Suspended ceiling | 14. Cluttered condition |
| 3. fixed wall covering | 15. Standing water |
| 4. Floor covering | 16. Dense vegetation |
| 5. Insulations | 17. Exterior Coverings |
| 6. Cabinets or shelving | 18. Window well covers |
| 7. Stored items | 19. Wood pile |
| 8. Furnishings | 20. Snow |
| 9. Appliances | 21. Unsafe conditions |
| 10. No access or entry | 22. Rigid foam board |
| 11. Limited access | 23. Synthetic stucco |
| 12. No access beneath | 24. Duct work, plumbing, and/or wiring |

**Section V. Additional Comments and Attachments** (these are an integral part of the report)

Treatment Date: 04/05/2019
CLUSTERS A, D, E, F, H, I, L, M AND N WERE CLEAR AS WELL AS THE CLUBHOUSE

Charges: $0.00
Important: This form is invalid unless signed by seller and purchaser and unless payment is made or funds escrowed.

| Signature of Seller(s) or Owner(s) if refinancing. Seller acknowledges that all information regarding W.D.I. infestation, damage, repair, and treatment history has been disclosed to the buyer. | Signature of Buyer. The undersigned hereby acknowledges receipt of a copy of the report and understands the information reported. |
|---|---|
| X<br>Print name of Property Owner/Seller. | X |

Conforms to Form NPMA-33    Page 1 of 2

G-PESTNOW 000508

**Important Consumer Information Regarding
the Scope and Limitations of the Inspection.**

Please read this entire page as it is part of this report. This report is not a guarantee or warranty as to the absence of wood destroying insects nor is it a structural integrity report. The inspector's training and experience do not qualify the inspector in damage evaluation or any other building construction technology and/or repair.

1. **About the Inspection:** A visual inspection was conducted in the readily accessible areas of the structure(s) indicated (see Page 1) including attics and crawlspaces which permitted entry during the inspection. The inspection included probing and/or sounding of unobstructed and accessible areas to determine the presence or absence of visual evidence of wood destroying insects. The WDI Inspection firm is not responsible to repair any damage or treat any infestation at the structure(s) inspected, except as may be provided by separate contract. Also, wood destroying insect infestation and/or damage may exist in concealed or inaccessible areas. The inspection firm cannot guarantee that any wood destroying insect infestation and/or damage disclosed by this inspection represents all of the wood destroying insect infestation and/or damage which may exist as of the date of the inspection. _For purposes of this inspection. wood destroying insects include: termites, carpenter ants, carpenter bees, and reinfesting wood boring beetles. This inspection does not include mold, mildew or non-insect wood destroying organisms._ This report shall be considered invalid for purposes of securing a mortgage and/or settlement of property transfer if not used within ninety (90) days from the date of inspection. **This shall not be construed as a 90-day warranty.** There is no warranty, express or implied, related to this report unless a written warranty or service agreement is attached.

2. **Treatment Recommendation Guidelines Regarding Subterranean Termites:** FHA and VA require treatment when any active infestation of subterranean termites is found. If signs of subterranean termites-but no activity-are found in a structure that shows no evidence of having been treated for subterranean termites in the past, then a treatment may be recommended. A treatment may also be recommended for a previously treated structure showing evidence of subterranean termites-but no activity- if there is no documentation of a liquid treatment by a licensed pest control company within the previous five years unless the structure is presently under warranty or covered by a service agreement with a licensed pest control company.

3. **Obstructions and Inaccessible Areas:** No inspection was made in areas which required the breaking apart or into, dismantling, removal of any object, including but not limited to: moldings, floor coverings, wall coverings, siding, ceilings, insulation, furniture, appliances, and/or personal possessions; nor were areas inspected which were obstructed or inaccessible for physical access on the date of inspection. Your inspector may write out inaccessible areas or use the key in Section IV. Crawl spaces, attics, and/or other areas may be deemed inaccessible if the opening to the area is not large enough to provide physical access for the inspector or if a ladder was required for access. Crawl spaces (or portions thereof) may also be deemed inaccessible if there is inadequate clearance from the bottom of the floor joists to the surface below. If inaccessible, reasons will be noted in Section IV of this report. If any area which has been reported as inaccessible is made accessible, the inspection company may be contacted for another inspection. An additional fee may apply.

4. **Consumer Maintenance Advisory Regarding Integrated Pest Management for Prevention of Wood Destroying Insects.** Any structure can be attacked by wood destroying insects. Homeowners should be aware of and try to eliminate conditions which promote insect infestation in and around their structure(s). Factors which may lead to wood destroying insect infestation include: earth to wood contact, foam insulation at foundation in contact with soil, faulty grade, improper drainage, firewood against structure(s), insufficient ventilation, moisture, wood debris in crawl space, wood mulch or ground cover in contact with the structure, tree branches touching structure(s), landscape timbers and wood decay. Should these or other conditions exist, corrective measures should be taken in order to reduce the chances of infestation of wood destroying insects and the need for treatment.

