PLAINTIFF'S EXHIBIT 24

# DOCUMENT PLACEHOLDER

(Produced in Native Format)

PINETREE002636