**To:** Pinetree Manager[PinetreeMgr@somliving.com]
**From:** Kim Saunders
**Sent:** Tue 2/9/2021 3:01:34 PM
**Subject:** F6 look like termites



Sent from my iPhone

PINETREE002960