UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

        Plaintiff,

                                                              Civil Action No.: 3:25-cv-17-RCY

v.

PINETREE APARTMENTS, LLC,

        Defendant.

**NOTICE OF FILING EXHIBITS TO THE SECOND AMENDED COMPLAINT**

      Herewith are Plaintiff Nyeisha S. Ghee's Exhibits to the Second Amended Complaint ("SAC") sent in multiple transmissions due to the size of the files.

                                                       Respectfully submitted,

                                                         NYEISHA S. GHEE

                                                   By:     */s/ Mark Krudys*
                                                                Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100
Fax #: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219

Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 6th day of October 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

    */s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
*Counsel for Plaintiff*