PLAINTIFF'S EXHIBIT 26

DOCUMENT PLACEHOLDER

(Produced in Native Format)

PINETREE002608