

# CHAPTER 2

# DEFINITIONS

*Change Section 201.3 of the IPMC to read:*

**201.3 Terms defined in other codes.** Where terms are not defined in this code and are defined in the IBC, IFC, IFGC, IPC, IMC, International Existing Building Code, IRC, International Zoning Code or NFPA 70, such terms shall have the meanings ascribed to them as stated in those codes, except that terms defined in the VCC shall be used for this code and shall take precedence over other definitions.

*Add the following definitions to Section 202 of the IPMC to read:*

**APPLICABLE BUILDING CODE.** The local or statewide building code and referenced standards in effect at the time the building or portion thereof was constructed, altered, renovated or underwent a change of occupancy. See Section 103 for the application of the code.

**MAINTAINED.** To keep unimpaired in an appropriate condition, operation, and continuance as installed in accordance with the applicable building code, or as previously approved, and in accordance with the applicable operational and maintenance provisions of this code.

**UNSAFE EQUIPMENT.** Unsafe equipment includes any boiler, heating equipment, elevator, moving stairway, electrical wiring or device, flammable liquid containers or other equipment that is in such disrepair or condition that such equipment is determined by the code official to be dangerous to the health, safety and welfare of the occupants of a structure or the public.

**UNSAFE STRUCTURE.** An existing structure determined by the code official to be dangerous to the health, safety, and welfare of the occupants of the structure or the public because of but not limited to any of the following conditions:
1. The structure contains unsafe equipment.
2. The structure is so damaged, decayed, dilapidated, structurally unsafe, or of such faulty construction or unstable foundation that partial or complete collapse is likely.
3. The structure is vacant, and unsecured or open.
4. The degree to which the structure is in disrepair or lacks maintenance, ventilation, illumination, sanitary or heating facilities, or other essential equipment.
5. The required plumbing and sanitary facilities are inoperable.

*Change the following definition in Section 202 of the IPMC to read:*

**INFESTATION.** The presence of insects, rodents, vermin, or other pests in sufficient number to adversely affect the structure or health, safety, and welfare of the occupants.

*Delete the following definitions from Section 202 of the IPMC:*

**CONDEMN**
**COST OF DEMOLITION OF EMERGENCY REPAIRS**

**702.3 Doors.** Means of egress doors shall be maintained and, to the extent required by the code in effect at the time of construction, shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge, or effort.

**702.4 Emergency escape and rescue openings.** Required emergency escape and rescue openings shall be maintained in accordance with the code in effect at the time of construction and to the extent required by the code in effect at the time of construction shall be operational from the inside of the room without the use of keys or tools. Bars, grilles, grates, or similar devices are permitted to be placed over emergency escape and rescue openings provided the minimum net clear opening size complies with the code that was in effect at the time of construction and such devices shall be releasable or removable from the inside without the use of a key, tool, or force greater than that which is required for normal operation of the escape and rescue opening.

**703.3 Maintenance.** The required fire-resistance rating of fire-resistance-rated construction, including walls, firestops, shaft enclosures, partitions, smoke barriers, floors, fire-resistive coatings and sprayed fire-resistant materials applied to structural members, and joint systems, shall be maintained. Such elements shall be visually inspected annually by the owner and maintained as constructed in accordance with the applicable building code. Records of inspections and repairs shall be maintained. Where concealed, such elements shall not be required to be visually inspected by the owner unless the concealed space is accessible by the removal or movement of a panel, access door, ceiling tile, or entry to the space.

**703.8 Opening protective closers.** Where openings are required to be protected, opening protectives shall be maintained self-closing or automatic-closing by smoke detection.

**704.1 General.** Systems, devices, and equipment to detect a fire, actuate an alarm, or suppress or control a fire or any combination thereof shall be maintained in an operable condition at all times.

> **704.1.1 Maintenance.** Fire protection systems shall be maintained in accordance with the applicable building code and the Statewide Fire Prevention Code.

**704.2 Records.** Inspection, testing, and maintenance records shall be maintained in accordance with the Statewide Fire Prevention Code.

**704.3 Systems out of service.** Where a required fire protection system is taken out of service, it shall be taken out of service in accordance with the Statewide Fire Prevention Code, and the fire department and the fire code official shall be notified immediately.

**704.5 Fire department connection access.** Ready access to fire department connections shall be maintained at all times.

> **704.5.1 Clear space around connections.** A working space of not less than 36 inches (914 mm) in width, 36 inches (914 mm) in depth, and 78 inches (1981 mm) in height shall be maintained in front of and to the sides of wall-mounted fire department connections and around the circumference of free-standing fire department connections.

**704.6 Single-station and multiple-station smoke alarms.** Required or provided single-station and multiple-station smoke alarms shall be maintained in accordance with the applicable building code.