1993 VUSBC / 1993 IBR / 1993 VADR

DIVISION I

1993 EDITION
VIRGINIA UNIFORM STATEWIDE BUILDING CODE,
VOLUME I - NEW CONSTRUCTION CODE

13 VAC 5-60-10 et seq.
 ( Formerly VR 394-01-21)

EFFECTIVE APRIL 1, 1994
AMENDMENTS EFFECTIVE MAY 15, 1996


DIVISION II

1993 EDITION
VIRGINIA INDUSTRIALIZED BUILDING AND MANUFACTURED
HOME SAFETY REGULATIONS

13 VAC 5-90-10 et seq.
( Formerly VR 394-01-31)

EFFECTIVE APRIL 1, 1994


DIVISION III

1993 EDITION
VIRGINIA AMUSEMENT DEVICE REGULATIONS

13 VAC 5-30-10 et seq.
( Formerly      VR 394-01-4)

EFFECTIVE APRIL 1, 1994



Copyright 1994

Department of Housing and Community Development

USBC - VOL. I/1993
USBC - VOL. I/1993
1. Farm buildings and structures not used for residential purposes; however, such buildings and structures lying within a flood plain or in a mudslide-prone area shall be subject to the applicable flood proofing or mudslide regulations.

2. Equipment installed by a provider of publicly regulated utility service and electrical equipment used for radio and television transmission. The exempt equipment shall be under the exclusive control of the public service agency and located on property by established rights; however, the buildings, including their service equipment, housing such public service agencies shall be subject to the USBC.

3. Manufacturing and processing machines and the following service equipment:

   a. All electrical equipment connected after the last disconnecting means.

   b. All plumbing appurtenance connected after the last shutoff valve or backflow protection device.

   c. All plumbing appurtenance connected before the equipment drain trap.

   d. All gas piping and equipment connected after the outlet shutoff valve.

4. Parking lots and sidewalks; however, parking lots and sidewalks which form part of an accessible route, as defined by the Americans With Disabilities Act Accessibility Guidelines shall comply with the requirements of Chapter 11.

5. Recreational equipment such as swing sets, sliding boards, climbing bars, jungle gyms, skateboard ramps, and similar equipment when such equipment is a residential accessory use not regulated by the Virginia Amusement Device Regulations.

SECTION 101.0. REFERENCE STANDARDS AND AMENDMENTS.

101.1. Adoption of model codes and standards. The following model building codes and all portions of other model codes and standards that are referenced in this Code are hereby adopted and incorporated in the USBC. Where differences occur between provisions of the USBC and the referenced model codes or standards, the provisions of the USBC shall apply. Where differences occur between the technical provisions of the model codes and their referenced standards, the provisions of the model code shall apply. The referenced model codes are:

THE BOCA NATIONAL BUILDING CODE/1993 EDITION (also referred to herein as BOCA Code) Published by:
   Building Officials and Code Administrators
   International, Inc.
   4051 West Flossmoor Road
   Country Club Hills, Illinois 60478-5795
   Telephone No. (708) 799-2300

Note: The following major subsidiary model codes are among those included by reference as part of the BOCA National Building Code/1993 Edition:
BOCA National Plumbing Code/1993 Edition
BOCA National Mechanical Code/1993 Edition
NFiPA National Electrical Code/1993 Edition

The permit applicant shall have the option to select as an acceptable alternative for detached one and two family dwellings and one family townhouses not more than three stories in height and their accessory structures the following standard:

CABO ONE AND TWO FAMILY DWELLING CODE/1992 EDITION and 1993 Amendments (also referred to herein as One and Two Family Dwelling Code) Jointly published by:
Building Officials and Code Administrators International, Inc., Southern Building Code Congress International, Inc. and International Conference of Building Officials.

101.2. General administrative and enforcement amendments to referenced codes. All requirements of the referenced model codes that relate to fees, permits, certification of fitness, unsafe notices, unsafe conditions, maintenance, disputes, condemnation, inspections, existing buildings, existing structures, certification of compliance, approval of plans and specifications and other procedural, administrative and enforcement matters are deleted and replaced by the provisions of Chapter 1 of the USBC.

   Note: The purpose of this provision is to eliminate overlap, conflict and duplication by providing a single standard for administration and enforcement of the USBC.