PLAINTIFF'S EXHIBIT 30



5