PLAINTIFF'S EXHIBIT 31

# DOCUMENT PLACEHOLDER

## (Produced in Native Format)

PINETREE002456