PLAINTIFF'S EXHIBIT 32



AS ORIGINALLY CONSTRUCTED



TERMITE & WATER DAMAGE HAVE CAUSED THE WOOD WALL FRAMING TO SHIFT RESULTING IN COMPRESSION & DEFORMATION OF THE SLIDING GLASS DOOR FRAME.

AT THE TIME OF THE FIRE

