PLAINTIFF'S EXHIBIT
33

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

NYEISHA S. GHEE,

Plaintiff,

v. Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

Defendant.

**AFFIDAVIT OF DANO HOLLAND**

1. My name is Dano Holland.

2. I am over eighteen years old and competent to make this Affidavit.

3. I am a licensed professional engineer. Attached as **Holland Exhibit 1** is a copy of my CV.

4. I work full time as a forensic engineer and am the sole employee of my firm, Holland Forensic Engineering Group, PLC, of which I am the sole owner.

5. I live at 8508 Burroughs Court, Richmond, VA and have an office in my home.

6. I investigated the aftermath of the fire that took place on February 20, 2024, in Building G of Pinetree Apartments, 3100 Pinetree Drive, Petersburg, VA 23803.

7. As part of my investigation, I visited Building G on May 22, 2024, with the permission of a representative of Pinetree Apartments, who was present during my visit.

8. While at Building G on May 22, 2024, I took many photographs as I walked through the eight apartments in Building G, including the two apartments damaged by the fire--

Apartment G8 (the ground floor apartment occupied by the plaintiff at the time of the fire) and G7 (the apartment above G8).

9. During my on-site investigation, I observed that both G7 and G8 had two bedrooms and that G7's two bedrooms were located directly above G8's two bedrooms.

10. Below, I refer to the plaintiff's bedroom in G8 as the Primary Bedroom.

11. Each bedroom had a sliding glass door assembly, consisting of a stationary glass panel and a sliding glass panel.

12. The sliding glass doors of G8's two bedrooms opened onto a concrete pad that served as a patio.

13. The sliding glass doors of G7's two bedrooms opened onto a wooden deck.

14. Attached as **Holland Exhibit 2** is a photograph I took. It depicts the wooden deck of G7 and below it the patio of G8.

15. Before my on-site inspection, the sliding glass door assembly serving G8's Primary Bedroom had been removed from the back wall of the Primary Bedroom and, I was told, was destroyed during the fire.

16. During my on-site inspection, it was evident that the two-panel glass door assembly in the back wall of the Primary Bedroom had not been well maintained. Please see the next paragraph for more detail. This failure to maintain constituted a violation of 2021 VPMC Section 702.3, copy attached as **Holland Exhibit 3**.

17. During my inspection of the back wall of the Primary Bedroom, I observed that termites and/or wood rot had deteriorated the supporting wood framing that held the sliding glass door in its proper place along its metal track. Specifically, I found water and termite damage to the jack stud (the vertical piece of framing lumber that supports the ends of the header beam over the

sliding door) and the wooden framing above the sliding glass door assembly in the Primary Bedroom. *See* the diagram attached as **Holland Exhibit 4,** which, like all exhibits that I refer to in this Affidavit, is incorporated herein by reference. The water and termite damage caused the wood wall framing to shift, resulting in compression and deformation of the sliding glass door frame, as shown in **Holland Exhibit 4**. The foregoing caused the sliding glass door to be out of square and difficult if not impossible to move. *See* **Holland Exhibits 5, 6, and 7** for photographs taken by me, depicting this deteriorated wood.

18. The foregoing likely caused the sliding glass door in the Primary Bedroom not to move easily along its track, if at all, when a repairman worked on it in May of 2022, as documented by work order 693154, copy attached as **Holland Exhibit 8**.

19. Termites have to have a source of water to live. In the case of Apartment G8 and the deteriorated supporting wood framing that held the Primary Bedroom's sliding glass door in place along its track, the water that kept the termites alive and deteriorated (rotted) the supporting wood frame likely came from water infiltration originating near the wooden deck of G7 and/or in the area of G8's patio.

I, Dano Holland, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

10/6/25
Date

Dano Holland

COMMONWEALTH OF VIRGINIA

I Brooke Daniel, a Notary Public at large in and for the State of Virginia, do hereby certify that on 10/6/25, Dano Holland personally appeared before me in my jurisdiction aforesaid and, after being duly sworn, acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of his knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

(notary signature)

Brooke Alexandria Daniel
Commonwealth of Virginia
Notary Public
Commission: 00357887
My Commission Expires: 09/30/2029

