IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NYEISHA S. GHEE,

    Plaintiff,

v.                                             Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kelley C. Holland of Willcox & Savage, P.C. hereby enters an appearance as counsel for defendant Pinetree Apartments, LLC, in connection with the above-referenced matter for all purposes in the conduct, discovery, and trial of this case. The undersigned is a member of the Bar of this Court.

**PINETREE APARTMENTS, LLC**

By: */s/ Joseph P. Moriarty*
Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75071)
Kelley C. Holland (VSB No. 79627)
Bryn L. Clegg (VSB No. 96923)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
jmoriarty@wilsav.com
kkennedy@wilsav.com
kholland@wilsav.com
bclegg@wilsav.com
*Counsel for Defendant Pinetree Apartments, LLC*

I-2990446.1

**CERTIFICATION**

I hereby certify that on this 17th day of October, 2025, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    Charles H Cuthbert, Jr. (VSB No. 14519)
    Richard M. Cuthbert (VSB No. 82025)
    Cuthbert Law Offices, P.C.
    220 North Sycamore Street
    Petersburg, VA 23803-3228
    Telephone:  804-733-3100
    Facsimile:  804-732-4658
    ccuthbert@cuthbertlaw.com
    rcuthbert@cuthbertlaw.com

    Mark J. Krudys (VSB No. 30718)
    Daniel Guinnane Zemel (VSB No. 95073)
    The Krudys Law Firm, PLC
    Truist Place
    919 East Main Street, Suite 2020
    Richmond, VA 23219
    Telephone:  804-774-7950
    Facsimile:  804-381-4458
    mkrudys@krudys.com
    dzemel@krudys.com

    *Counsel for Plaintiff*

    */s/ Joseph P. Moriarty*
    Joseph P. Moriarty (VSB No. 68465)
    Kevin M. Kennedy (VSB No. 75071)
    Kelley C. Holland (VSB No. 79627)
    Bryn L. Clegg (VSB No. 96923)
    WILLCOX & SAVAGE, P.C.
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510-2243
    Telephone: (757) 628-5500
    Facsimile: (757) 628-5566
    jmoriarty@wilsav.com
    kkennedy@wilsav.com
    kholland@wilsav.com
    bclegg@wilsav.com
    *Counsel for Defendant Pinetree Apartments, LLC*