**From:** Latysha Carpenter <Latysha.Carpenter@petersburgrha.org>
**Sent:** Monday, June 9, 2025 1:38 PM
**To:** Marrietta Paschal <Marrietta.Paschal@petersburgrha.org>; Tamara Bland <Tamara.Bland@petersburgrha.org>; LaShawn Forehand <lashawn.forehand@petersburgrha.org>
**Subject:** RE: Court Summons - Served Friday 6/6/2025

Thank you Marrietta.

**LaTysha Carpenter, CPA**
Director of Finance
Petersburg Redevelopment and Housing Authority
128 S. Sycamore Street (Annex Building)
Petersburg, VA 23803
804-733-2200 x136 office
804-721-2491 work cell



**From:** Marrietta Paschal <Marrietta.Paschal@petersburgrha.org>
**Sent:** Monday, June 9, 2025 10:30 AM
**To:** Latysha Carpenter <Latysha.Carpenter@petersburgrha.org>; Tamara Bland <Tamara.Bland@petersburgrha.org>; LaShawn Forehand <lashawn.forehand@petersburgrha.org>
**Subject:** Re: Court Summons - Served Friday 6/6/2025

Good morning,

This is all the correspondence I had with them regarding Ms. Ghees unit. I also included the initial inspection report. The unit initially failed 05/24/2022 due to the sliding doors in the bedrooms and window in the living room having severe chipping paint, as well as them being hard to open. Maintenance was able to get the windows/doors to open smoothly while I was present by lubricating the seals. The attached videos are what they sent videos showing that the chipping paint was taken care of effective 05/31/2022.

Let me know if you need anything else.

Thank you,

Marrietta (Young) Paschal
Housing Inspector
Petersburg Redevelopment & Housing Authority
128 S. Sycamore St. Petersburg, VA 23804
Phone: 804-733-2200 Ext. 144
Cell: 804-926-6852
Fax: 804-733-2238