Outlook

## FW: Maintenance 2

**From** Pinetree <Pinetree@somliving.com>
**Date** Tue 5/31/2022 11:09 AM
**To** Marrietta Paschal <Marrietta.Paschal@petersburgrha.org>
**Cc** Pinetree Manager <PinetreeMgr@somliving.com>

📎 1 attachment (291 KB)
Video_20220531_1050171.3GP;

2 of 2 videos of repairs for G8. Please let me know if this would suffice.

Best,



MATTHEW LUCAS
leasing professional

804.862.1231
3100 Pinetree Drive
Petersburg, VA 23803
LivePinetreeApts.com

**From:** Matthew Lucas <matthewangelolucas@icloud.com>
**Sent:** Tuesday, May 31, 2022 11:07 AM
**To:** Pinetree <Pinetree@somliving.com>
**Subject:** Maintenance 2

Sent from my iPhone