# NATIVE FILE

# PLACE HOLDER

EXHIBIT C