| | |
|---|---|
| **From:** | Tamara Bland <Tamara.Bland@petersburgrha.org> |
| **Sent:** | Tuesday, May 31, 2022 2:52 PM |
| **To:** | Pinetree Manager |
| **Cc:** | nyeishaghee@gmail.com |
| **Subject:** | NYEISHA GHEE |

Good afternoon Pinetree Apartments ,

Ms. Nyeisha Ghee unit passes inspection at 3100 Pinetree Drive Apt G-8 , Petersburg, Virginia 23803, she will be able to start her lease on 06/01/2022, after she signs her lease, please email a copy back to me.

Thanks

TAMARA BLAND
HOUSING SPECIALIST
**Petersburg Redevelopment and Housing Authority**
**128 South Sycamore Street**
**(Annex Building)**
**Petersburg, Virginia 23804**
**Phone: 804-733-2200 Ext 124**
**Cell : 804-637-9078**
**Fax: 804-733-2229**
Tamara.Bland@petersburgrha.org>

1

PINETREE00595
EXHIBIT D