|  |  |
|---|---|
| **Work Order No.** | 870654 |
| **Date Call:** | 7/7/2023 8:10:07 AM |

| **Status** | Work Completed | | |
|---|---|---|---|
| | | **Date Completed:** | 7/20/2023 11:16:00 AM |
| | | **Brief Desc:** | master br slide door will not open |
| | | **Job Site:** | piap/F1<br>3100 Pinetree Drive<br>Apt F1<br>Petersburg,VA 23803 |
| **Caller Name:** | Ellen Boothe | **Caller Phone:** | |
| | | **Occupant:** | Boothe (t0089834) |
| | | **Home** | (804) 835-3507x |
| **Ok to enter?** | YES | **Mobile** | (804) 835-3507x |

**Problem Description:** master bedroom sliding door will not open correctly and will not open
right side big isle over heating cherry red causing smoke detectors to go off
hall bathroom tub clogged
water damage to carpet need padding replaced due to tenant leaving water on

**Parts & Labor**

| Quantity/<br>Hours | Item Type/<br>Employee Name | Description | Unit Price | Total |
|---|---|---|---|---|

|  |  |
|---|---|
| | **Total** |
| **Authorized by:** | _____ |
| **Signed by** | _____ |
| **Dated** | _____ |
| **Invoice No.** | _____ |

**Full Description**   Per resident request to take work order out was able to fix items
**Technician Notes:**   William

PINETREE2247

EXHIBIT E