**PLAINTIFF'S EXHIBIT 1**

| | |
|---|---|
| From: | Pinetree <Pinetree@somliving.com> |
| Sent: | Tuesday, May 24, 2022 10:41 AM |
| To: | Pinetree Manager; Pine Tree Maint |
| Subject: | G8 Inspection Notes |

Good Morning Team:

- The windows need to be fixed. They are hard to open and close (HAZARD)
- Chipping paint around window seals and sliding doors
- Fix both sliding doors. We need to ensure the locking mechanism works (MANDATORY)
- When items are fixed, if we could take a video of the repairs, I can email the inspector.

JUNE 1ST IS THE MOVE-IN DATE, THUS IS A PRIORITY

Best,



MATTHEW LUCAS
leasing professional

804.862.1231
3100 Pinetree Drive
Petersburg, VA 23803
LivePinetreeApts.com

PINETREE00614

| | |
|---|---|
| **From:** | Pinetree <Pinetree@somliving.com> |
| **Sent:** | Tuesday, May 31, 2022 11:09 AM |
| **To:** | Marrietta Paschal |
| **Cc:** | Pinetree Manager |
| **Subject:** | FW: Maintenance |
| **Attachments:** | Video_20220531_1048381.3GP |

Good Morning Ms. Paschal,

This is 1 of 2 videos I'm sending to notate the repairs needed for G8.

Best,



MATTHEW LUCAS
leasing professional

804.862.1231
3100 Pinetree Drive
Petersburg, VA 23803
LivePinetreeApts.com

**From:** Matthew Lucas <matthewangelolucas@icloud.com>
**Sent:** Tuesday, May 31, 2022 10:51 AM
**To:** Pinetree <Pinetree@somliving.com>
**Subject:** Maintenance


Sent from my iPhone

1

**ATTACHMENT: Video_20220531_1048381.3GP**

PINETREE00616

| | |
|---|---|
| **From:** | Pinetree <Pinetree@somliving.com> |
| **Sent:** | Tuesday, May 31, 2022 11:10 AM |
| **To:** | Marrietta Paschal |
| **Cc:** | Pinetree Manager |
| **Subject:** | FW: Maintenance 2 |
| **Attachments:** | Video_20220531_1050171.3GP |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

2 of 2 videos of repairs for G8. Please let me know if this would suffice.

Best,



**From:** Matthew Lucas <matthewangelolucas@icloud.com>
**Sent:** Tuesday, May 31, 2022 11:07 AM
**To:** Pinetree <Pinetree@somliving.com>
**Subject:** Maintenance 2


Sent from my iPhone

1

**ATTACHMENT: Video_20220531_1050171.3GP**

PINETREE00618