UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

       Plaintiff,

                                                 Civil Action No.: 3:25-cv-17-RCY

   v.

PINETREE APARTMENTS, LLC,

       Defendant.

**PLAINTIFF'S NOTICE OF WITHDRAWAL
OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

COMES NOW Plaintiff Nyeisha S. Ghee ("Ms. Ghee"), by counsel, and hereby withdraws her October 6, 2025 Motion for Leave to File Second Amended Complaint (ECF No. 37). This same day, Plaintiff Ms. Ghee moves for leave to file her Third Amended Complaint.

                                                                Respectfully submitted,

                                                                NYEISHA S. GHEE

                                                                By:    /s/ Mark Krudys
                                                                           Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
Phone: (804) 733-3100
Fax: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Danny Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place

1

919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
mkrudys@krudys.com
dzemel@krudys.com

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 6th day of February 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

    /s/ Mark J. Krudys
Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
*Counsel for Plaintiff*

2