# Exhibit 1

Left to right in all photos; top left, Joshua, Ms. Ghee (partially obscured), Mark, and Elijah; top right, Ms. Ghee and Mark; bottom left, Mark and Elijah; bottom right, Ms. Ghee, Joshua, and Mark.




