UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

        Plaintiff,

    v.                             Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

        Defendant.

## AFFIDAVIT OF DEBRA SMITH

1.      My name is Debra Smith.

2.      I currently live at 20923 River Terrace Rd, South Chesterfield, Virginia.

3.      I am over eighteen years old and competent to make this affidavit.

4.      I have personal knowledge of the statements in this affidavit.

5.      I lived at Pinetree Apartments, Unit L10, from 2010 to 2024. My daughters, ~~Amani~~ *Amoni*

Smith, Ayanna (Emily) Smith, and Vanessa Shane, also lived there at certain times.

6.      I had many maintenance issues with my apartment.

7.      Oftentimes, I had to submit multiple requests for repairs before the problem was

fixed, and some issues were never resolved.

8.      Multiple times, water entered my apartment from the unit above, causing damage

in the bathroom, the living room closet, the master bedroom, and the hallway.

9.      The first time I complained about mold on my ceiling, the maintenance worker

simply painted over it. The same happened with mold by a windowsill – Pinetree painted over the

mold.

*[handwritten: D.S. 11/10/25]*

**GHEE000497**

10.    I have reviewed Pinetree documents concerning some of my complaints.

      a.    In March 2023, I reported that my ceiling needed repair. The ceiling in my bathroom was falling apart due to water damage. The ceiling in my main bedroom was also badly damaged, with water pooling from a leak, causing the carpet below to become waterlogged and stained. The maintenance worker promised to fix it, but never did. I placed plastic over the carpet to prevent further damage.

      b.    In July 2023, I complained that the master bedroom sliding door was jammed and would not open or close.

11.    The fuse box in my apartment was old, and in 2023, it began smoking. I called the fire department. Pinetree replaced the fuse box but used old and new wires, did not label them, and had to do additional repairs later. After hearing about the February 2024 fire, I wondered if a similar electrical issue caused it.

12.    I recall the tenant above my apartment was named Cora Lee, but I do not remember her last name.

13.    Photos of the apartment taken by myself and/or my daughters are attached as **Exhibits A-M**.

14.    I, Debra Smith, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

11/10/25
Date

Debra Smith

GHEE000498

COMMONWEALTH OF VIRGINIA          )

                                        )   to wit

CITY/COUNTY OF _Richmond_          )

      I _Juliana Neelley_____, a Notary Public in and for the State and

County or City aforesaid, do hereby certify that on _November 10, 2025_ Debra Smith personally

appeared before me in my jurisdiction aforesaid, and, having proved to me through documentary

evidence of his identity, and after being duly sworn, acknowledged that the information

contained in the foregoing Affidavit is true and correct to the best of his knowledge and belief

and signed the same before me.

WITNESS under my hand and official seal:

_(notary signature)_

My Commission Expires: _05/31/2028_

My Notary Registration No.: _8105085_



GHEE000500

PLAINTIFF'S
EXHIBIT

A



GHEE000501

PLAINTIFF'S
EXHIBIT

B



GHEE000502

PLAINTIFF'S
EXHIBIT

C



GHEE000503

PLAINTIFF'S
EXHIBIT

D



GHEE000504

PLAINTIFF'S
EXHIBIT

E



GHEE000505

PLAINTIFF'S
EXHIBIT

F



PLAINTIFF'S
EXHIBIT

G

GHEE000506



GHEE000507

PLAINTIFF'S
EXHIBIT

H



GHEE000508

PLAINTIFF'S
EXHIBIT



GHEE000509

PLAINTIFF'S
EXHIBIT

J



GHEE000510

PLAINTIFF'S
EXHIBIT

K



GHEE000511

PLAINTIFF'S
EXHIBIT

L

GHEE000512

PLAINTIFF'S
EXHIBIT

M