## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NYEISHA S. GHEE,

      Plaintiff,

v.                                         Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

      Defendant.

### AFFIDAVIT OF VANESSA SCHANE

1.      My name is Vanessa Schane. I currently reside at 411 Crescent Avenue, Colonial Heights, Virginia, 23834.

2.      I am over eighteen years old and competent to make this affidavit. I have personal knowledge of the statements made in this affidavit.

3.      I lived at Pinetree Apartments in Petersburg, Virginia with my mother, Debra Smith, and sisters, Ayanna (Emily) Smith and Amani Smith, for a number of years.

4.      I believe that we moved into Pinetree Apartments around 2010. We lived in Unit L 10. I moved out in or about 2014, but I continued to visit my family at the apartment regularly. My mother remained in the apartment until 2024.

5.      We had mold in the ceiling of the apartment. There was mold on the ceiling near the washing machine and elsewhere in the apartment. While living in the apartment, I came down with pneumonia, which I attribute to the mold.

6.      We complained about the mold, but maintenance workers merely painted over the mold.  I went with a Pinetree maintenance man to show him the mold in the apartment and how

GHEE000513

it had been merely painted over. There was mold in the master bedroom and some in the hall, and it was really bad in the bathroom. There were specks of green in the painted area.

7.    We were not permitted to replace the carpet, even after it had become damp with water multiple times. (Only new tenants were permitted to change the carpet.)

8.    Frustrated with Pinetree's response, at one point, my mother got a bucket of bleach and attempted to clean the mold herself.

9.    When we first moved into the Pinetree complex, the staff was responsive.  But then things went downhill fast. For example, I no longer saw groundskeepers at the property. Pinetree stopped cutting the grass or trimming the bushes.

10.    The Pinetree maintenance staff was very ineffective, and there was constant turnover.

11.    Also, Pinetree employees began to blame tenants whenever tenants complained about issues with their apartments.

12.    Attached are photos of the damaged areas in my mother's apartment.

I, Vanessa Schane, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

2

11/11/2025
Date

*Vanessa Schane (signature)*
Vanessa Schane

COMMONWEALTH OF VIRGINIA        )
                                ) to wit
CITY/COUNTY OF Petersburg       )

I Charles H. Cuthbert, Jr, a Notary Public in and for the State and
County or City aforesaid, do hereby certify that on Nov. 11, 2025, Vanessa Schane
personally appeared before me in my jurisdiction aforesaid, and, having proved to me through
documentary evidence of her identity, and after being duly sworn, acknowledged that the
information contained in the foregoing Affidavit is true and correct to the best of her knowledge
and belief and signed the same before me.

WITNESS under my hand and official seal:

C H Cuthbert Jr.
(notary signature)

My Commission Expires: Nov. 30, 2027
My Notary Registration No.: 215642

Charles H. Cuthbert, Jr.
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 215642
My Commission Expires _____



GHEE000516

PLAINTIFF'S
EXHIBIT

A



PLAINTIFF'S
EXHIBIT

B

GHEE000517



GHEE000518

PLAINTIFF'S
EXHIBIT

C



GHEE000519

PLAINTIFF'S
EXHIBIT

D



GHEE000520

PLAINTIFF'S
EXHIBIT

E



GHEE000521

PLAINTIFF'S
EXHIBIT

**F**
_____



GHEE000522

PLAINTIFF'S
EXHIBIT

G
_____



GHEE000523

PLAINTIFF'S
EXHIBIT

H
_____



GHEE000524

PLAINTIFF'S
EXHIBIT

I



GHEE000525

PLAINTIFF'S
EXHIBIT

J



GHEE000526

PLAINTIFF'S
EXHIBIT

K



GHEE000527

PLAINTIFF'S
EXHIBIT

L

