# EXHIBIT 4

Link: https://youtube.com/watch/D_Ylm9BBntA