# EXHIBIT 5

Link: https://youtu.be/jD6xjxt11BE