**To:** Pinetree Manager[PinetreeMgr@somliving.com]
**From:** Nadra Yohannes
**Sent:** Thur 1/9/2020 10:38:44 AM
**Subject:** FW: Apartment k8 mold problem

Please ensure that William takes care of this today and update me when completed. Thanks.



NADRA YOHANNES
District Manager

o  469.420.5864
nyohannes@somliving.com
614 Peninsula Drive
Newport News, VA 23605

**From:** Tracy Arruda <tarruda@somliving.com>
**Sent:** Wednesday, January 8, 2020 7:23 PM
**To:** Nadra Yohannes <nyohannes@somliving.com>
**Subject:** Fwd: Apartment k8 mold problem

Can you please attempt to handle this? Also identify who gave my email to a resident!

Get Outlook for iOS

**From:** alyssa allen <ms.allen4308@gmail.com>
**Sent:** Wednesday, January 8, 2020 7:18:14 PM
**To:** Tracy Arruda <tarruda@somliving.com>
**Subject:** Apartment k8 mold problem

These are the photos before and after I also have to clean up my own mold problem too ... even tho I put in request to get it fix



PINETREE003120



PINETREE003121



PINETREE003122



PINETREE003123



PINETREE003129