# EXHIBIT 7

Link: https://youtu.be/9lM6sVF4ACE