**To:** Pinetree Manager[PinetreeMgr@somliving.com]
**From:** Kristin Mayton
**Sent:** Tue 8/18/2020 7:20:24 AM
**Subject:** RE: Michael Artis

He called yesterday and left me a message stating the floor still hasn't been fixed. His number is 804-479-4013. I just spoke to him and told him to call you as well.

**From:** Pinetree Manager <PinetreeMgr@somliving.com>
**Sent:** Monday, June 08, 2020 1:14 PM
**To:** Kristin Mayton <maytonk@cvrc-va.org>
**Subject:** RE: Michael Artis
**Importance:** High

Good Afternoon Ms. Mayton ,
I have made several attempt to contact Mr.Artis , but he has not responded to my letters . Phone number on fie doesn't work .



EBONE GAMBY
community manager

804.862.1231
3100 Pinetree Drive
Petersburg, VA 23803
LivePinetreeApts.com

**From:** Kristin Mayton <maytonk@cvrc-va.org>
**Sent:** Monday, May 4, 2020 8:01 AM
**To:** Pinetree Manager <PinetreeMgr@somliving.com>
**Subject:** Michael Artis

Good Morning, Michael Artis sent me a video and picture of his floor near the sliding glass door. I have attached the video here. He states he has informed the office but no one has come to correct the issue yet. Please advise. Thank you

**From:** Pinetree Manager <PinetreeMgr@somliving.com>
**Sent:** Tuesday, March 10, 2020 3:57 PM
**To:** Kristin Mayton <maytonk@cvrc-va.org>
**Subject:** RE: HAP contract for Deandre Jacobs
**Importance:** High