# EXHIBIT 8

Link: https://youtu.be/B2cCkeA9BiA