# EXHIBIT 9

Link: https://youtu.be/bXZwYMJFijg