## Condensed List of Relevant Entries from Ross Work Order Chart

| Unit | Brief Desc. | Problem Description | Technician Notes | Full Description | Call Date | Complete Date |
|---|---|---|---|---|---|---|
| G3 | Garbage Disposal/Leak | leak in master bedroom by sliding door -pb | | | 3/30/17 | 4/3/17 |
| G3 | Moisture Build Up/Leak | moisture build up concerns around sliding door in hallway bedroom and window; leak around sliding door in master bedroom and leak/moisture build up in master bathroom -pb | Checked and no leak cleaned the spot | | 5/31/17 | 7/5/17 |
| G3 | Leak In Master Bedroom | leak coming from ceiling by patio sliding door in master bedroom -pb | | No signs of previous leak. (Completed by temp) -ST | 7/7/17 | 8/3/17 |
| J6 | Failed Section 8 Re-Inspection | master bedroom sliding glass door frame is peeling; repair insulate bedroom windows<br>both patio screen doors are off | complete (Rob) -pb | | 8/18/17 | 9/29/17 |
| I6 | Bedroom Patio Door | When it rains, water leaks from ceiling near frame of bedroom sliding door. | | | 8/25/17 | |
| K8 | Moisture Build Up | moisture build up concerns on all windows and sliding doors in the home -pb | | put window in done Baron -pb | 12/4/17 | 1/16/18 |
| D6 | AMG Around Sliding Door | amg around sliding doors in both bedrooms -pb | | remove agm and kilz trim | 7/16/18 | 9/6/18 |
| P6 | Patio Door Sealed Shut | master bedroom sliding door won't open -pb | | Adjusted sliding door in the master bedroom (Lawrence Jones- temp) | 8/1/18 | 8/27/18 |
| E3 | | Sliding door in master bdrm is hard to open and screen is off track | | replace toilet flapper<br>put sliding screen door back on track | 1/3/19 | 1/28/19 |
| F4 | mold in 2nd bedroom by window | mold in 2nd bdrm by sliding glass door<br>leak under kitchen sink | | washer hose put back on<br>amg clean and kilz from all windows | 1/11/19 | 3/20/19 |
| F3 | | mold around sliding doors in both rooms | | remove amg around sliding glass door and caulked<br>place screen doors on track | 1/23/19 | 1/28/19 |
| A3 | | mold around sliding door in bdrm and around baseboard in d/r, door off track in mster bdrm | | killz windows<br>put bedroom door back on track | 3/18/19 | 3/19/19 |
| F3 | mold around sliding doors | mold around both sliding doors | | clean amg and kilz | 3/19/19 | 3/19/19 |
| D3 | Section 8 failed items | leak around sliding door in bdrm | | | 3/20/19 | 5/2/19 |
| G4 | water damaged floor | water damage to the floor in front of sliding glass doors- master bedroom. | | check wet carpet it was dry | 5/13/19 | 5/20/19 |
| D6 | AMG Around Sliding Door | amg around sliding doors in both bedrooms -pb | | remove agm and kilz trim | 7/16/18 | 9/6/18 |
| F4 | mold in 2nd bedroom by window | mold in 2nd bdrm by sliding glass door | | amg clean and kilz from all windows | 1/11/19 | 3/20/19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| F3 | | mold around sliding doors in both rooms | | remove amg around sliding glass door and caulked<br>place screen doors on track | 1/23/19 | 1/28/19 |
| F3 | mold around sliding doors | mold around both sliding doors | | clean amg and kilz | 3/19/19 | 3/19/19 |
| A3 | amg around l/r window, master bdrm | amg around l/r window, master bdrm window and 2nd bedroom window. | | kilz and caulk around windows | 4/23/19 | 5/2/19 |
| K1 | possible AMG | AMG on the dry wall around and on the master bedroom patio door. | | | 5/17/19 | |
| E9 | Outside | Balcony wood is molded. Unsafe and uncomfortable to sit on -pb | | | 8/28/17 | |
| F1 | | mold in l/r, 2nd bdrm and mster bdrm | | caulk and kilz all windows | 1/22/19 | 2/12/19 |
| P6 | Mold along side of living room wind | Mold along side of living room windows and second bedroom window | | remove amg caulk and kilz all windows | 2/7/19 | 2/22/19 |
| K8 | It look like black mold from water | It look like black mold from water leaks on my children window and screen doors. | | clean all windows and kilz | 3/13/19 | 3/15/19 |
| A3 | mold around l/r and 2nd bdrm window | mold around l/r and 2nd bdrm window | | clean and kilz | 3/28/19 | 4/9/19 |
| F4 | | second bedroom has mold in window and needs new blinds for the window . Second bedroom screen needs to be replaced . | | | 6/17/19 | |
| A1 | Moisture Buildup | Moisture buildup on downstairs patio entry and living room, 2nd bedroom windows. Not holding in heat; bad condensation on windows causing moisture build-ups. Prev. work order was put in last year around November. | | The Windows condensate, the person of household was told its up to them to clean window. It is not up to us. -Marc | 1/9/17 | 2/9/17 |
