UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

NYEISHA S. GHEE,

    Plaintiff,

v.                                              Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

    Defendant.

### **AFFIDAVIT OF ROBERT L. KUNST**

1. My name is Robert L. Kunst. My office address is 4565 LaSalle Street, Mandeville, Louisiana 70471.

2. I am over eighteen years old and competent to make this Affidavit.

3. I am in the business of termite and pest control, lawn care, and horticulture. I have served as an expert witness in over 400 cases, typically addressing termite and moisture issues. I am licensed in Alabama, Louisiana, Mississippi, South Carolina, Tennessee, and Virginia as a certified pesticide applicator and in related areas of pest control. Attached as **Kunst Exhibit 1** is a copy of my curriculum vitae.

4. I have reviewed the following:

    a. The Amended Complaint and its exhibits in this matter.

    b. The Affidavit and Addendum thereto of Donisha L. Bugg and the Affidavit of Eric Hansen.[1] Copies of these documents are attached as **Kunst Exhibits 2, 3**, and **4**, respectively.

---

[1] During the period from approximately 2017 through the middle of 2019, Ms. Bugg lived in Pinetree Apartments, Apt. G8 (the same apartment where the Plaintiff lived when the fire took place). In her Addendum Ms. Bugg observed that "[t]here was termite damage above the sliding

c. Aerial images of Pinetree Apartments, 3100 Pinetree Drive, Petersburg, Virginia, from the Petersburg, Virginia Geographic Information System, included in the official website of the City of Petersburg, copies attached as **Kunst Exhibit 5.**

d. Diagram showing all Pinetree Apartment buildings, PINETREE00666, copy attached as **Kunst Exhibit 6.**

e. Documents obtained by subpoena from PestNow, the pest control company retained by Defendant and/or its management company to inspect and treat Pinetree Apartments for termites. These documents contain many references to termite activity.[2] Copies of these documents are attached as **Kunst Exhibit 7.**

---

glass door to my bedroom, as well as above the sliding glass door to my mother's bedroom." **Kunst Exhibit 3**, at GHEE000489. On 3-4 occasions, she saw insects that she thought were termites. *Id.* Ms. Bugg never saw that the termite damage had been repaired. *Id.*

From approximately 2014 to the summer of 2024, Eric Hansen lived in Pinetree Apartments, Apt. G4. On at least two occasions while on his deck smoking, Hansen saw a "whole bunch of termites swarming." **Kunst Exhibit 4**, at GHEE000493. This was in the springtime, in the morning. *Id.* He also saw the wood on his deck deteriorating. "It was falling apart. All of the decks at Pinetree were deteriorating." *Id.*, at GHEE000494.

[2] These PestNow records reveal the following:

| Date | Bates # | Building(s)/ Unit(s) involved | Excerpt |
|---|---|---|---|
| 02/25/2019 | 1135 | E3 | "TERMITES FOUND IN 3 E… I FOUND LIVE WOOD DESTROYING INSECTS" |
| 03/05/2019 | 1136 | E | "TREATED THE EXTERIOR OF BUILDING E FOR TERMITES." |
| 03/13/2019 | 1112 | N | "I FOUND EVIDENCE OF WOOD DESTROYING INSECTS<br>I FOUND TERMITE DAMAGE" |
| 03/18/2019 | 1113 | N | "PERFORMED TERMITE TREATMENT ON UNIT N…" |
| 03/18/2019 | 507-509 | B, C, G, K, O, P, J | "Visible live insects: LIVE TERMITES ON EXTERIOR FOUNDATION OF BLDGS. B, C, G, K, O, AND P AND BLDG. J HAD ACTIVE TERMITES UNDER THE SPLASH GUARD ON THE EXTERIOR FOUNDATION" |

