IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NYEISHA S. GHEE,

    Plaintiff,

v.                                           Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

    Defendant.

**PINETREE APARTMENTS, LLC'S SUPPLEMENTAL
FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rules 5 and 7.1(B), Defendant Pinetree Apartments, LLC ("Defendant" or "Pinetree"), by counsel, files the following supplemental financial disclosure, stating the following in support:

1.     Local Rule 7.1(B) requires that parties in a diversity case "name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor[.]"

2.     A limited-liability company has the citizenship of each state where its members are citizens. *Gen. Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114, 121 (4th Cir. 2004). For cases removed based on diversity jurisdiction, diversity is measured both when the state-court action is commenced, and when the state-court action is removed. *Rowland v. Patterson*, 882 F.2d 97, 99 (4th Cir. 1989) (en banc) (explaining that "diversity must have existed both at the time the action was originally commenced in state court and at the time of filing the petition for removal" (citing 14A Charles A. Wright et al., Federal Practice and Procedure § 3723, at 311–14 (1985)).

3.     In this matter, Defendant is now, and was at the time of filing of the Complaint, a limited liability company. Its sole member now, and at the time of filing the Complaint, is

I-2878932.1

Clearfield/Pinetree Apartments LLC ("Clearfield"). Clearfield's members now, and at the time of filing the Complaint, are individuals, and they reside outside of the Commonwealth of Virginia. Thus, Defendant is not a citizen of Virginia for purposes of diversity jurisdiction.

4. The names and citizenship of Clearfield's members are identified in **Exhibit A**, filed herewith, which Defendant moves to file under seal.

5. As shown in **Exhibit A**, the following are the states of citizenship for each of Clearfield's investors: Florida, Illinois, Louisiana, Maine, Massachusetts, New Jersey, New York, Tennessee, and Washington, as well as Puerto Rico and China.

6. As none of Clearfield's members are residents of Virginia, Defendant is not a citizen of Virginia for the purposes of diversity jurisdiction. *See* 28 U.S.C. §1332(a).

7. If any question arises regarding the propriety of the removal of this action, Defendant respectfully request the opportunity to conduct jurisdictional discovery (if necessary), file a brief, and present oral argument to confirm that this Court has jurisdiction and that this case has been properly removed.

WHEREFORE, for the foregoing reasons, as well as the reasons stated in the accompany Motion and Memorandum in Support to File Exhibit A to the Supplemental Financial Interest Disclosure Statement Under Seal, and for any reasons stated at any hearing on this matter, Defendant Pinetree Apartments, LLC, moves this Court to file **Exhibit A** under seal.

This 24th day of January, 2025.

**PINETREE APARTMENTS, LLC**

By: */s/ Joseph P. Moriarty*
Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75071)
Bryn L. Clegg (VSB No. 96923)
WILLCOX & SAVAGE, P.C.

I-2878932.1

440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
jmoriarty@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com
*Counsel for Defendant*
*Pinetree Apartments, LLC*

## CERTIFICATION

I hereby certify that on this 24th day of January, 2025, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Charles H Cuthbert, Jr., Esquire
Richard M. Cuthbert, Esquire
Cuthbert Law Offices, P.C.
220 North Sycamore Street
Petersburg, VA 23803-3228
Telephone:  804-733-3100
Facsimile:  804-732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com
*Counsel for Plaintiff*

*/s/ Joseph P. Moriarty*
Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75701)
Bryn L. Clegg (VSB No. 96923)
WILLCOX SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
jmoriarty@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com
*Counsel for Defendant*
*Pinetree Apartments, LLC*

3

I-2878932.1