# PINETREE APARTMENTS

## PETERSBURG, VIRGINIA

## MANAGEMENT AGREEMENT

## BY AND BETWEEN

## PINETREE APARTMENTS LLC
## ("OWNER")

## AND

## REALTY MANAGEMENT SERVICES, INC., D/B/A ROSS MANAGEMENT SERVICES
## ("MANAGER")

## DATED AS OF JANUARY 1, 2017

G-SDT-ROSS 000025

IN WITNESS WHEREOF, the parties hereto have caused this instrument to be executed and delivered, as of the day and year first above written.

OWNER:        PINETREE APARTMENTS LLC, a Virginia limited liability company

By: _____
Name:    Gideon Z. Friedman
Its:        Manager

MANAGER:     REALTY MANAGEMENT SERVICES, INC., D/B/A ROSS MANAGEMENT SERVICES

By: _____
Name:    DAVID MISROVICH
Its:        C.EO