**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

NYEISHA S. GHEE,

        Plaintiff,

                                       Civil Action No.: 3:25-cv-17-RCY

v.

PINETREE APARTMENTS, LLC,

        Defendant.

**ORDER**

**(Granting Plaintiff Leave to File Her Third Amended Complaint and Related Relief)**

Upon motion by Plaintiff, through counsel, and for good cause shown, it is hereby ORDERED that Plaintiff is GRANTED LEAVE to file her Third Amended Complaint. Plaintiff has withdrawn her Motion for Leave to Amend the Amended Complaint (ECF Nos. 37, 47, and 51), which renders moot Defendant Pinetree Apartments, LLC's Brief in Opposition to Plaintiff's Motion for Leave to Amend the Amended Complaint (ECF No. 49).

Pursuant to 28 U.S.C.§ 1447(e), it is further ORDERED that Clearfield/Pinetree Apartments, LLC, Beachwold Partners, LP, Beachwold Holdings, LLC, Beachwold Residential, LLC, South Oxford Management, LLC, Nadra Yohannes, Ricky McConnell, Alvin Peebles, and PestNow of Central Virginia, LLC are JOINED as additional Defendants in the above-caption matter.

The Court's collective foregoing rulings render moot Defendant Pinetree Apartments, LLC Partial Motion to Dismiss. (ECF No. 26).

As the newly joined Defendants Nadra Yohannes, Ricky McConnell, Alvin Peebles, and PestNow of Central Virginia, LLC are citizens of Virginia, the Plaintiff Nyeisha S. Ghee is a

citizen of Virginia, and no federal claim is asserted, this Court hereby REMANDS the action to Petersburg Circuit Court.

It is so ORDERED.

Entered this _____ day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE