UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

       Plaintiff,

                                                                Civil Action No.: 3:25-cv-17-RCY

v.

PINETREE APARTMENTS, LLC,

       Defendant.

### PLAINTIFF'S MOTION TO FILE THIRD AMENDED COMPLAINT

Plaintiff Nyeisha S. Ghee ("Ms. Ghee"), through counsel, pursuant to Rule 15 of the Federal Rules of Civil Procedure, moves this Court for leave to file her Third Amended Complaint. (This same day, Ms. Ghee withdrew her Motion for Leave to Amend the Amended Complaint.) Plaintiff's Third Amended Complaint ("TAC") is attached hereto as Ex. 1. Fourteen exhibits are appended to the TAC and are also attached hereto.

Plaintiff's counsel conferred with Defense counsel regarding Plaintiff's motion, who declined to consent to it.

A proposed Order is attached to this Motion.

                                            Respectfully submitted,

                                            NYEISHA S. GHEE

                                       By:     /s/ Mark Krudys
                                                 Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street

Petersburg, Virginia 23803-3228
(804) 733-3100
Fax #: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax:     (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 7th day of February 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

      */s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
*Counsel for Plaintiff*