1

```
 1           UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
 2                   Richmond Division

 3   -----------------------------------

 4   NYEISHA S. GHEE,

 5                  Plaintiff,

 6   v.                            CIVIL ACTION NO.
                                   3:25-cv-17-RCY
 7   PINETREE APARTMENTS, LLC,

 8                  Defendant.

 9   -----------------------------------

10

11

12

13               VIDEOCONFERENCED

14        DEPOSITION UPON ORAL EXAMINATION

15   OF PESTNOW/PESTNOW OF CENTRAL VIRGINIA, LLC,

16        BY AND THROUGH ITS REPRESENTATIVE

17               JEFFREY R. HUBER

18               November 6, 2025

19

20

21

22

23   ------------------------------------------

24     KATHLEEN BEARD ADAMS, CCR, RPR, CRR

25               Court Reporter
```

*Halasz Reporting & Video | 804.708.0025*
*1011 East Main Street Richmond, VA 23219*

EXHIBIT B

1   -- because it doesn't say where in that unit number
2   -- you don't know where that condition that was
3   observed or treatment that was done, where that was
4   in that unit number because all you have is the
5   information in the record?
6        A.   That is correct.
7        Q.   Sometimes also I saw in the records, for
8   example, it would say Building L, exterior
9   foundation, found X, found something.  You don't
10  know where -- in the exterior foundation of that
11  building they identified where they found it,
12  correct?
13       A.   That is correct.
14       Q.   And the company wouldn't know unless it
15  was provided in the document the size of that area
16  where it was found?
17       A.   That is correct.
18       Q.   And again I think you were asked this
19  earlier.  For example, if they said active termites
20  in Building L exterior foundation, you wouldn't know
21  the number of termites or the size of the termites?
22       A.   That is correct.
23       Q.   There's been some talk today about
24  subterranean termites.  And I understand they're the
25  most common termites in our region.  Is that

```
 1   correct?
 2       A.   That is correct.
 3       Q.   And there's other types of termites out
 4   there, I know there's drywall, wet termites and
 5   other names that I'm not super familiar with, but
 6   there's more than one that are the subterranean,
 7   correct?
 8       A.   There's multiple, multiple species of
 9   termites.  Correct.
10       Q.   And Virginia has more than one species
11   of termite that can be in the state, more than just
12   subterranean?
13       A.   They do.  Correct.
14       Q.   And most of the records I saw either
15   refer to termites as one thing, a termite, like one
16   word, or they referred to them as -- and again it
17   may not be a termite, but they refer to them as a
18   wood destroying insect.  Correct?
19       A.   Correct.
20       Q.   And I think you said wood destroying
21   insects, or maybe there's another term I'm misusing
22   here, you mean Virginia identified five types of
23   insects that do that, right?
24       A.   Virginia has identified five wood
25   destroying insects, correct.
```

```
 1          Q.    Okay.  That have been seen or verified
 2   in our state?
 3          A.    Correct.
 4          Q.    And they're -- probably in Asia and
 5   Europe and wherever there could be different
 6   insects, right?
 7          A.    Correct.
 8          Q.    Going back to termite.  So when the
 9   record says "termite" unless there's a photo and you
10   can look at the photo close enough and determine
11   what type of species is that termite you don't know
12   if the record's referring to a subterranean -- an
13   eastern subterranean termite or another species?
14          A.    That would be -- that would be correct.
15          Q.    Yeah.  And just because subterranean
16   termites are the most common, you may assume it's
17   that, that doesn't mean it was that, correct?
18          A.    Correct.
19          Q.    So an exterior inspection of termites
20   we've heard you use the words "visual probing and
21   sounding".  Do you guys also use moisture meters
22   when you do that?
23          A.    We do not use moisture meters on a
24   regular termite inspection, no.
25          Q.    Okay.  Well, take me through if you were
```

```
 1        A.     So no.  I mean if we didn't annotate
 2   anything or note anything being termite, then my
 3   opinion would be that there was no termite to be
 4   recorded.
 5   BY MR. MORIARTY:
 6        Q.     Okay.  And when a technician sees paint
 7   damage or let's say water damage or both that
 8   doesn't mean that there is termites there or have
 9   been termites there?
10        A.     No.  There could be a couple different
11   -- there could be a handful of different reasons why
12   the paint is bubbling or blistering or...
13        Q.     Okay.  And you mentioned hot spots
14   before when your technicians are out there.  On the
15   exterior of the building what are the hot spots that
16   they would particularly pay attention to?
17        A.     The conducive areas or hot spots, as I
18   call them, would be the corners of the property
19   where downspouts -- the high-moisture areas.  If
20   there's any AC units around or any condensation
21   lines dripping moisture.  Door frames are, you know,
22   known areas.  Any landscaped areas with wood
23   members, mulched areas, things like that.
24        Q.     Okay.  The apartment buildings at
25   Pinetree, the downstairs apartments, let's say the
```

