| | |
|---|---|
| **From:** | Mark Krudys <mkrudys@krudys.com> |
| **Sent:** | Tuesday, September 2, 2025 10:56 AM |
| **To:** | Alexander Francuzenko; Kennedy, Kevin M.; Clegg, Bryn L.; Danny Zemel; Charles Cuthbert; Moriarty, Joseph P. |
| **Subject:** | [EXTERNAL] Re: PestNow Rule 30(b)(6) deposition |

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

In answer to your question, "no."

**From:** Alexander Francuzenko <AFrancuzenko@dunncraig.com>
**Date:** Tuesday, September 2, 2025 at 10:47 AM
**To:** Mark Krudys <mkrudys@krudys.com>, Kennedy, Kevin M. <kkennedy@wilsav.com>, Clegg, Bryn L. <bclegg@wilsav.com>, Danny Zemel <dzemel@krudys.com>, Charles Cuthbert <ccuthbert@cuthbertlaw.com>, Moriarty, Joseph P. <jmoriarty@wilsav.com>
**Subject:** RE: PestNow Rule 30(b)(6) deposition

You don't often get email from afrancuzenko@dunncraig.com. Learn why this is important

Mark,

That time frame works for me. I will confirm a date with my client. Is it your intention to bring my client into the case before the deposition?

## Alexander Francuzenko
Partner



3050 Chain Bridge Road, Suite 200 │ Fairfax, VA 22030
Direct Dial: 703-865-7487 │ Firm Telephone: 703-865-7480 x228
Facsimile: 703-434-3510
Email:  alex@cookcraig.com │ Website: www.cookcraig.com

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited.

**From:** Mark Krudys <mkrudys@krudys.com>
**Sent:** Tuesday, September 2, 2025 10:39 AM
**To:** Alexander Francuzenko <AFrancuzenko@dunncraig.com>; Kennedy, Kevin M. <kkennedy@wilsav.com>; Clegg, Bryn L. <bclegg@wilsav.com>; Danny Zemel <dzemel@krudys.com>; Charles Cuthbert <ccuthbert@cuthbertlaw.com>; Moriarty, Joseph P. <jmoriarty@wilsav.com>
**Subject:** PestNow Rule 30(b)(6) deposition

EXHIBIT C

Alex- Can we schedule this dep on November 3, 4, 5, 6, 7, 12, 13, or 14? Mark

Mark J. Krudys
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA  23219
804.774.7950 Phone
804.381.4458 Fax
888.913.7836 Toll Free
mkrudys@krudys.com
www.krudys.com



NOTICE: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.  Thank you.