```
 1           IN THE UNITED STATES DISTRICT COURT
           OF THE EASTERN DISTRICT OF VIRGINIA
 2                      Richmond Division
   ***********************************************************
 3   NYEISHA S. GHEE,

 4           Plaintiff,
        v.                         Civil Action Number
 5                                 3:25-cv-17-RCY
   PINETREE APARTMENTS, LLC,
 6
             Defendant.
 7   ***********************************************************


 8


 9


10       VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

11                  RICKY A. McCONNELL

12                   December 10, 2025

13

14

15

16

17       HALASZ REPORTING & VIDEOCONFERENCE

18       1011 East Main Street, Suite 100

19          Richmond, Virginia 23219

20                 (804) 708-0025

21

22

23

24

25   STENOGRAPHICALLY REPORTED BY: GWENDA APPLEGATE, RMR-CRR
```

Page 96

```
 1      A    So we would take the video to show that the
 2   work was completed and make sure the office gets
 3   that, ensure they can get it to the proper people.
 4      Q    All right.  And so does the -- there's two
 5   videos.  Does that show the totality of the work that
 6   was done on the -- on the sliding glass door and the
 7   area around it?
 8           MR. KENNEDY:  Object to the form.
 9           THE WITNESS:  I don't know.  I believe so.
10      I'm not sure.  I'd have to -- I'd have to see
11      the whole thing.
12   BY MR. KRUDYS:
13      Q    All right.  Let's look -- well, do you have
14   any type -- sitting here today, do you have any type
15   of memory, Oh, yeah, I remember going to that
16   apartment and taking that video, or do you not have
17   that memory?
18      A    I don't -- I couldn't tell you which
19   apartment that was, though.
20      Q    Okay.  Do you --
21      A    But, I mean, I did the work.  I mean,
22   that's obviously my voice.
23      Q    All right.  But do you -- but do you,
24   sitting here today, remember that?
25           Like, for instance, if there's a video, for
```