| | |
|---|---|
| **From:** | Pinetree <Pinetree@somliving.com> |
| **Sent:** | Tuesday, May 31, 2022 11:09 AM |
| **To:** | Marrietta Paschal |
| **Cc:** | Pinetree Manager |
| **Subject:** | FW: Maintenance |
| **Attachments:** | Video_20220531_1048381.3GP |

Good Morning Ms. Paschal,

This is 1 of 2 videos I'm sending to notate the repairs needed for G8.

Best,



MATTHEW LUCAS
*leasing professional*

804.862.1231
3100 Pinetree Drive
Petersburg, VA 23803
LivePinetreeApts.com

---

**From:** Matthew Lucas <matthewangelolucas@icloud.com>
**Sent:** Tuesday, May 31, 2022 10:51 AM
**To:** Pinetree <Pinetree@somliving.com>
**Subject:** Maintenance

Sent from my iPhone

1

**ATTACHMENT: Video_20220531_1048381.3GP**

PINETREE00616

| | |
|---|---|
| **From:** | Pinetree <Pinetree@somliving.com> |
| **Sent:** | Tuesday, May 31, 2022 11:10 AM |
| **To:** | Marrietta Paschal |
| **Cc:** | Pinetree Manager |
| **Subject:** | FW: Maintenance 2 |
| **Attachments:** | Video_20220531_1050171.3GP |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

2 of 2 videos of repairs for G8. Please let me know if this would suffice.

Best,



**MATTHEW LUCAS**
*leasing professional*

804.862.1231
3100 Pinetree Drive
Petersburg, VA 23803
LivePinetreeApts.com

---

**From:** Matthew Lucas <matthewangelolucas@icloud.com>
**Sent:** Tuesday, May 31, 2022 11:07 AM
**To:** Pinetree <Pinetree@somliving.com>
**Subject:** Maintenance 2


Sent from my iPhone

1

PINETREE00617

**ATTACHMENT: Video_20220531_1050171.3GP**

PINETREE00618

**NYEISHA S. GHEE v. PINETREE APARTMENTS, LLC**

**CIVIL ACTION NO.: 3:25-cv-17-RCY**

**PINETREE APARTMENTS, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE THIRD AMENDED COMPLAINT**

**EXHIBIT F**

**ONE DRIVE LINK:**

https://wilsav-my.sharepoint.com/:f:/p/pferris/
IgAkKrkGJ22HRrMq3rLqkTcbATLvhwzT0ox_JL02-
0T2Bek?e=paupiN

**This link expires in sixty (60) days. Counsel will
provide a CD with the videos to chambers.**