```
 1            IN THE UNITED STATES DISTRICT COURT
           OF THE EASTERN DISTRICT OF VIRGINIA
 2                      Richmond Division
    ***********************************************************
 3  NYEISHA S. GHEE,

 4           Plaintiff,
         v.                        Civil Action Number
 5                                 3:25-cv-17-RCY
    PINETREE APARTMENTS, LLC,
 6
             Defendant.
 7  ***********************************************************

 8

 9

10        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

11                      NADRA YOHANNES

12                    January 6, 2026

13

14

15

16

17        HALASZ REPORTING & VIDEOCONFERENCE

18         1011 East Main Street, Suite 100

19            Richmond, Virginia 23219

20                  (804) 708-0025

21

22

23

24

25  STENOGRAPHICALLY REPORTED BY: GWENDA APPLEGATE, RMR-CRR
```

Page 65

```
 1              was marked for identification)
 2
 3   BY MR. KRUDYS:
 4       Q    Do you -- this is a photo of Ms. Ghee and
 5   her deceased son Mark obviously before the fire.
 6       A    Okay.
 7       Q    Did you -- did you ever know, meet her?
 8       A    No.
 9       Q    Did -- did you know that she was a tenant
10   at the time?
11       A    No.
12       Q    The -- did you hear of the fire?
13       A    It was on the news.  Yes.
14       Q    All right.  And at that time Ms. Fatone was
15   serving in your role; is that correct?
16       A    Miss who?
17       Q    I might pronounce -- Kaitlin?
18       A    Yes, Kaitlin, uh-huh.
19       Q    Yeah.  Did -- did you ever talk to her
20   about the fire?
21       A    No.
22       Q    Okay.  Did you ever visit the property
23   after the fire?
24       A    No.
25       Q    Did you -- did you ever reach out to
```

Page 68

1

2          (Plaintiff's Deposition Exhibit 6

3           was marked for identification)

4

5   BY MR. KRUDYS:

6       Q    So this is Ms. Bugg's sworn statement.  She

7   talks at paragraph 10 about "There was termite damage

8   above the sliding glass door to my bedroom as well as

9   above the sliding glass door to my mother's bedroom.

10  The termite damage above the sliding glass door in my

11  mother's bedroom was more noticeable.  Also I saw

12  termite damage to the beam supporting the G7's wooden

13  patio deck."  That would be the deck above hers.

14           And then if you look at paragraph 12, it

15  would talk about many small holes in the wood above

16  the sliding glass door.

17           And in paragraph 16, she says, "I did not

18  see Pinetree ever repair the termite damage."

19           Did you ever know of termite damage to

20  apartment G8 during the time that you served as the

21  regional -- I mean as the -- the regional manager?

22      A    Not to my recollection, no.

23      Q    So if -- if any type of termite damage was

24  to be addressed or was addressed by Pinetree

25  maintenance personnel, you would agree with me that

Page 80

```
 1   owned by Beachwold and managed by South Oxford; is
 2   that right?
 3        A    Those complaints were made at other
 4   properties, yes.
 5        Q    Okay.  Do -- do you know what was causing
 6   the moisture to come around the sliding glass doors?
 7        A    I do not.  I don't have expertise in that
 8   department.
 9        Q    We took the deposition of Mr. Norris.  And
10   he said that on over a dozen times, contractors were
11   come in -- would be brought in to replace, among
12   other things, flashing around sliding glass doors.
13             Did you know of that work?
14        A    I'm aware that some work was done, yes.
15        Q    All right.  Why was water getting in by the
16   flashing around sliding glass doors, if you know?
17        A    I don't.  I'm -- that's not my expertise.
18        Q    Well, both Mr. Norris and Mr. McConnell
19   testified that it was because the flashing was
20   improperly installed.
21             Were you ever told that, when you were the
22   regional manager, that the flashing around the
23   sliding glass doors was improperly installed?
24        A    I'm sure I was made aware if it was entered
25   into a proposal from a contractor.
```

Page 132

```
 1    many times that was actually done?
 2        A    No.  It was done on several occasions and
 3    invoiced, so South Oxford would have records to that
 4    effect.
 5        Q    But you -- you never came to a
 6    determination as to what was causing the repeated
 7    problem of moisture and leaks around sliding glass
 8    doors on patio -- on patios?
 9        A    It varied, from my understanding.  Some had
10    something to do with the installation of flashing.
11    Others had something to do with missing Tyvek.
12        Q    All right.  And installation of flashing,
13    do you know what flashing is?
14        A    Not really.
15        Q    Okay.  Did you ever make any questions, did
16    you ever ask anybody what is this problem?  When you
17    say that the flashing was installed improperly, did
18    you ever ask anybody what that means?
19        A    I always deferred that to our project
20    manager or asset management.
21        Q    And who specifically are we talking about?
22        A    Rob Glass.
23        Q    All right.  If you look at Exhibit Number
24    53, here's a complaint by Kim Saunders.  And this is
25    going to be on a slightly different topic.
```