```
 1              IN THE UNITED STATES DISTRICT COURT
             OF THE EASTERN DISTRICT OF VIRGINIA
 2                       Richmond Division
    ************************************************************
 3   NYEISHA S. GHEE,

 4              Plaintiff,
          v.                         Civil Action Number
 5                                   3:25-cv-17-RCY
     PINETREE APARTMENTS, LLC,
 6
                Defendant.
 7  ************************************************************


 8


 9


10        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF


11              WILLIAM A. NORRIS, JR.


12                 December 3, 2025


13


14


15


16


17        HALASZ REPORTING & VIDEOCONFERENCE


18       1011 East Main Street, Suite 100


19          Richmond, Virginia 23219


20                (804) 708-0025


21


22


23


24


25   STENOGRAPHICALLY REPORTED BY: GWENDA APPLEGATE, RMR-CRR
```

Page 182

```
 1   may happen to the sliding glass door that they
 2   support?
 3              MR. KENNEDY:  Object to the form.
 4              THE WITNESS:  I don't.  I'm not aware of
 5        it.
 6   BY MR. KRUDYS:
 7        Q    Okay.  Sitting here today, does it -- do
 8   you understand that the, the -- when they start to
 9   rot, they used to provide support around the sliding
10   glass door, and when they rot, there's no longer
11   structural support for the sliding glass door and
12   then the --
13              MR. KENNEDY:  Object to the form.
14   BY MR. KRUDYS:
15        Q    And then the weight of the building pushes
16   on the sliding glass door?  Does that make sense to
17   you?
18        A    It doesn't because I haven't seen it happen
19   like that.
20        Q    All right.  Well, did you -- what -- when
21   you're looking at those guys taking out all of these
22   jack studs and king studs and the like, what was your
23   understanding as what would occur if you didn't take
24   those out and just let them rot away?
25        A    I didn't really have a conversation with
```

Page 202

```
 1      Q    All right.  So --
 2      A    And I just tried to stay within that, that
 3   number.
 4      Q    When you say "the monthly," what are you
 5   referring to?
 6      A    Well, every month, they would -- they set
 7   aside and put it -- and average it out throughout the
 8   year per month.  So I have $2,200 a month.  And
 9   that's how I determine what I need to spend or what I
10   need to spend things on.
11      Q    Right.  But I just took those numbers and I
12   said, okay, that comes out to $183 per unit per
13   month.  And then I also came up with an overall
14   apartment complex per month.
15           Which one do you use?  Or it may be a
16   different one.
17      A    I don't use it.
18      Q    Okay.  So is it something where you kind of
19   spend, you just -- and then every once in a while,
20   they'll come back to you and say you're on budget or
21   you're not on budget?
22      A    Yes.
23      Q    Okay.  I gotcha.  I gotcha.
24           And are you provided with any incentives
25   for staying on budget?
```

```
                                                             Page 203
 1      A    I believe if you stay on budget, there's
 2  maybe a quarterly bonus.
 3      Q    All right.  And then what -- if you go over
 4  budget, is there any type of detriment?
 5           Like if -- if you go over budget, do they
 6  yell at you?  What do they do?
 7      A    The only time that it came back to bite me
 8  was at The Bend.  Everyplace else I've worked, we go
 9  over it and let's do better.
10      Q    Yeah, but --
11      A    And --
12      Q    Nadra Yohannes was the regional manager at
13  The Bend.
14      A    Uh-huh.
15      Q    Is she still there now?  I mean, is she --
16      A    No.
17      Q    -- still the regional manager?
18           When did she leave?
19      A    She actually left, that would be early
20  2024.
21      Q    Do you know why she left?
22      A    No.
23      Q    All right.  So you got a situation where
24  Nadra Yohannes didn't have your back when you were at
25  The Bend; right?
```