UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

      Plaintiff,

   v.

PINETREE APARTMENTS, LLC,

      Defendant.

Civil Action No.: 3:25-cv-17-RCY

**DEFENDANT PINETREE APARTMENTS, LLC'S OBJECTIONS AND ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

NOW COMES the defendant, Pinetree Apartments, LLC ("Pinetree" or "Defendant"), by counsel, and for its Objections and Answers to Plaintiff's First Set of Interrogatories, states as follows:

**OBJECTIONS TO ALL INTERROGATORIES**

Defendant sets forth the following objections, all of which are made to, and incorporated into, Defendant's response to each and every interrogatory propounded by Plaintiff.

1. Defendant objects to the Interrogatories and their "Definitions" and "Instructions" as overly broad, unduly burdensome, and to the extent that they seek to impose requirements in excess of the Federal Rules of Civil Procedure. Defendant incorporates specific objections to certain definitions, raised below.

2. Defendant objects to the Interrogatories to the extent they seek information or materials prepared, generated, or obtained in anticipation of, or during the course of, litigation, or in preparation for trial; protected by the attorney-client privilege, the work-product doctrine, the attorney-expert privilege, the common interest privilege, or any other applicable privilege or exemption; or to be used solely for impeachment purposes. Defendant further objects to the extent

1



9.  Are You aware of any information indicating that the Sliding Glass Door at Unit G8 did not function as intended at any time after December 31, 2016? If so, state such information and

11

I-2921249.1

Identify each Person with knowledge of such information. Excluded are Your attorneys and experts who have been retained or specially employed by You in anticipation of this litigation or to prepare for trial and who are not expected to be called as a witness at trial.

**OBJECTION: Defendant objects to the request for information after "December 31, 2016" as overly broad in scope and time, not reasonably calculated to lead to the discovery of admissible evidence, and on the basis of relevance. Defendant objects to the extent that the phrase "function as intended" refers to any alleged defects other than the type of defect that Plaintiff alleges in the Amended Complaint on the basis of relevance. Defendant objects to the request to "state such information," including a summary, as vague and overly broad. Pinetree stands on its objections regarding anything before May 2022.**

**ANSWER: Subject to and without waiving Pinetree's objections, Pinetree states the following:**

**Pinetree is not aware of any information suggesting that the Sliding Door did not function properly prior to and/or at the time of the Fire Incident.**

**On May 9, 2022, Pinetree told the Petersburg Redevelopment and Housing Authority (PRHA) that Apartment G-8 for Plaintiff Nyeisha Ghee was ready for inspection. (PINETREE00612). On May 19, 2022, Marrietta Paschal (PRHA) contacted Pinetree to schedule the requisite inspection. (PINETREE00593-594). The PRHA inspection was scheduled for May 24, 2022. (PINETREE00592).**

**On May 24, 2022, Ms. Paschal inspected Apartment G-8. As a result of Ms. Paschal's observations during her inspection of the apartment, Matthew Lucas (Leasing Professional) told Pinetree maintenance personnel that PRHA required the following work be completed: "Fix both sliding doors. We need to ensure the locking mechanism works (MANDATORY)" (PINETREE00614).**

**On May 31, 2022, Ricky A. McConnell (Maintenance Supervisor) performed the repairs and provided a video of the completed repairs to Mr. Lucas, who provided the video to Ms. Paschal. (PINETREE00615-618). On May 31, 2022, Tamara Bland (PRHA) informed Pinetree that Apartment G-8 "passes inspection" and that Plaintiff could start her lease on June 1, 2022. (PINETREE00595).**

**Pinetree never received notice of alleged defects in the Sliding Door throughout Plaintiff's tenancy of Apartment G-8.**

10. If you have any information as to anything Ms. Ghee said at any time about the Sliding Glass Door at Unit G8, identify each Person who heard her say this and state what You understand Ms. Ghee to have said.

**OBJECTION: Defendant objects to the request for a summary as overly broad, unduly**

12

**(e.g., since December 31, 2016) as overly broad in scope and time, not reasonably calculated to lead to the discovery of admissible evidence, and on the basis of relevance. Defendant objects to the term "any Sliding Glass Door" as overly broad, not reasonably calculated to lead to the discovery of admissible evidence, and on the basis of relevance. Defendant further objects to the Interrogatory to the extent it requests any information throughout the Pinetree Apartments as overly broad, not reasonably calculated to lead to the discovery of admissible evidence, and on the basis of relevance. Defendant also objects to the phrase "any work" as overly broad and to the extent not substantially similar to the allegations in the Amended Complaint. Defendant specifically objects for requests regarding other sliding glass doors because other sliding doors and framing lack substantial similarity, e.g., the sliding door must have the same door, the same wood, the same alleged defect (which there is no proof was present), the same age, the same exposure to elements, the same treatment history, etc. Defendant stands on its objections regarding anything before May 2022.**

**ANSWER**: Subject to and without waiving Pinetree's objections, Pinetree states the following:

Ricky A. McConnell performed the work identified in Work Order 693154, as requested by the Petersburg Redevelopment and Housing Authority.

**PINETREE APARTMENTS, LLC**

By: _____
Of Counsel

Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75071)
Bryn L. Clegg (VSB No. 96923)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
jmoriarty@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com
*Counsel for Defendant*
*Pinetree Apartments, LLC*

I-2921249.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2025, I have emailed the foregoing document to counsel at the following address:

    Charles H. Cuthbert, Jr. (VSB # 14519)
    Richard M. Cuthbert (VSB # 82025)
    Cuthbert Law Offices
    A Professional Corporation
    220 North Sycamore Street
    Petersburg, Virginia 23803-3228
    Phone: (804) 733-3100
    Fax: (804) 732-4658
    ccuthbert@cuthbertlaw.com
    rcuthbert@cuthbertlaw.com

    Mark J. Krudys (VSB#30718)
    Danny Zemel (VSB#95073)
    The Krudys Law Firm, PLC
    Truist Place
    919 East Main Street, Suite 2020
    Richmond, VA, 23219
    Phone: (804) 774-7950
    Fax:    (804) 381-4458
    mkrudys@krudys.com
    dzemel@krudys.com

*Counsel for Plaintiff*

                                                                                                    */s/ Bryan L. Aegy*