Residential

# PINETREE APARTMENTS

**PETERSBURG, VIRGINIA**

**MANAGEMENT AGREEMENT**

**BY AND BETWEEN**

**PINETREE APARTMENTS LLC**
**("OWNER")**

**AND**

**SOUTH OXFORD MANAGEMENT LLC**
**("MANAGER")**

**DATED AS OF JUNE 24, 2019**

**EXHIBIT K**

CONFIDENTIAL   PINETREE01183