IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,                          )
        Plaintiff,                      )
                                        )
        v.                              )        Civil Action No. 3:25CV17 (RCY)
                                        )
PINETREE APARTMENTS, LLC,                  )
        Defendant.                      )
                                        )

**ORDER**

This matter is before the Court on its own initiative.  Currently pending before the Court are (1) Defendants' Partial Motion to Dismiss the First Amended Complaint ("Motion to Dismiss," ECF No. 26), and (2) Plaintiff's Motion for Leave to File a Third Amended Complaint ("TAC") ("Motion for Leave," ECF No. 52).[1]   Additionally, two related cases have recently been removed to this Court, involving similar—if not identical—questions of law as those raised by the presently pending Motions.  *See* Case Nos. 3:26-cv-00158 (RCY); 3:26-cv-00159 (RCY).

Exercising its discretion to manage its docket in the manner most befitting the judicial economy, the Court DENIES WITHOUT PREJUDICE Defendants' Motion to Dismiss (ECF No. 26), so that the Court may consider consolidation of the related actions and in so doing resolve the related question of which pleading shall be the operative Complaint moving forward.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

                                            /s/
                                    Roderick C. Young
Date: <u>March 19, 2026</u>              United States District Judge
Richmond, Virginia

---

[1] Plaintiff filed, and subsequently withdrew, a Motion for Leave to File a Second Amended Complaint.  ECF Nos. 37, 51.