**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

NYEISHA S. GHEE,

      Plaintiff,

                                   Civil Action No.: 3:25-cv-17-RCY

v.

PINETREE APARTMENTS, LLC,

      Defendant.

**NOTICE**

IN ITS ORDER, dated March 19, 2026 (ECF No. 57), the Court stated that it is considering the consolidation of the related actions. *See* Case Nos. 3:26-cv-00158 (RCY); 3:26-cv-00159 (RCY).

To assist the Court with that effort and opposing counsel with their responses to Plaintiff's Motions to Remand, the Plaintiff provides the attached chart, which compares paragraph-by-paragraph the wrongful-death complaint (cv-00159) to the personal-injury complaint (cv-00158). Attached as **Exhibit 1.**

                          Respectfully submitted,

                          NYEISHA S. GHEE

                    By: _____ */s/ Mark Krudys*
                             Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100

Fax #: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 21st day of March 2026, I have electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to all parties of record.

> */s/ Mark J. Krudys*
> Mark J. Krudys (VSB# 30718)
> The Krudys Law Firm, PLC
> Truist Place
> 919 East Main Street, Suite 2020
> Richmond, Virginia 23219
> 804.774.7950 Phone
> 804.381.4458 Fax
> mkrudys@krudys.com
> *Counsel for Plaintiff*

2