## GHEE – Paragraph Conversions for Petersburg Circuit Court WD and PI complaints
## (filed Feb. 2026)

Green = paragraphs have identical/nearly identical content
Yellow = paragraphs mirror each other, but have some changes
Orange = significant substantive changes/paragraphs are unique to that complaint
Blank = no corresponding paragraph in that complaint
(Note - all exhibits referred to in the complaints are identical except for Exhibit 1)

| WD (cv-179) COMPLAINT (Pltfs - Admins of Mark's Estate) | PI (cv-178) COMPLAINT (Pltf - Nyeisha Ghee) |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 5 |
| 6 | 6 |
|  | 7 |
|  | 8 |
|  | 9 |
| 7 | 10 |
| 8 | 11 |
| 9 | 12 |
| 10 | 13 |
| 11 | 14 |
| 12 | 15 |
| 13 | 16 |
| 14 | 17 |
| 15 | 18 |
| 16 | 19 |
| 17 | 20 |
| 18 | 21 |
|  | 22 |
|  | 23 |
| 19 | 24 |
| 19 | 25 |
| 20 | 26 |
| 21 | 27 |
| 22 | 28 |
| 23 | 29 |

| | |
|---|---|
| 24 | 30 |
| 25 | 31 |
| 26 | 32 |
| 27 | 33 |
| 28 | 34 |
| 29 | 35 |
| 30 | 36 |
| 31 | 37 |
| 32 | 38 |
| 33 | 39 |
| 34 | 40 |
| 35 | 41 |
| 36 | 42 |
| 37 | 43 |
| 38 | 44 |
| 39 | 45 |
| 40 | 46 |
| 41 | 47 |
| 42 | 48 |
| 43 | 49 |
| 44 | 50 |
| 45 | 51 |
| 46 | 52 |
| 47 | 53 |
| 48 | 54 |
| 49 | 55 |
| 50 | 56 |
| 51 | 57 |
| 52 | 58 |
| 53 | 59 |
| 54 | 60 |
| 55 | 61 |
| 56 | 62 |
| 57 | 63 |
| 58 | 64 |
| 59 | 65 |
| 60 | 66 |
| 61 | 67 |
| 62 | 68 |
| 63 | 69 |
| 64 | 70 |
| 65 | 71 |

| | |
|---|---|
| 66 | 72 |
| 67 | 73 |
| 68 | 74 |
| 69 | 75 |
| 70 | 76 |
| 71 | 77 |
| 72 | 78 |
| 73 | 79 |
| 74 | 80 |
| 75 | 81 |
| 76 | 82 |
| 77 | 83 |
| 78 | 84 |
| 79 | 85 |
| 80 | 86 |
| 81 | 87 |
| 82 | 88 |
| 83 | 89 |
| 84 | 90 |
| 85 | 91 |
| 86 | 92 |
| 87 | 93 |
| 88 | 94 |
| 89 | 95 |
| 90 | 96 |
| 91 | 97 |
| 92 | 98 |
| 93 | 99 |
| 94 | 100 |
| 95 | 101 |
| 96 | 102 |
| 97 | 103 |
| 98 | 104 |
| 99 | 105 |
| 100 | 106 |
| 101 | 107 |
| 102 | 108 |
| 103 | 109 |
| 104 | 110 |
| 105 | 111 |
| 106 | 112 |
| 107 | 113 |

| | |
|---|---|
| 108 | 114 |
| | 115 |
| | 116 |
| | 117 |
| | 118 |
| | 119 |
| 109 | 120 |
| 110 | 121 |
| 111 | 122 |
| 112 | 123 |
| 113 | 124 |
| 114 | 125 |
| 115 | 126 |
| 116 | 127 |
| 117 | 128 |
| 118 | 129 |
| 119 | 130 |
| 120 | 131 |
| 121 | 132 |
| 122 | 133 |
| 123 | 134 |
| 124 | 135 |
| 125 | 136 |
| 126 | 137 |
| 127 | 138 |
| 128 | 139 |
| 129 | 139 |
| 130 | 140 |
| 131 | 141 |
| 132 | 142 |
| 133 | 143 |
| 134 | 144 |
| 135 | 145 |
| 136 | 146 |
| 137 | 146 |
| 138 | 147 |
| 139 | 148 |
| 140 | 149 |
| 141 | 150 |
| 142 | 151 |
| 143 | 151 |
| 144 | 152 |

| | |
|---|---|
| 145 | 153 |
| 146 | 154 |
| 147 | 155 |
| 148 | 156 |
| 149 | 157 |
| 150 | |
| 151 | 158 |
| 152 | 159 |
| 153 | 160 |
| 154 | 161 |
| 155 | 162 |
| 156 | 163 |
| 157 | |
| 158 | 164 |
| 159 | 165 |
| 160 | 166 |
| 161 | 167 |
| 162 | 168 |
| 163 | 169 |
| 164 | 170 |