IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NYEISHA S. GHEE,

     Plaintiff,

v.                                  Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

     Defendant.

### MOTION TO QUASH PLAINTIFF'S *SUBPOENA DUCES TECUM* AND MOTION FOR A PROTECTIVE ORDER

NOW COME Pinetree Apartments, LLC ("Pinetree") and Non-Party Jason Keen ("Keen," collectively with Pinetree, "Movants"), by counsel, and hereby submits this Motion to Quash Plaintiff's *subpoena duces tecum* request for certain documents and materials (the "Subpoena") and for a Protective Order. This Motion is based on this notice, the accompanying Memorandum in Support, and any other evidence and argument this Court may entertain.

                             **JASON KEEN and PINETREE APARTMENTS, LLC**

                             By:   */s/ Joseph P. Moriarty*
                                Joseph P. Moriarty (VSB No. 68465)
                                Kevin M. Kennedy (VSB No. 75071)
                                Bryn L. Clegg (VSB No. 96923)
                                WILLCOX & SAVAGE, P.C.
                                440 Monticello Avenue, Suite 2200
                                Norfolk, Virginia 23510-2243
                                Telephone: (757) 628-5500
                                jmoriarty@wilsav.com
                                kkennedy@wilsav.com
                                bclegg@wilsav.com
                                *Counsel for Jason Keen and*
                                *Pinetree Apartments LLC*

I-3075139.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of June, 2026, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Charles H Cuthbert, Jr. (VSB No. 14519)
Richard M. Cuthbert (VSB No. 82025)
Cuthbert Law Offices, P.C.
220 North Sycamore Street
Petersburg, VA 23803-3228
Telephone: 804-733-3100
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com
*Counsel for Plaintiff*

Mark J. Krudys (VSB No. 30718)
Daniel Guinnane Zemel (VSB No. 95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Telephone: 804-774-7950
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

Alexander Francuzenko (VSB No. 36510)
Philip C. Krone (VSB No. 87723)
Dunn Craig Francuzenko
3251 Blenheim Blvd., Suite 404
Fairfax, VA 22030
Telephone: 703-856-7480
alex@dunncraig.com
pkrone@dunncraig.com
*Counsel for PestNow of Central Va, LLC*

/s/ Joseph P. Moriarty
Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75071)
Bryn L. Clegg (VSB No. 96923)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
jmoriarty@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com
*Counsel for Jason Keen and
Pinetree Apartments LLC*

2

I-3075139.1