5. **Neither the inspecting company nor the inspector has had, presently has, or contemplates having any interest in the property inspected.**

G-PESTNOW 000509

# PestNow

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

| | |
|---|---|
| Date of Service: | 04/04/2019 |
| Service: | Settlement Termite Treatment House |
| License Number: | 13140 |
| Invoice Number: | 3346026 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |
| Agent: | SHERRY DRZEWIECKI |

## Work Order Details

| | | | | |
|---|---|---|---|---|
| Time In: | 8:40a | Equipment: | Rodding/Injecting Equipment | |
| Area Treated: | Exterior | Target Pests: | Termites | |
| Treated Footage: | 1580 lf | Chemicals Used: | Centerfire 75 WSP .05% 4 packs/100 gal (632.0 Gal) 432-1332 | |
| Weather: | 72°, SUN, 0-5mph N | (Name, %, Qty, EPA #) | | |

## Notes

PERFORMED A TERMITE TREATMENT AROUND THE FULL EXTERIOR PERIMETER BY TRENCHING AND INJECTING SOIL WITH CENTERFIRE. I FILLED THE TRENCHES AROUND EACH BUILDING BACK IN WITH SOIL WHEN COMPLETED. TREATMENT WAS DONE ON B,C,G,J & K

## Technician(s)

JEFF ZALINSKI - 111308-T
WARREN DAY - 116968-T

## Customer Signature

MESHELL WILLIAMS

### Statement of Practical Treatment.

If in eyes, hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. If swallowed, call a physician or Poison Control Center at once. If on skin or clothing, take off contaminated clothing and rinse skin with plenty of water for 15-20 minutes. Call a poison control center or physician for further treatment advice. If inhaled, move person to fresh air. Contact a poison control center or physician for further treatment advice.

**Thank you for your business!**

# Pest

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

| | |
|---|---|
| Date of Service: | 04/05/2019 |
| Service: | Settlement Termite Treatment House |
| License Number: | 13140 |
| Invoice Number: | 3368450 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS -<br>3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS<br>PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |
| Agent: | SHERRY DRZEWIECKI |

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

## Work Order Details

| | | | | |
|---|---|---|---|---|
| Time In: | 10:42a | | Equipment: | Rodding/Injecting Equipment |
| Area Treated: | Exterior | | Target Pests: | Termites |
| Treated Footage: | lf | | Chemicals Used: | Centerfire 75 WSP .05% 4 packs/100 gal (240.0 Gal) 432-1332 |
| Weather: | 50°, OVERCAST, 0-5mph S | | *(Name, %, Qty, EPA #)* | |

## Notes

I TRENCHED AND GROUND RODDED THE EXTERIOR PERIMETER OF BUILDINGS O & P FOR TERMITES.

## Technician(s)

JEFF ZALINSKI - 111308-T
JOHN CONNER - 28215, 148795-C
WARREN DAY - 116968-T

## Customer Signature

No Signature

*Statement of Practical Treatment.*

*If in eyes, hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. If swallowed, call a physician or Poison Control Center at once. If on skin or clothing, take off contaminated clothing and rinse skin with plenty of water for 15-20 minutes. Call a poison control center or physician for further treatment advice. If inhaled, move person to fresh air. Contact a poison control center or physician for further treatment advice.*

**Thank you for your business!**

# Pest

# INVOICE

**PestNow 22395 Powers Ct Sterling, VA 20166**

| INVOICE DATE: | PROPERTY #: |
|---|---|
| 2019-04-26 | 512355 |

**Please update your information**

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

**Credit Card Information**

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

---

**PLEASE DETACH HERE**

# Pest

**PestNow 22395 Powers Ct, Sterling, VA 20166**

**Customer Service**    877.284.2466

**Hours of Operation**    M-F: 7:30AM-6:00PM
                          SAT: 8:00AM-12:00PM

**pestnow.com**

**info@pestnow.com**

| Serviced Property Address |
|---|
| 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |

# Save Time

**Go to www.mypestnow.com**
**Enter the following information:**

Your Invoice # is:

Your Property ID is:

| Date | Description | Amount |
|---|---|---|
| 04/26/2019 Order 3389859: Warranty Work Termite | | $0.00 |

Amount Due: $0.00

I TRENCHED AND RODDED AROUND THE PERIMETER OF THE POOL
HOUSE FOR TERMITES.

G-PESTNOW 001086

 **Pest**                                                          **Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

| | |
|---|---|
| Date of Service: | 04/26/2019 |
| Service: | Warranty Work Termite |
| License Number: | 13140 |
| Invoice Number: | 3389859 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS -<br>3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS<br>PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

## Work Order Details

| | | | |
|---|---|---|---|
| Time In: | 0:04a | Equipment: | Rodding/Injecting Equipment |
| Area Treated: | Exterior | Target Pests: | Termites |
| Treated Footage: | 36 lf | Chemicals Used: | Centerfire 75 WSP .05% 4 packs/100 gal (15.0 Gal) 432-1332 |
| Weather: | 74°, SUN, 0-5mph N | *(Name, %, Qty, EPA #)* | |

## Notes

I TRENCHED AND RODDED AROUND THE PERIMETER OF THE POOL HOUSE FOR TERMITES.

## Technician(s)

WARREN DAY - 116968-T

## Customer Signature

No Signature

*Statement of Practical Treatment.*

*If in eyes, hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. If swallowed, call a physician or Poison Control Center at once. If on skin or clothing, take off contaminated clothing and rinse skin with plenty of water for 15-20 minutes. Call a poison control center or physician for further treatment advice. If inhaled, move person to fresh air. Contact a poison control center or physician for further treatment advice.*

## Thank you for your business!

**G-PESTNOW 001087**

# Pest

## Termite Control Warranty

### Scope Of Warranty

The prime objective of this termite control warranty is to provide the homeowner with an inspection and treatment service for subterranean termites. PestNow will make periodic inspections and keep a written record of findings regarding the condition of the structure at the time of each inspection. If/when a subterranean termite infestation is found, PestNow will provide the chemical treatment to control the current infestation at no extra cost.