My Commission Expires: 09/30/29

My Notary Registration No.: 00357887



**DANO HOLLAND, P.E.**

**EDUCATION**
Clemson University, B.S., Civil Engineering, 1992

**PROFESSIONAL REGISTRATIONS & AFFILIATIONS**
Professional Engineer Licensed in Virginia, Maryland and Washington, D.C.
International Institute of Building Enclosure Consultants
National Society of Professional Engineers
International Code Council
National Council of Examiners for Engineers and Surveyors

**CAREER HISTORY**
**Holland Forensic Engineering Group, PLC**, N. Chesterfield, Virginia (2018-Present)
Principal & Lead Forensic Engineer
Conduct structural forensic engineering investigations and provide expert witness testimony for cases involving property damage and the structural integrity of single and multi-family residential structures, office buildings, churches, warehouses, medical facilities, hotels, manufacturing facilities, parking decks, shopping centers, schools, agricultural structures and industrial facilities, as well as water intrusion issues, exterior envelope issues, building code compliance, slip, trip and fall investigations, roofing failures, construction defects, retaining wall failures, construction collapses, floor system issues and water damage evaluation.

**FORCON International – VA, ltd.**, Richmond, Virginia (2004-2018) - Lead Forensic Civil/Structural Engineer

**Industrial Turnaround Corporation**, Chester, Virginia (2002-2004) – Project Manager

**Boozer Lumber Company**, Columbia, South Carolina (2002) - Engineering Manager

**Suitt Construction Company**, Richmond, Virginia (1995-2002) - Project Manager - Asst. Project Manager - Project Engineer

**Tindall Concrete Virginia**, Petersburg, Virginia (1992-1995) - Project Engineer

**PROFESSIONAL EXPERIENCE**

**FORENSIC INVESTIGATION**
- Structural forensic engineering investigation of commercial, industrial, and residential structures
- Building code and ADA compliance of structures and their related components
- Roof assessment and damage investigations
- Cause and origin of water infiltration and the presence of moisture in buildings



- Evaluation of construction deficiencies
- Flood damage investigations
- Chimney failures
- Cracking and evaluation of movement in masonry and concrete structures
- Timber construction failures and deficiencies
- Retaining wall failures
- Construction collapses
- Water infiltration through foundation walls and roofs
- Wind and storm damage investigation
- Structural assessment and design repair recommendations of structures damaged by storms, fire, and vehicular impacts
- Evaluation of floors and related structural systems
- Water damage investigation
- Construction dispute analysis and assessment related to construction defects
- Evaluation of structures for damage related to earthquakes, ground movement, and vibration
- Premises liability
- Slip, trip, stumble, and fall evaluation
- Expert witness testimony

**CONSTRUCTION PROJECT MANAGEMENT**

- Responsible for the successful implementation, completion and profitability of projects up to seventeen million dollars
- Interpreted contract drawings and specifications to assure that construction conformed to applicable design and contract requirements
- Responsible for the overall coordination and management of project services including cost control, document control, scheduling, safety, quality control and contract administration
- Responsible for daily interaction and coordination with clients/owners
- Supervised and managed project staffs consisting of design consultants, superintendents, assistant superintendents, project engineers, site clerks, craft foremen and their crews as well all subcontracted labor
- Coordinated the functions of engineers, architects, contractors and client’s personnel.
- Managed and reviewed all submittals, shop drawings, change orders, quantity surveys and document control
- Developed and maintained CPM construction schedule and monitored project to assure adherence with schedule
- Helped develop project engineers and assistant project managers
- Expedited pre-purchased equipment, materials and fabricated items
- Conducted progress and design review meetings
- Practiced daily dispute resolution, claim avoidance and risk management
- Performed client invoicing and managed project cash flow



**DESIGN**

- Designed structural precast concrete systems for parking decks, warehouse, manufacturing, and distribution facilities, food and chemical processing facilities in VA, NC, SC, GA, MD, and DE
- Developed construction drawings for use by internal and external contractors
- Supervised and scheduled assigned drafting staff
- Managed the smooth flow of design information among all internal departments, as well as outside agencies, as it pertained to specific projects
- Served as field engineer on projects and performed initial layout and coordination among general contractor, erection crew, and engineering
- Performed constructability reviews and made recommendations for change
- Monitored and reviewed designs and quality of services
- Addressed engineering concerns and coordinated the remedial repairs requested by clients and outside contractors

**SALES AND ESTIMATING**

- Assisted in sales efforts and presentations of potential projects
- Assisted in proposal development
- Developed and maintained network of subcontractors, vendors and engineers to deliver services
- Estimated and developed costs of prospective projects
- Fostered and developed continuing relationships with established and potential clients
- Developed value engineering alternatives and evaluated associated financial affect
- Developed preliminary project capital budgets for clients