| H2 | Heat | Poss. moisture buildup on MB Patio door. | | moisture build up of the patio door frame is normal. The patio door frames here are aluminum which will condensate and build up mildew. I went ahead and cleaned and caulked the patio door frame. - Lucas | 1/23/17 | 1/24/17 |
| J2 | Severl W/O Requests | Previous leak in MBed ceiling by patio door | | G/D reset and cleaned; previous leak been taken care of | 1/31/17 | 2/7/17 |
| F6 | Other | Items to be completed for housing inspection:<br>…3.Both patio thresholds have black dirt around door frame. Complete as first time courtesy, but this is a residents responsibility to keep clean per lease.(leave copy for resident) | | | 2/1/17 | 2/2/17 |
| F1 | Bad Seal | 4. Leak through patio door in master bedroom -pb | | | 3/27/17 | 3/29/17 |
| B7 | Leak From Patio Door | leak coming from attic area in master bedroom (leaks every time it rains) -pb | Roof repairs made | | 6/5/17 | 7/19/17 |
| D3 | Punch List | master bedroom patio slat is cracked -pb | All items have been done | | 6/29/17 | 7/3/17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| J4 | Turn List | 2nd bedroom door hinge loose<br>2nd bedroom wand to patio bent<br>2nd bedroom patio missing slat<br>master bedroom missing slat | All items are completed. | | 7/27/17 | 7/29/17 |
| F2 | Turn List | screen downstairs off<br>master bedroom patio missing two slats | All items are completed. | | 7/27/17 | 7/29/17 |
| I3 | LEAKS/Carpet Wet | Ceiling leak in master bedroom by patio | | | 8/4/17 | 10/16/17 |
| E3 | NEW MOVE IN ISSUES | 2nd bedroom patio door does not lock | Lock was repaired on patio door. | | 8/12/17 | 8/12/17 |
| J6 | Failed Section 8 Re-Inspection | master bedroom sliding glass door frame is peeling; repair insulate bedroom windows<br>both patio screen doors are off | complete (Rob) -pb | | 8/18/17 | 9/29/17 |
| F3 | Punch List | master bedroom:<br>   "moisture build up" around patio door frame and leak<br>master bathroom:<br>   "growing moisture build-up" around cabinet | | | 8/29/17 | 10/28/17 |
| K8 | Leak | Resident reported today that window and patio doors leaks when it rain. | | complete Rob -pb | 11/14/17 | 11/30/17 |
| K8 | Windows/Patios | draft coming through 2nd bedroom window and patios -pb | Monika spoke with James about the limited avenues that we have to try to repair his window draft in his occupants room; Monika stated to James that the first step is having Baron replace the sash (take sash from vacant) and expressed to James that Baron will come out today -pb | Replaced window sash MT | 1/8/18 | 1/8/18 |
| | | | | | | |
| G1 | Dry Rotten | patio doors dry rotted; discoloration on carpet<br>vinyl siding outside building hanging off -pb | | Put vinyl back up<br>Patio ok prime around door<br>Completed by Andrew -MT | 2/10/18 | 2/22/18 |
| D1 | Seal Patio Doors | seal patio doors -pb | | | 3/30/18 | 4/2/18 |
| B3 | Master Bed Patio Door | master bedroom patio door will not open -pb | | DOOR FIXED | 6/9/18 | 7/26/18 |
| A1 | Punch List | 2nd bedroom door does not close properly<br>master bedroom paint chipping around baseboards and patio light switch | | resident moved in | 6/13/18 | 7/10/18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| E8 | Failed Section 8 Re-Inspection | Insulation needed for all windows and patio doors -pb | | weather strips applied to windows, doors -temps -pb | 6/16/18 | 6/22/18 |
| O6 | Water Leak Through Patio Doors | second bedroom patio door leaks when it rains -pb | | sealed around door. | 6/23/18 | 8/13/18 |
| N1 | Master Patio Door Leak | master bedroom patio door leaking inside -pb | | SEAL PATIO TRIM FROM UPSTAIRS PATIO & OUTSIDE OF PATIO DOOR DOWN STAIRS TOREY OLDS | 7/24/18 | 7/31/18 |
| F1 | | water coming in patio | | water was coming in patio window seal window at top | 9/17/18 | 9/17/18 |
| I6 | Multiple items | 2nd bdr Patio door leaking. | | work done by J.Tally window was caulked | 11/1/18 | 11/12/18 |
| F1 | Patio Door | MB Patio door leaks when it rains. | | work done by T.Tally caulk around patio door | 11/1/18 | 11/6/18 |
| P2 | make ready | caulk master patio door<br>caulk master attic access door | | all work done | 11/10/18 | 11/13/18 |
| P7 | Make Ready | 2nd bedroom window cracked replace (damage, need price)<br>caulk around patio doors<br>slat in master bdrm (damage, price) | | all work done | 11/10/18 | 11/13/18 |