2

| 04/04/2019 | 505 | B, C, G, J, K | "PERFORMED A TERMITE TREATMENT AROUND THE FULL EXTERIOR PERIMETER… TREATMENT WAS DONE ON B, C, G, J & K" |
|---|---|---|---|
| 04/05/2019 | 506 | O, P | "I TRENCHED AND GROUND RODDED THE EXTERIOR PERIMETER OF BUILDINGS O & P FOR TERMITES." |
| 04/26/2019 | 1086-1088 | Pool house | "I TRENCHED AND RODDED AROUND THE PERIMETER OF THE POOL HOUSE FOR TERMITES." |
| 05/06/2020 | 510-512 | G | "I DID A THOROUGH EXTERIOR INSPECTION OF BUILDING G FOR TERMITES. PINETREE STAFF IS AWARE THAT IF AN INTERIOR INSPECTION IS NEEDED THAT THEY ARE TO CONTACT US. THE ANNUAL INSPECTION FOR TERMITES IS ONLY AN EXTERIOR INSPECTION." |
| 02/17/2021 | 891, 893-895 | F6 | I FOUND SWARMER TERMITES IN BATHROOM TUB IN UNIT F6. I RECOMMEND A FULL PERIMETER SOIL TREATMENT TRENCH…" |
| 02/23/2021 | 892 | F | "TREATED EXTERIOR OF BUILDING F FOR TERMITES…" |
| 03/07/2023 | 647-650 | C8 | "… FOUND EVIDENCE OF TERMITE ACTICITY INSIDE UNIT C8…" |
| 03/13/2023 | 651-653 | C8 | "BLDG C UNIT C-8 WARRANTY TREATMENT FOR TERMITES" |
| 09/25/2023 | 567-572 | Pool pump house | "… FOUND EVIDENCE OF TERMITES, TERMITE SHELTER TUBES AND GALLERIES ON WALL STUDS IN DETACHED POOL PUMP HOUSE…" |
| 09/27/2023 | 564-566 | Pool house | "TREATED INTERIOR POOL HOUSE EXPOSED WOOD FOR TERMITES" |
| 02/13/2024 | 263 | F6 | "F6 is complaining about Termites." |
| 02/13/2024 | 264 | E8 | "Please add E8 to the list [of units for termite inspection]" |
| 02/13/2025 | 521-523 | F6, E3 | "… I FOUND NO TERMITE ACTIVITY DURING MY INSPECTION EXCEPT FOR UNIT F6 IN BUILDING F and UNIT E3 IN BUILDING E. PROPERTY MANAGEMENT IS AWARE THAT THIS INSPECTION IS ONLY AN EXTERIOR INSPECTION. INSPECTIONS FOR THE INTERIOR MUST BE REQUESTED BY MANAGEMENT." |

5. Further, through my work, I am aware of instances where termite damage has interfered with the operation of sliding glass doors.

6. The most prevalent type of Subterranean termites found in the area of Petersburg, Virginia are the (*reticulitermes virginicus, reticulitermes flavipes, reticulitermes hageni*). These termites are frequently found in damp environments. Due to the proximity of Pinetree Apartments to the swamp, depicted in the aerial images referred to above as **Kunst Exhibit 5**, it is not surprising that termites infested various Pinetree Apartment buildings.

7. Subterranean Termites readily travel from one building to another building nearby and in doing so have a average radius of approximately a half a mile from their nest. A Google Earth image approximately showing a half-mile radius from Apartment G8 is shown in the attached as **Kunst Exhibit 8**.

8. The PestNow records show termite infestation at the following Pinetree Apartment buildings: B, C, E, F, G, J, K, N, O, P, and the Pool Pump House. *See* footnote 2. Because of the proximity of these buildings to the swamp shown in **Kunst Exhibit 5**, as well as the proximity of the Pinetree Apartment buildings to each other, this is not surprising.

9. Periodically, Subterranean Termites swarm, normally in the springtime.

10. Subterranean Termites typically swarm in the morning, although in my experience and observation Subterranean Termites sometimes swarm at other times of day as well.