1   back corner apartments, had a patio on the ground,
2   obviously, and they had sliding glass doors that
3   exited into those patios.  But the apartment right
4   above them had a wooden deck that was up on stilts
5   that was, you know, approximately the same size as
6   the downstairs patio.
7           When a technician would be inspecting a
8   building that had that type of setup would they be
9   looking up at the outside -- I mean the bottom of
10  that wooden patio and those areas for termite
11  evidence?
12      A.    They would be looking at the underside
13  of the deck.  And from my experience most decks are
14  treated with pressure-treated plywood so it's
15  impregnated with a treatment that will kill termites
16  when they start eating on it.
17      Q.    Okay.
18      A.    So the likelihood of termites being in a
19  deck or a post, unless the post was, you know,
20  wood-to-ground contact, setting on the ground, in
21  the dirt, but if it was setting on a patio then
22  there's a barrier -- the likelihood of termites
23  being in a deck or something would be greatly
24  reduced.  Not impossible, but greatly reduced.
25      Q.    Okay.  There was some questions earlier

1  expert testimony and an understanding of the
2  standard of care.  You may answer.
3       A.    The label is the law.  The label tells
4  us precisely what to do, how to dig the trench,
5  where to dig the trench, how much termiticide to
6  inject based on square footages, linear footage.
7  So, yes, we follow the -- the label.
8  BY MR. MORIARTY:
9       Q.    That's the label on the Centerfire?
10      A.    On the product.  Yes.
11      Q.    Okay. Where did you learn -- it sounds
12 like you got a phrase in there.  Where did you learn
13 the label is the law?
14      A.    I've been doing this for 30 years and
15 it's been beat into my head.
16      Q.    Okay.  So going back, when you -- when
17 your company back in April 2019 treats Building G
18 and then comes back and does the reinspection in May
19 2020 and finds no signs of exterior termites, is
20 that a sign to you that your prior treatment had
21 worked and killed the termites in that area?
22      A.    I would -- I would say yes.  If the
23 previous inspection reported live, active termites
24 and a year later we come out and found nothing, then
25 I would say that the treatment was doing what it was

```
 1  supposed to do.
 2       Q.   Okay.  Two more things.  And I'm going
 3  to jump around again.  I'm sorry, but that's what
 4  happens when you ask the second set of questions.
 5            There was questions earlier about a
 6  record that said they saw old poles or old drill
 7  markers seen in a building, and there was reference
 8  to an email about some -- some -- something with
 9  initials.  And you were asked something about, you
10  know, if your company didn't do the work you don't
11  know when those prior treatments of termites in that
12  building was done.  Do you remember that testimony?
13       A.   Yeah.  I remember the reference USRG I
14  believe.
15       Q.   Yes, I think that was it.
16       A.   And, yes, we would have no knowledge of
17  who, what, when that was done prior to us coming to
18  the property.
19       Q.   And, again, I'm going to try to find my
20  note here.  I think I got a note here somewhere.  I
21  believe this -- I didn't -- sometimes I look for a
22  note and it's like five minutes later.  Okay.  I
23  found the note.
24            It looks like this apartment complex was
25  built right around 1995.  So if your company started
```