The termite control warranty is an annual contract that may be extended by the homeowner for a prescribed annual rate. PestNow will provide notice of expiration to the homeowner for the purpose of renewal.

Ground infestations existing to the exterior of the foundation are not covered under this agreement. PestNow shall not be responsible for damage due to subterranean termites. This is not a damage warranty unless prior written agreement has been made.

### Your Warranty Includes

All chemicals and labor needed to correct any active subterranean termite infestation.

Annual inspection and written report. Additional inspections during the warranty period are provided if a termite infestation is suspected.

This warranty may be renewed annually and is transferable to any subsequent owner of the property during the life of this warranty.

| Warranty for: | 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS, PETERSBURG, VA 23803 | | |
|---|---|---|---|
| **Type:** | Termite | **Frequency:** | Annually |
| **Issued:** | 04/04/2019 | **Expires:** | 04/30/2020 |
| | | | *Reference: 512355.* |

G-PESTNOW 001088

# Pest

# INVOICE

**PestNow 22395 Powers Ct Sterling, VA 20166**

| INVOICE DATE: | PROPERTY #: |
|---|---|
| 2020-05-06 | 571411 |

**Please update your information**

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

**Credit Card Information**

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

PINETREE APARTMENTS -
3100 PINETREE DRIVE #BLDG G
PETERSBURG VA, 23803

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE DETACH HERE**

# Pest

**PestNow 22395 Powers Ct, Sterling, VA 20166**

| Customer Service | 877.284.2466 |
|---|---|
| Hours of Operation | M-F: 7:30AM-6:00PM |
| | SAT: 8:00AM-12:00PM |

pestnow.com

info@pestnow.com

**Serviced Property Address**
3100 PINETREE DRIVE #BLDG G
PETERSBURG VA, 23803

# Save Time

**Go to www.mypestnow.com**
Enter the following information:

Your Invoice # is: [                    ]

Your Property ID is: [                    ]

| Date | Description | Amount |
|---|---|---|
| 05/06/2020 Order 3718374: Termite Reinspection | | $98.00 |
| 04/24/2020 Check # 417 | | -$98.00 |

Amount Due: $0.00

I DID A THOROUGH EXTERIOR INSPECTION OF BUILDING G FOR
TERMITES. PINETREE STAFF IS AWARE THAT IF AN INTERIOR
INSPECTION IS NEEDED THAT THEY ARE TO CONTACT US. THE
ANNUAL INSPECTION FOR TERMITES IS ONLY AN EXTERIOR
INSPECTION.

G-PESTNOW 000510

# PestNow.

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #BLDG G
PETERSBURG VA, 23803

| | |
|---|---|
| Date of Service: | 05/06/2020 |
| Service: | Termite Reinspection |
| License Number: | 13140 |
| Invoice Number: | 3718374 |
| Property Number: | 571411 |
| Address Serviced: | PINETREE APARTMENTS - 3100 PINETREE DRIVE #BLDG G PETERSBURG VA, 23803 |
| Phone: | 804-552-3010 (day) |
| Email: | PINETREE@SOMLIVING.COM |

## Notes

I DID A THOROUGH EXTERIOR INSPECTION OF BUILDING G FOR TERMITES. PINETREE STAFF IS AWARE THAT IF AN INTERIOR INSPECTION IS NEEDED THAT THEY ARE TO CONTACT US. THE ANNUAL INSPECTION FOR TERMITES IS ONLY AN EXTERIOR INSPECTION.

## Technician(s)

JEFF ZALINSKI - 111308-T

## Customer Signature

No Signature

Thank you for your business!

G-PESTNOW 000511

# Pest

## Termite Control Warranty

### Scope Of Warranty

The prime objective of this termite control warranty is to provide the homeowner with an inspection and treatment service for subterranean termites. PestNow will make periodic inspections and keep a written record of findings regarding the condition of the structure at the time of each inspection. If/when a subterranean termite infestation is found, PestNow will provide the chemical treatment to control the current infestation at no extra cost.

The termite control warranty is an annual contract that may be extended by the homeowner for a prescribed annual rate. PestNow will provide notice of expiration to the homeowner for the purpose of renewal.

Ground infestations existing to the exterior of the foundation are not covered under this agreement. PestNow shall not be responsible for damage due to subterranean termites. This is not a damage warranty unless prior written agreement has been made.

### Your Warranty Includes

All chemicals and labor needed to correct any active subterranean termite infestation.

Annual inspection and written report. Additional inspections during the warranty period are provided if a termite infestation is suspected.

This warranty may be renewed annually and is transferable to any subsequent owner of the property during the life of this warranty.

| Warranty for: 3100 PINETREE DRIVE #BLDG G, PETERSBURG, VA 23803 | | | |
|---|---|---|---|
| **Type:** | Termite | **Frequency:** | Annually |
| **Issued:** | 04/05/2019 | **Expires:** | 04/30/2022 |
| | | | Reference: 571-111 |

G-PESTNOW 000512

 

**PestNow 22395 Powers Ct Sterling, VA 20166**

| INVOICE DATE: | PROPERTY #: |
|---|---|
| 2021-02-17 | 512355 |

**Please update your information**

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

**Credit Card Information**

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

---

**PLEASE DETACH HERE**



**PestNow 22395 Powers Ct, Sterling, VA 20166**

**Customer Service** 877.284.2466

**Hours of Operation** M-F: 7:30AM-6:00PM
SAT: 8:00AM-12:00PM

pestnow.com
info@pestnow.com

**Serviced Property Address**
3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS
PETERSBURG VA, 23803

| Date | Description | Amount |
|---|---|---|
| 03/29/2021 Check # 258 | | -$935.00 |
| 02/23/2021 Order 4010343: Commercial Termite Treatment | | $935.00 |
| 02/17/2021 Order 4007247: Home Inspection | | $0.00 |