**PURCHASING**

- Developed bid packages, project deliverables, scopes of work and solicited bids
- Drafted and executed subcontracts, purchase orders and change orders
- Assured compliance with required regulations, licenses and insurance coverage
- Negotiated claims and change orders
- Negotiated and awarded subcontracts

HOLLAND
EXHIBIT 2
768

2021
Effective: January 18th, 2024
Virginia Property
Maintenance Code
HOLLAND
EXHIBIT 3

**702.3 Doors.** Means of egress doors shall be maintained and, to the extent required by the code in effect at the time of construction, shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge, or effort.

**702.4 Emergency escape and rescue openings.** Required emergency escape and rescue openings shall be maintained in accordance with the code in effect at the time of construction and to the extent required by the code in effect at the time of construction shall be operational from the inside of the room without the use of keys or tools. Bars, grilles, grates, or similar devices are permitted to be placed over emergency escape and rescue openings provided the minimum net clear opening size complies with the code that was in effect at the time of construction and such devices shall be releasable or removable from the inside without the use of a key, tool, or force greater than that which is required for normal operation of the escape and rescue opening.

**703.3 Maintenance.** The required fire-resistance rating of fire-resistance-rated construction, including walls, firestops, shaft enclosures, partitions, smoke barriers, floors, fire-resistive coatings and sprayed fire-resistant materials applied to structural members, and joint systems, shall be maintained. Such elements shall be visually inspected annually by the owner and maintained as constructed in accordance with the applicable building code. Records of inspections and repairs shall be maintained. Where concealed, such elements shall not be required to be visually inspected by the owner unless the concealed space is accessible by the removal or movement of a panel, access door, ceiling tile, or entry to the space.

**703.8 Opening protective closers.** Where openings are required to be protected, opening protectives shall be maintained self-closing or automatic-closing by smoke detection.

**704.1 General.** Systems, devices, and equipment to detect a fire, actuate an alarm, or suppress or control a fire or any combination thereof shall be maintained in an operable condition at all times.

> **704.1.1 Maintenance.** Fire protection systems shall be maintained in accordance with the applicable building code and the Statewide Fire Prevention Code.

**704.2 Records.** Inspection, testing, and maintenance records shall be maintained in accordance with the Statewide Fire Prevention Code.

**704.3 Systems out of service.** Where a required fire protection system is taken out of service, it shall be taken out of service in accordance with the Statewide Fire Prevention Code, and the fire department and the fire code official shall be notified immediately.

**704.5 Fire department connection access.** Ready access to fire department connections shall be maintained at all times.

> **704.5.1 Clear space around connections.** A working space of not less than 36 inches (914 mm) in width, 36 inches (914 mm) in depth, and 78 inches (1981 mm) in height shall be maintained in front of and to the sides of wall-mounted fire department connections and around the circumference of free-standing fire department connections.

**704.6 Single-station and multiple-station smoke alarms.** Required or provided single-station and multiple-station smoke alarms shall be maintained in accordance with the applicable building code.



SLIDING GLASS DOOR IN REAR WALL OF MASTER BEDROOM





HOLLAND EXHIBIT 5

695

HOLLAND
EXHIBIT 6
704

Blumberg No. 5117
HOLLAND
EXHIBIT 7
712

**Work Order No.** 693154
**Date Call:** 05/24/2022 02:38 PM

**Date Scheduled:** 05/24/2022 02:38 PM

**Status** Work Completed

**Date Completed:** 05/31/2022 02:50 PM
**Brief Desc:** sliding door locks

**Job Site:** piap/G8
3100 Pinetree Drive
Apt G8
Petersburg,VA 23803

**Caller Name:**

**Caller Phone:**

**Priority:** High
**Ok to enter?** YES
**Category:** Patio/Balcony

**Problem Description:** Fix both sliding doors. We need to ensure the locking mechanism works (MANDATORY)

**Parts & Labor**

| Quantity/ Hours | Item Type/ Employee Name | Description | Unit Price | Total |
|---|---|---|---|---|
| .00 | peebles | | .00 | .00 |
| | | | **Total** | .00 |

**Authorized by:** ____________________
**Signed by** ____________________
**Dated** ____________________
**Invoice No.** ____________________

HOLLAND
EXHIBIT 8