| E10 | Move in | 2nd Bdr - Paint chipped by patio door.<br>Both Patio doors - drop bar attachment plates are rusted. | | all work done | 1/25/19 | 3/13/19 |
| A3 | amg around l/r window, master bdrm | amg around l/r window, master bdrm window and 2nd bedroom window. | | kilz and caulk around windows | 4/23/19 | 5/2/19 |
| B7 | Ceiling Leak | Leak from ceiling in M. Bedroom since move in. Starting to produce odor. | | Roofer came out and fixed problem. Sprayed killz on surface where stains were. -Marc | 1/11/17 | 2/9/17 |
| I3 | SheetRock | master bedroom ceiling is wet (when it rains. . . this came from an unfinished job from the previous company . . .a piece of sheetrock was put there but that did not help) | Have a contractor coming to check for were the leak is coming from. 6/1/17there is another order for this for contractor. | | 5/1/17 | 6/22/17 |
| L1 | Window Leak | Rain leaks into window in mater bedroom. It's coming from the frame near the top of window. | | sunshine 11/28/2017 -pb | 7/23/17 | 11/30/17 |
| H2 | NEW MOVE IN ISSUES | master bedroom screen is missing and hard to open<br>living room window has stuff on it and is hard to see out of -pb | Ordered screen | | 8/7/17 | 8/11/17 |
| K2 | Leak Inside Master Bedroom Wall | master bedroom ceiling has visible wet spot | | | 9/6/17 | 12/4/17 |
| J5 | Balcony | balcony doors do not open -pb | | complete (Rob) -pb | 11/9/17 | 11/18/17 |
| G8 | Master Bathroom Ceiling Hole | master bathroom has hole in ceiling from prior leak -pb | | done; Baron -pb | 3/19/18 | 3/19/18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| B10 | Ceiling Leak | ceiling leak in master bedroom -pb | | check ceiling OK ; Baron -pb | 4/14/18 | 4/16/18 |
| K9 | Master Bathroom Ceiling Leak | master bathroom ceiling leak -pb | | patch ceiling in master and bathroom , paint ceiling master and bathroom Baron -pb | 4/25/18 | 5/11/18 |
| E5 | Possible Roof Leak | Possible roof leak over master bath and water intrusion above window at foyer -pb | | roof was replaced already | 7/23/18 | 9/6/18 |
| J4 | Master Bedroom Ceiling Water Damage | Taylor stated that there is visible water damage to the ceiling but she had not seen a leak , she did notice that the ceiling spackles had fallen a bit but never reported a leak to us stated that the ceiling looks as though it is about to cave in at any moment -pb | | Roof repaired by contractor, all done | 7/25/18 | 7/26/18 |
| E5 | Clean Water Up & Caulk | clean water up and caulk around window seals to prevent leak -pb | | cleaned water stains, caulked around window, and used stain kilz, complete | 8/7/18 | 8/13/18 |
| D3 | multiple items | MB slide glass doors leaking on the inside. Second bedroom glass doors leaking on the inside. | | window flashing caulked and slide glass door caulked as well condensation line open and drain clear carpet shop vac and fan placed for drying of carpet | 9/6/18 | 9/10/18 |
| I3 | Water leak/ Window | Foyer window does not stay up it keeps coming down. ( check the spring/ballast) | | water was leaking from sidding trim put back in place | 9/10/18 | 10/3/18 |
| F3 | Leaks | Ceiling leak in the 2nd bedroom ceiling | | leak coming from upstairs hvac leak was fixed open condensation lines | 9/14/18 | 9/17/18 |
| E4 | Downstairs window leaking when it rains | Downstairs window leaking when it rains | | Window seal at top of window and caulked around window. Torey | 10/11/18 | 10/18/18 |
| E8 | Multiple Items | Living room windows leaks, possible amg? | | replaced bedroom blind caulk outside window | 11/16/18 | 11/26/18 |
| A3 | Multiple items | master bedroom door frame loose | | bedroom door frame repaired w/d door back on track | 1/3/19 | 1/9/19 |
| A5 | | 2nd bdrm door is offset, won't close | | added to new work order | 3/16/19 | 4/12/19 |
| B8 | water leak in apartment | water leaking in apartment from front window | | caulk window from outside | 6/10/19 | 6/18/19 |
| G8 | Draft Throughout Home | bad draft coming through all windows and doors -pb | | installed foam at windows. Completed by Andrew -MT | 1/6/18 | 2/21/18 |
| H5 | Outside | Wood is broken off and you can see through the floor, wood is severely dry rotted and is a big safety risk for me and my children. | | | 10/25/17 | 11/18/17 |
| G4 | Moisture Build Up | moisture build up concerns in all window seals balcony wood dry rotted -pb | | | 12/28/17 | 1/16/18 |
| K5 | Multiple | Downstairs window seal has dry rotted Bdr- Paint keeps falling off? Stated her curtains keep falling. | | work done by William repair drywall and caulk window | 4/8/19 | 4/11/19 |