11. Of great relevance to the issues in this matter and this Affidavit, on September 12, 2025, Defendant Pinetree Apartments, LLC ("Pinetree") produced to Plaintiff documents that showed that MBS Construction ("MBS"), a local contractor hired by Pinetree, performed a similar repair numerous times on Pinetree Apartment sliding glass doors and the wood surrounding the doors, including the area above the doors. These repairs preceded Ms. Ghee's original occupancy

4

(June 2022) and continued through, and after, the date of the fire (Feb. 20, 2024). According to MBS, the wood above the doors was oftentimes "rotten" –the same as Ms. Ghee's allegations in the current case. *See* the chart below (emphasis added).

| Bates | Date | Unit | Scope of work | Total amount invoiced |
|---|---|---|---|---|
| 2035 | 4.20.22 | O10 | "Removed sheet rock from ceiling of bedroom and around patio door in bedroom, […] repaired sheet rock around second bedroom sliding patio door. Mudded and taped one coat. sheet rock areas from repair. Repaired flashing on patio above patio doors to resolve leak issue. That will included (sic) removing vinyl siding and reinstalling. Replaced studs in the wall and header across patio door in first bedroom." | $6,000 |
| 2037 | 5.23.22 | P1 | "Removed sliding glass patio door cut out sheet rock, removed **rotten** header above door, removed insulation from exterior wall removed **rotten** door jack removed backside of vinyl siding from the exterior. Replaced **rotten** two by fours in the wall, Reinstalled new insulation. Reinstalled vinyl siding and J channel, reinstall patio door, **replaced sheet rock** around patio door and mud and tape one coat. Repaired flashing on patio above door." | $4,000 |
| 2039 | 6.21.22 | F8 | "Cut sheet rock above patio sliding door, cut out **rotten header** above patio door, **replaced header** above patio door. Installed new sheet rock above patio door. Mud and taped first coat on sheet rock. Remove vinyl siding from outside of apartment above patio door and installed new Tyvek. and flashed above patio door. Reinstalled J-channel and siding." | $3,400 |
| 2041 | 8.2.22 | C12 | "Cut out **wet, damaged sheet rock** from ceiling of bedroom and above patio door. Found that the dryer vent had water in it from water getting in from exterior. […] Removed exterior siding above patio siding door. […] | $3,200 |

|  |  |  | Installed installed new Tyvek and flashing above patio door." |  |
|---|---|---|---|---|
| 2043 | 8.2.22 | D3 | "Cut out and removed wet damaged sheet rock from around both bedroom patio doors. Placed header above one patio door. Installed new sheet rock in mud and tape first coat sheet rock. Also kilzed and bleached around bedroom number one patio door. Removed vinyl siding above patio doors and repaired flashing and added Tyvek around wall above patio doors. Reinstalled vinyl siding." | $4,375 |
| 2045 | 8.17.22 | O10 | "Removed vinyl siding from above sliding glass door, removed flashing from underneath patio band board, reflash above door and added new Tyvek to wall. Reinstalled vinyl siding." | $1,500 |
| 2049 | 2.6.23 | K1 | "Removed master bedroom, sliding patio door. Repaired jamb leg. Reinstall door and repaired patio door roller. Secured door, sealed door, repaired sheet rock around interior of patio room. Repaired sheet rock around patio door and other bedroom." | $650 |
| 2051 | 2.6.23 | M3 | "Removed vinyl siding from exterior building on corner and above patio door. Sealed, flashing and patio and vinyl corner coming down side of upper balcony. Repaired flashing reinstalled siding above patio door cut out and repaired wall around patio door installed new sheet rock and taped and mudded first coat on wall." | $3,200 |
| 2053 | 3.10.23 | E8 | "Clean moldy areas from patio, sliding glass doors in both rooms, repaired minor sheet rock repair,Sealed and painted areas." | $375 |
| 2055 | 5.11.23 | O10 | "Removed vinyl siding from exterior, repaired flashing and installed Tyvek, reinstalled vinyl siding, […] Repaired hanging siding coming down gable end. […] Repaired vinyl corner, going up side of balcony, repaired flashing under sliding glass door and sealed. […]" | $950 |
| 2057 | 6.26.23 | K8 | "Removed vinyl siding from two sliding door patio areas. Repaired flashing across both patios above sliding glass doors. Replaced **Rottenwood** (sic) above master bedroom, patio door and replaced Celtics on area. | $3,200 |