Amount Due: $0.00

I FOUND SWARMMER TERMITES IN BATHROOM TUB IN UNIT F6. I
RECOMMEND A FULL PERIMETER SOIL TREATMENT TRENCH, ROD
AND DRILL PER GRAPH....COST $935.00...PLEASE NOTE: TERMITES
ARE VERY LIKELY TO 'SWARM' AGAIN AFTER TREATMENT AND IS A
NATURAL REACTION TO TREATMENT. I FOUND NO EVIDENCE OF BED
BUGS IN UNIT K4. I FOUND NO VISIBLE EVIDENCE OF BED BUGS IN
UNIT K3. PLEASE ADVISE TENANT TO COLLECT 'SPCIMEN' INSECT
FOR FUTURE VERIFICATION.

 **Pest**

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

| | |
|---|---|
| Date of Service: | 02/17/2021 |
| Service: | Home Inspection |
| License Number: | 13140 |
| Invoice Number: | 4007247 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS -<br>3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS<br>PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

### Notes

I FOUND SWARMMER TERMITES IN BATHROOM TUB IN UNIT F6. I RECOMMEND A FULL PERIMETER SOIL TREATMENT TRENCH, ROD AND DRILL PER GRAPH....COST $935.00...PLEASE NOTE: TERMITES ARE VERY LIKELY TO 'SWARM' AGAIN AFTER TREATMENT AND IS A NATURAL REACTION TO TREATMENT. I FOUND NO EVIDENCE OF BED BUGS IN UNIT K4. I FOUND NO VISIBLE EVIDENCE OF BED BUGS IN UNIT K3. PLEASE ADVISE TENANT TO COLLECT 'SPCIMEN' INSECT FOR FUTURE VERIFICATION.

### Technician(s)

RUSSELL BRUNS - 149445-T

### Customer Signature

No Signature

**Thank you for your business!**

G-PESTNOW 000893

# Pest

**Property Graph**

Account: 512355    Address: PINETREE APARTMENTS - 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803



# Pest

## Termite Control Warranty

### Scope Of Warranty

The prime objective of this termite control warranty is to provide the homeowner with an inspection and treatment service for subterranean termites. PestNow will make periodic inspections and keep a written record of findings regarding the condition of the structure at the time of each inspection. If/when a subterranean termite infestation is found, PestNow will provide the chemical treatment to control the current infestation at no extra cost.

The termite control warranty is an annual contract that may be extended by the homeowner for a prescribed annual rate. PestNow will provide notice of expiration to the homeowner for the purpose of renewal.

Ground infestations existing to the exterior of the foundation are not covered under this agreement. PestNow shall not be responsible for damage due to subterranean termites. This is not a damage warranty unless prior written agreement has been made.

### Your Warranty Includes

All chemicals and labor needed to correct any active subterranean termite infestation.

Annual inspection and written report. Additional inspections during the warranty period are provided if a termite infestation is suspected.

This warranty may be renewed annually and is transferable to any subsequent owner of the property during the life of this warranty.

| Warranty for: | 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS, PETERSBURG, VA 23803 | | |
|---|---|---|---|
| Type: | Termite | Frequency: | Annually |
| Issued: | 02/17/2021 | Expires: | 02/28/2026 |

Reference: 512355

G-PESTNOW 000895

 **Pest**

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

| | |
|---|---|
| Date of Service: | 02/23/2021 |
| Service: | Commercial Termite Treatment |
| License Number: | 13140 |
| Invoice Number: | 4010343 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

## Work Order Details

| | | | |
|---|---|---|---|
| Time In: | 10:31a | Equipment: | Rodding/Injecting Equipment |
| Area Treated: | Exterior | Target Pests: | Termites |
| Treated Footage: | 270 lf | Chemicals Used: *(Name, %, Qty, EPA #)* | Centerfire 75 WSP .05% 4 packs/100 gal (108.0 Gal) 432-1332 |
| Weather: | 55°, SUN, 0-5mph N | | |

## Notes

TREATED EXTERIOR OF BUILDING F FOR TERMITES REDRILLED EXISTING DRILL HOLES ON REAR PATIOS

## Technician(s)

RUSSELL BRUNS - 149445-T
WARREN DAY - 116968-T

## Customer Signature

No Signature

### Statement of Practical Treatment.

If in eyes, hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. If swallowed, call a physician or Poison Control Center at once. If on skin or clothing, take off contaminated clothing and rinse skin with plenty of water for 15-20 minutes. Call a poison control center or physician for further treatment advice. If inhaled, move person to fresh air. Contact a poison control center or physician for further treatment advice.