6

| | | | Installed Tyvek on walls of both patio door areas. Sealed both doors, reinstalled vinyl siding." | |
|---|---|---|---|---|
| 2069 | 10.31.23 | D5 | "repaired sheet rock above patio door. Repaired siding and flashing, above patio also had to repair gutter. […]" | $1,675 |
| 2071-72 | 10.31.23 | H1 | "**cut out and Removed damaged sheet rock** from bedroom wall above patio door. removed 4 x 4 post under exterior deck that was not installed properly. Vinyl siding was cut away from building to install 4 x 4 post. Removed all of vinyl siding from exterior wall under patio repaired for damage studs and wall. **Replaced all rotted Celtics** with half-inch OSB Tyveked exterior wall. Reinstalled 4 x 4, post with metal flashing behind 4 x 4, attached to building reinstall all vinyl siding repaired flashing across topped balcony. Reinstalled sheet rock mud and taped […]" | $4,200 |
| 2074 | 12.4.23 | J6 | "Removed vinyl siding from exterior patio. Repaired patio door header. Replaced flashing and installed tyvex on exterior wall. Reinstalled siding. Repaired Sheetrock on wall around patio door. Patio door is sealed." | $2,825 |
| 2022 | 2.23.24 | J3 | "Removed two sections of glass panel from patio sliding door repaired roller guides on patio door and repaired roller wheels on patio door. Reinstall patio doors into the frame adjusted lock on the patio door. […]" | $600 |
| 2031 | 4.5.24 | N2 | "Removed glass patio door. Removed door rollers from patio door leveled patio door threshold door was not level purchased and installed two new rollers onto patio door, reinstalled patio door." | $425 |
| 2024-25 | 5.30.24 | H3 | "Cut out and removed interior sheet rock above patio door and section on ceiling. Removed exterior vinyl siding wall of patio door. **Cut out and removed all rotten wall sheeting.** removed double 2 x 10 rotten header removed section of **rotten wall plate** on top replaced two studs in the wall also replaced jackstand for header rebuilt 2 x 10 header. Resecured patio sliding glass door. Removed upper patio band board and replaced flashing behind it and installed a drip edge on top Under The patio decking boards. reinstalled patio | $5,275 |

7

| | | | board and bolted to building. resecure decking boards from up top installed half-inch OSB on wall. Install building wrap. Reinstalled vinyl siding. Installed new sheet rock that had to be removed." | |
| --- | --- | --- | --- | --- |
| 2029 | 5.31.24 | E1 | "Removed vinyl siding around patio door area. Repaired wall and installed wall wrap also replaced flashing and drip edge. replace one piece of vinyl siding that was nailed through the face. cleaned out gutters on top above upper patio. sealed base of siding on top of upper patio under sliding glass door area." | $2,275 |
| 2027 | 8.2.24 | O6 | "Removed upper vinyl siding from above patio sliding doors. Removed flashing drip edge that was installed upside down underneath the band board of patio. Reinstalled flashing correctly. Sealed corners. Repaired sheet rock in both bedrooms around patio doors. Cleaned and painted one coat over discoloration on sheet rock. Reinstalled Jay channel and vinyl siding." | $2,775 |

12. The foregoing documents indicate that the areas above many of Pinetree Apartments' sliding glass doors regularly collected water, creating the conditions favored by termites. According to the documents, including the MBS invoices, rotten wood was regularly found in the area around and above the sliding glass doors. Thus, the conditions found in the wooden support above the sliding glass door in Ms. Ghee's primary bedroom were not a one-time event, but instead typical for the units. Indeed, the breadth of the problem and MBS's criticism of the original carpentry work indicate that the foregoing problems were widespread. *See*, for example, the notes accompanying the August 2, 2024 repairs to unit O6 (Bates 2027, the last entry in the table immediately above).

I, Robert L. Kunst, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

8

_____        _____
Date                                                        Robert L. Kunst

STATE OF LOUISIANA

CITY/PARISH St. Tammany

I Emily Hartzog, a Notary Public for the State of Louisiana, do hereby certify that on 10/6/2025, Robert L. Kunst personally appeared before me in my jurisdiction aforesaid and, after being duly sworn, acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of his knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

_Emily Hartzog_
(notary signature)

My commission expires: commissioned for life

[Notary Seal: EMILY HARTZOG - #170117, NOTARY PUBLIC, MY COMMISSION IS FOR LIFE, ST. TAMMANY PARISH, LA]

9