**Thank you for your business!**

G-PESTNOW 000892

# Pest

# INVOICE

**PestNow 22395 Powers Ct Sterling, VA 20166**

| INVOICE DATE: | PROPERTY #: |
|---|---|
| 2023-03-07 | 512355 |

**Please update your information**

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

**Credit Card Information**

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE DETACH HERE**

# Pest

**PestNow 22395 Powers Ct, Sterling, VA 20166**

**Customer Service**    877.284.2466

**Hours of Operation**    M-F: 7:30AM-6:00PM
SAT: 8:00AM-12:00PM

**pestnow.com**

**info@pestnow.com**

| Serviced Property Address |
|---|
| 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS |
| PETERSBURG VA, 23803 |

# Save Time

Go to **www.mypestnow.com**
Enter the following information:

Your Invoice # is:

Your Property ID is:

| Date | Description | Amount |
|---|---|---|
| 05/01/2023 | Check # 1156 | -$114.00 |
| 03/07/2023 | Order 4738068: Commercial Pest Control | $114.00 |

Amount Due: $0.00

TREATED NINE UNITS, INPECTED F6 BUT NO OJENWAS HOME AND
HAD NO KEY. FOUND EVIDENCE OF TERMITE ACTIVITY INSIDE UNIT
C8. NOTICED NO ISSUES OR HAD NO PROBLEMS TREATING OTHER
UNITS.



**Customer Workorder**

Questions! Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

| | |
|---|---|
| Date of Service: | 03/07/2023 |
| Service: | Commercial Pest Control |
| License Number: | 13140 |
| Invoice Number: | 4738068 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

## Work Order Details

| | | | | |
|---|---|---|---|---|
| Time In: | 12:10p | | Equipment: | Hand Sprayer |
| Area Treated: | Interior | | Target Pests: | Cockroaches |
| Weather: | 60°, SUN, 0-5mph N | | Chemicals Used: *(Name, %, Qty, EPA #)* | Onslaught 0.05% (140.0 Oz) 1021-1815 |

## Notes

TREATED NINE UNITS, INPECTED F6 BUT NO OJENWAS HOME AND HAD NO KEY. FOUND EVIDENCE OF TERMITE ACTIVITY INSIDE UNIT C8. NOTICED NO ISSUES OR HAD NO PROBLEMS TREATING OTHER UNITS.

## Technician(s)

KEVIN THOMAS - 158184-T

## Customer Signature

No Signature

*Statement of Practical Treatment.*

*If in eyes, hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. If swallowed, call a physician or Poison Control Center at once. If on skin or clothing, take off contaminated clothing and rinse skin with plenty of water for 15-20 minutes. Call a poison control center or physician for further treatment advice. If inhaled, move person to fresh air. Contact a poison control center or physician for further treatment advice.*

**Thank you for your business!**

G-PESTNOW 000648

**Photos**



03/08/2023 04:20 PM

03/08/2023 04:20 PM

03/08/2023 04:20 PM

03/08/2023 04:20 PM

G-PESTNOW 000649

## Order 4738068: Serviced 9 Units

| Unit # | Notes | Products Used |
|---|---|---|
| F6 | No key/No answer at door | |
| L5 | No live activity at this time<br>I treated for roaches | Onslaught: 20 Oz |
| C8 | | |
| N9 | No live activity at this time<br>I treated for roaches | Onslaught: 20 Oz |
| D7 | No live activity at this time<br>I treated for roaches | Onslaught: 20 Oz |
| E8 | No live activity at this time<br>I treated for roaches | Onslaught: 20 Oz |
| E3 | No live activity at this time<br>I treated for roaches<br>Vacant unit | Onslaught: 20 Oz |
| c3 | No live activity at this time<br>I treated for roaches<br>Vacant unit | Onslaught: 20 Oz |
| I | No live activity at this time<br>I treated for roaches<br>Vacant unit | Onslaught: 20 Oz |

# Pest

## INVOICE

**PestNow 22395 Powers Ct Sterling, VA 20166**

| INVOICE DATE: | PROPERTY #: |
|---|---|
| 2023-03-13 | 512355 |

### Please update your information

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

### Credit Card Information

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

---

**PLEASE DETACH HERE**

# Pest

## Save Time

**PestNow 22395 Powers Ct, Sterling, VA 20166**

**Customer Service**   877.284.2466

**Hours of Operation**   M-F: 7:30AM-6:00PM
SAT: 8:00AM-12:00PM

pestnow.com

info@pestnow.com

**Go to www.mypestnow.com
Enter the following information:**

Your Invoice # is:

Your Property ID is:

| Serviced Property Address |
|---|
| 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS |
| PETERSBURG VA, 23803 |

| Date | Description | Amount |
|---|---|---|
| 03/13/2023 Order 4877413: Warranty Work Termite | | $0.00 |

Amount Due: $0.00

BLDG C UNIT C-8
WARRANTY TREATMENT FOR TERMITES

G-PESTNOW 000651

# Pest

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

| | |
|---|---|
| Date of Service: | 03/13/2023 |
| Service: | Warranty Work Termite |
| License Number: | 13140 |
| Invoice Number: | 4877413 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - |
| | 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS |
| | PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

## Work Order Details

| | | | | |
|---|---|---|---|---|
| Time In: | 10:12a | Equipment: | Rodding/Injecting Equipment |
| Area Treated: | Exterior, Interior | Target Pests: | Termites |
| Treated Footage: | 20 lf | Chemicals Used: | Dominion 2L 0.05% (8.0 Gal) 53883-229 |
| Weather: | 39°, OVERCAST, 0-5mph N | (Name, Qty, EPA #) | Premise Foam 0.05% (12.0 Oz) 432-1391 |

## Notes

BLDG C UNIT C-8
WARRANTY TREATMENT FOR TERMITES

## Technician(s)

WARREN DAY - 116968-T

## Customer Signature

No Signature

*Statement of Practical Treatment.*

*If in eyes, hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. If swallowed, call a physician or Poison Control Center at once. If on skin or clothing, take off contaminated clothing and rinse skin with plenty of water for 15-20 minutes. Call a poison control center or physician for further treatment advice. If inhaled, move person to fresh air. Contact a poison control center or physician for further treatment advice.*

**Thank you for your business!**

**G-PESTNOW 000652**

# Pest

## Termite Control Warranty

### Scope Of Warranty

The prime objective of this termite control warranty is to provide the homeowner with an inspection and treatment service for subterranean termites. PestNow will make periodic inspections and keep a written record of findings regarding the condition of the structure at the time of each inspection. If/when a subterranean termite infestation is found, PestNow will provide the chemical treatment to control the current infestation at no extra cost.

The termite control warranty is an annual contract that may be extended by the homeowner for a prescribed annual rate. PestNow will provide notice of expiration to the homeowner for the purpose of renewal.

Ground infestations existing to the exterior of the foundation are not covered under this agreement. PestNow shall not be responsible for damage due to subterranean termites. This is not a damage warranty unless prior written agreement has been made.

### Your Warranty Includes

All chemicals and labor needed to correct any active subterranean termite infestation.

Annual inspection and written report. Additional inspections during the warranty period are provided if a termite infestation is suspected.

This warranty may be renewed annually and is transferable to any subsequent owner of the property during the life of this warranty.

| Warranty for: | 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS, PETERSBURG, VA 23803 | | |
|---|---|---|---|
| Type: | Termite | Frequency: | Annually |
| Issued: | 02/17/2021 | Expires: | 02/28/2026 |
| | | | Reference: 512355 |

# Pest

# INVOICE

**PestNow 22395 Powers Ct Sterling, VA 20166**

| INVOICE DATE: | | PROPERTY #: |
|---|---|---|
| 2023-09-25 | | 512355 |

### Please update your information

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

### Credit Card Information

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

---

**PLEASE DETACH HERE**

# Pest

**PestNow 22395 Powers Ct, Sterling, VA 20166**

**Customer Service**   877.264.2466

**Hours of Operation**   M-F: 7:30AM-6:00PM
                         SAT: 8:00AM-12:00PM

**pestnow.com**

**info@pestnow.com**

| Serviced Property Address |
|---|
| 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |

# Save Time

Go to **www.mypestnow.com**
Enter the following information:

Your Invoice # is:

Your Property ID is:

| Date | Description | Amount |
|---|---|---|
| 09/25/2023 | Order 4255444: Termite Reinspection | $98.00 |
| 08/30/2021 | Check # 413 | -$98.00 |

Amount Due: $0.00

INSPECTED PROPERTY FOR REO. FOUND EVIDENCE OF TERMITES,
TERMITE SHELTER TUBES AND GALLERIES ON WALL STUDS IN
DETACHED POOL PUMP HOUSE. RECOMMEND WARRANTY
TREATMENT ON EXPOSED WOOD IN PUMP HOUSE. THANKS FOR
CHOOSING PESTNOW!

 **Pest** **Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: **M-F:** 7:30AM - 6:00PM **SAT:** 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA. 23803

| | |
|---|---|
| Date of Service: | 09/25/2023 |
| Service: | Termite Reinspection |
| License Number: | 13140 |
| Invoice Number: | 4255444 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

**Notes**

INSPECTED PROPERTY FOR REO. FOUND EVIDENCE OF TERMITES, TERMITE SHELTER TUBES AND GALLERIES ON WALL STUDS IN DETACHED POOL PUMP HOUSE. RECOMMEND WARRANTY TREATMENT ON EXPOSED WOOD IN PUMP HOUSE. THANKS FOR CHOOSING PESTNOW!

**Technician(s)**

MIKE MCMUNN - 162004-T

**Customer Signature**

SHANNEN

**Thank you for your business!**

G-PESTNOW 000568

**Photos**



09/25/2023 10:29 AM




09/25/2023 10:29 AM



09/25/2023 10:29 AM



09/25/2023 10:29 AM



09/25/2023 10:29 AM



09/25/2023 10:29 AM

G-PESTNOW 000569

**Photos**

 

09/25/2023 10:29 AM                    09/25/2023 10:29 AM

G-PESTNOW 000570

# Pest

**Property Graph**

**Account:** 512355    **Address:** PINETREE APARTMENTS – 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803



# Pest

## Termite Control Warranty

### Scope Of Warranty

The prime objective of this termite control warranty is to provide the homeowner with an inspection and treatment service for subterranean termites. PestNow will make periodic inspections and keep a written record of findings regarding the condition of the structure at the time of each inspection. If/when a subterranean termite infestation is found, PestNow will provide the chemical treatment to control the current infestation at no extra cost.

The termite control warranty is an annual contract that may be extended by the homeowner for a prescribed annual rate. PestNow will provide notice of expiration to the homeowner for the purpose of renewal.

Ground infestations existing to the exterior of the foundation are not covered under this agreement. PestNow shall not be responsible for damage due to subterranean termites. This is not a damage warranty unless prior written agreement has been made.

### Your Warranty Includes

All chemicals and labor needed to correct any active subterranean termite infestation.

Annual inspection and written report. Additional inspections during the warranty period are provided if a termite infestation is suspected.

This warranty may be renewed annually and is transferable to any subsequent owner of the property during the life of this warranty.

| Warranty for: | 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS, PETERSBURG, VA 23803 | | |
|---|---|---|---|
| Type: | Termite | Frequency: | Annually |
| Issued: | 02/17/2021 | Expires: | 02/28/2026 |
| | | | Reference: 512355 |

# Pest

# INVOICE

**PestNow 22395 Powers Ct Sterling, VA 20166**

| INVOICE DATE: | PROPERTY #: |
|---|---|
| 2023-09-27 | 512355 |

**Please update your information**

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

**Credit Card Information**

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

---

**PLEASE DETACH HERE**

# Pest

**PestNow 22395 Powers Ct, Sterling, VA 20166**

**Customer Service**    877.284.2466

**Hours of Operation**  M-F: 7:30AM-6:00PM
                        SAT: 8:00AM-12:00PM

**pestnow.com**

**info@pestnow.com**

| Serviced Property Address |
|---|
| 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |



# Save Time

Go to **www.mypestnow.com**
Enter the following information:

Your Invoice # is:
Your Property ID is:

| Date | Description | Amount |
|---|---|---|
| 09/27/2023 | Order 5120308: Warranty Work Termite | $0.00 |

Amount Due: $0.00

TREATED INTERIOR POOL HOUSE EXPOSED WOOD FOR TERMITES

# Pest

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

| | |
|---|---|
| Date of Service: | 09/27/2023 |
| Service: | Warranty Work Termite |
| License Number: | 13140 |
| Invoice Number: | 5120308 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

## Work Order Details

| | | | |
|---|---|---|---|
| Time In: | 12:31p | Equipment: | Hand Sprayer |
| Area Treated: | Interior | Target Pests: | Termites |
| Treated Footage: | 40 lf | Chemicals Used: | Tim-Bor 15.0% (1.25 2.4,9,10,13,14,26,33,38) 64405-8 |
| Weather: | 63°, OVERCAST, 0-5mph N | *(Name %, Qty, EPA #)* | |

## Notes

TREATED INTERIOR POOL HOUSE EXPOSED WOOD FOR TERMITES

## Technician(s)

WARREN DAY - 116968-T

## Customer Signature

No Signature

*Statement of Practical Treatment.*

*If in eyes, hold eye open and rinse slowly and gently with water for 15 to 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye. Call a poison control center or doctor for treatment advice. If swallowed, call a physician or Poison Control Center at once. If on skin or clothing, take off contaminated clothing and rinse skin with plenty of water for 15-20 minutes. Call a poison control center or physician for further treatment advice. If inhaled, move person to fresh air. Contact a poison control center or physician for further treatment advice.*

**Thank you for your business!**

# Pest

## Termite Control Warranty

### Scope Of Warranty

The prime objective of this termite control warranty is to provide the homeowner with an inspection and treatment service for subterranean termites. PestNow will make periodic inspections and keep a written record of findings regarding the condition of the structure at the time of each inspection. If/when a subterranean termite infestation is found, PestNow will provide the chemical treatment to control the current infestation at no extra cost.

The termite control warranty is an annual contract that may be extended by the homeowner for a prescribed annual rate. PestNow will provide notice of expiration to the homeowner for the purpose of renewal.

Ground infestations existing to the exterior of the foundation are not covered under this agreement. PestNow shall not be responsible for damage due to subterranean termites. This is not a damage warranty unless prior written agreement has been made.

### Your Warranty Includes

All chemicals and labor needed to correct any active subterranean termite infestation.

Annual inspection and written report. Additional inspections during the warranty period are provided if a termite infestation is suspected.

This warranty may be renewed annually and is transferable to any subsequent owner of the property during the life of this warranty.

| Warranty for: | 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS, PETERSBURG, VA 23803 | | |
|---|---|---|---|
| Type: | Termite | Frequency: | Annually |
| Issued: | 02/17/2021 | Expires: | 02/28/2026 |
| | | | Reference: 512355 |

6/27/25, 9:23 AM                                      PestNow LLC Mail - TERMITES-F6

# Pest

Rhonda Grubbs <rgrubbs@pestnow.com>

## TERMITES-F6

4 messages

**Crystal Spruill** <crystal.spruill@somliving.com>                     Tue, Feb 13, 2024 at 11:16 AM
To: Rhonda Grubbs <rgrubbs@pestnow.com>
Cc: Pinetree <Pinetree@somliving.com>

Good morning

F6 is complaining about Termites.  Can we schedule an inspection of this unit?

THanks



CRYSTAL SPRUILL

804.862.1231    3100 Pinetree Drive, Petersburg, VA 23803    livepinetreeapts.com

**Rhonda Grubbs** <rgrubbs@pestnow.com>                     Tue, Feb 13, 2024 at 11:19 AM
To: Crystal Spruill <crystal.spruill@somliving.com>
Cc: Pinetree <Pinetree@somliving.com>

Hi Crystal,

I can have someone swing by Thursday between 3-5.
[Quoted text hidden]

**Crystal Spruill** <crystal.spruill@somliving.com>                     Tue, Feb 13, 2024 at 1:12 PM
To: Rhonda Grubbs <rgrubbs@pestnow.com>
Cc: Pinetree <Pinetree@somliving.com>

Ok great, thanks



CRYSTAL SPRUILL

804.862.1231    3100 Pinetree Drive, Petersburg, VA 23803    livepinetreeapts.com

[Quoted text hidden]

G-PESTNOW 000263

PestNow LLC Mail - TERMITES-F6

**Crystal Spruill** <crystal.spruill@somliving.com>    Tue, Feb 13, 2024 at 1:14 PM
To: Rhonda Grubbs <rgrubbs@pestnow.com>
Cc: Pinetree <Pinetree@somliving.com>

Please add E8 to the list



CRYSTAL SPRUILL

804.862.1231    3100 Pinetree Drive, Petersburg, VA 23803    livepinetreeapts.com

**From:** Rhonda Grubbs <rgrubbs@pestnow.com>
**Sent:** Tuesday, February 13, 2024 11:19 AM
**To:** Crystal Spruill <crystal.spruill@somliving.com>
**Cc:** Pinetree <Pinetree@somliving.com>
**Subject:** Re: TERMITES-F6

# Hi Crystal,

[Quoted text hidden]
[Quoted text hidden]

G-PESTNOW 000264

# Pest

# INVOICE

**PestNow 22395 Powers Ct Sterling, VA 20166**

| INVOICE DATE: | PROPERTY #: |
|---|---|
| 2025-02-13 | 512355 |

**Please update your information**

Name:_____

Cell Ph1:_____ Cell Ph2:_____

Email:_____ ☐ Send my bills by email

**Credit Card Information**

Cardholders's Name:_____

Card Number:_____

Expiration Date:_____ Sec. Code:_____

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

--------------------- PLEASE DETACH HERE ---------------------



**PestNow 22395 Powers Ct, Sterling, VA 20166**

**Customer Service**  877.284.2466

**Hours of Operation**  M-F: 7:30AM-6:00PM
                        SAT: 8:00AM-12:00PM

pestnow.com
info@pestnow.com

| Serviced Property Address |
|---|
| 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS |
| PETERSBURG VA, 23803 |

# Save Time

Go to **www.mypestnow.com**
Enter the following information:

Your Invoice # is: _____

Your Property ID is: _____

| Date | Description | Amount |
|---|---|---|
| 02/14/2025 | Order 5815748: Termite Reinspection | $2,100.00 |
| 01/02/2025 | Credit Card: PINETREE APARTMENT HOMES (4030) Exp: 02/2025 ID: pi_3QciCdFtanOJeSxj0xES4D7y | $2,100.00 |

Amount Due: $0.00

I DID A THOROUGH EXTERIOR INSPECTION OF ALL BUILDINGS FOR
THE RENEWAL OF THE TERMITE WARRANTY. I FOUND NO TERMITE
ACTIVITY DURING MY INSPECTION EXCEPT FOR UNIT F6 IN BUILDING
F AND UNIT E3 IN BUILDING E. PROPERTY MANAGEMENT IS AWARE
THAT THIS INSPECTION IS ONLY AN EXTERIOR INSPECTION.
INSPECTIONS FOR THE INTERIOR MUST BE REQUESTED BY
MANAGEMENT.

G-PESTNOW 000521

# Pest

**Customer Workorder**

Questions? Just ask! info@pestnow.com 877.BUG.B.GONE (877.284.2466) Hours of Operation: M-F: 7:30AM - 6:00PM SAT: 8:00AM - 2:00PM

PINETREE APARTMENTS -
3100 PINETREE DRIVE #OFFICE
JKIEA WILLIAMS
PETERSBURG VA, 23803

| | |
|---|---|
| Date of Service: | 02/13/2025 |
| Service: | Termite Reinspection |
| License Number: | 13140 |
| Invoice Number: | 5815748 |
| Property Number: | 512355 |
| Address Serviced: | PINETREE APARTMENTS - |
| | 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS |
| | PETERSBURG VA, 23803 |
| Phone: | 804-862-1231 (day) |
| Email: | RPMLIVINGINVOICES@OPSTECHNOLOGY.COM |

## Notes

I DID A THOROUGH EXTERIOR INSPECTION OF ALL BUILDINGS FOR THE RENEWAL OF THE TERMITE WARRANTY. I FOUND NO TERMITE ACTIVITY DURING MY INSPECTION EXCEPT FOR UNIT F6 IN BUILDING F AND UNIT E3 IN BUILDING E. PROPERTY MANAGEMENT IS AWARE THAT THIS INSPECTION IS ONLY AN EXTERIOR INSPECTION. INSPECTIONS FOR THE INTERIOR MUST BE REQUESTED BY MANAGEMENT.

## Technician(s)

JEFF ZALINSKI - 111308-T

## Customer Signature

No Signature

**Thank you for your business!**

# Pest

## Termite Control Warranty

### Scope Of Warranty

The prime objective of this termite control warranty is to provide the homeowner with an inspection and treatment service for subterranean termites. PestNow will make periodic inspections and keep a written record of findings regarding the condition of the structure at the time of each inspection. If/when a subterranean termite infestation is found, PestNow will provide the chemical treatment to control the current infestation at no extra cost.

The termite control warranty is an annual contract that may be extended by the homeowner for a prescribed annual rate. PestNow will provide notice of expiration to the homeowner for the purpose of renewal.

Ground infestations existing to the exterior of the foundation are not covered under this agreement. PestNow shall not be responsible for damage due to subterranean termites. This is not a damage warranty unless prior written agreement has been made.

### Your Warranty Includes

All chemicals and labor needed to correct any active subterranean termite infestation.

Annual inspection and written report. Additional inspections during the warranty period are provided if a termite infestation is suspected.

This warranty may be renewed annually and is transferable to any subsequent owner of the property during the life of this warranty.

| Warranty for: | 3100 PINETREE DRIVE #OFFICE JKIEA WILLIAMS, PETERSBURG, VA 23803 | | |
|---|---|---|---|
| Type: | Termite | Frequency: | Annually |
| Issued: | 02/17/2021 | Expires: | 02/28/2026 |
| | | | Reference: 512355 |

G-PESTNOW 000523



Kunst
Exhibit
8